

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**MINUTE ORDER**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 21 2003
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | | |
|---|---|---|
| PLACE: **Dallas** | JUDGE: **Jeff Kaplan** | DATE: **November 21, 2003** |
| REPORTER: **K1011** | MARSHAL: | DEPUTY: **Vila Fisher** |
| INTERPRETER: | CSO: | COURT TIME: **1 hr** |

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 10:30a.m. | 3:03-CV-0167-R | Motion Hearing | P - James Barber<br>D - Scott Fuqua |

Plaintiff's motion to compel discovery is granted.

Agreed order due by 10:00 a.m., Wednesday 11/26/03.