**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC - 9 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| LASANDRA MADDEN AND LEVELL MADDEN, Individually, and on Behalf of LABREA WILLIAMS, a minor child, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION No. 3:03-CV-0167-R |
| | § § | |
| WYETH, d/b/a WYETH, INC., f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH CONSUMER HEALTHCARE, AN UNINCORPORATED DIVISION OF WYETH, f/k/a WHITEHALL-ROBINS HEALTHCARE; &WHITEHALL LABORATORIES, INC. | § § § § § § § § | |
| Defendants. | § | |

**PRETRIAL DISCOVERY ORDER ON PLAINTIFFS' MOTION AND
BRIEF TO COMPEL DISCOVERY FROM DEFENDANT WYETH**

On this the 21 day of November, 2003, came on to be heard and considered Plaintiffs'

Motion and Brief to Compel Discovery from the Defendant Wyeth in this case, and this court,

U.S. Magistrate Judge Kaplan sitting, having reviewed the pleadings and heard argument of counsel,

and is of the opinion that plaintiffs' motion should be partially granted, HEREBY ORDERS:

Generic disputes:[1]

A) Whether Wyeth's GSSE, S3, WATSIN, and Sales information electronic
databases should be identified and produced in their entirety, in electronic format.

D) Whether defendants are entitled to assert an objection/limitation on documents

---

[1] These are the generic disputes referenced on pp. 7-8 of the Joint Status Report.

Pretrial Discovery Order on Plaintiffs' Motion and Brief to Compel Discovery from      1
Defendant Wyeth

produced limited to those adverse events or injuries allegedly suffered by LaBrea Williams (scope of production).

Plaintiffs will be allowed supervised access by an expert of their choice to defendant's adverse event databases referenced in the motion to the extent they exist, e.g. GSSE, S3, and WATSIN, to determine what the cost will be to access and/or duplicate these databases and produce the information that plaintiffs want from them in readable, accessible, and printable electronic form. (Tr. of Hrg., 31) Alternatively, plaintiffs may take the deposition of Wyeth's Manager of Information Systems, or similar person, and may have their expert present at this deposition, to determine the cost of reproducing the information that plaintiffs want from defendant's databases in readable, accessible, and printable electronic form. The court will then decide whether to order the production of the electronic databases, and whether or not to assess the cost of such reproduction against the plaintiffs. (Tr. of Hrg., pp.31-34).

As to the Sales Information Database, Wyeth is ordered to describe generically the information on this database, so plaintiffs can make a determination whether or not they want to seek production of this database in electronic form.. (Tr of Hrg., p.47). If the description of this information is itself confidential, it is the court's opinion that the description shall be provided in conformity with the protective order agreed to by the parties. (Id. at 48).

Scope of production.

As to the scope of the production of the requests seeking NDA's, clinical trials data, and pre- and post-marketing ADE's and all underlying documents, as well as foreign ADE's and foreign advertising, the court orders that Wyeth produce all requested paper documents that manifest the symptomatology that plaintiff LaBrea Williams experienced (Tr. at 30 & 42); and

**Pretrial Discovery Order on Plaintiffs' Motion and Brief to Compel Discovery from Defendant Wyeth**                                                                2

all plaintiffs are required to do is show defendant some evidence of her symptoms, and any requested documents (NDA's, clinical trials documents, and/or pre- and post-marketing domestic and foreign ADE's) containing those symptoms are the documents that they are to receive. (Id. at 36). Plaintiffs are not required to have alleged such symptoms in the pleading. (Id. at 40). The symptoms that plaintiffs' medical records reference, and which will be the basis of this order, are attached as Att. 1 to this Order.

**B) Whether Wyeth should produce worldwide/international documents.**

First, the court notes that the defendant has agreed to give the plaintiffs all foreign labeling and foreign warnings, and so the only remaining issue is about foreign ADE's with all underlying documents and foreign advertising. (Tr. of Hrg., pp. 37, 38, & 42). Therefore, the court orders that Wyeth is to produce all foreign ADE's and advertising dealing with the symptomatology that plaintiff LaBrea Williams suffered, as ordered under "Scope of Production" above, and plaintiffs are not required to have alleged such symptoms in their pleading, but must show some evidence of them. Such symptoms are listed on Att. 1 to this order.

**C) Lawsuits/notices of claims/labels pertaining to Adult Advil.**

Defendant is ordered to produce all lawsuits, notices of claims, labeling, and warnings dealing with Adult Advil, again dealing with the symptomatology that plaintiff LaBrea Williams suffered, as ordered under "Scope of Production" above, and as noted above, the plaintiffs are not required to have alleged such symptoms in their pleadings, but must show some evidence of them. Such symptoms are likewise listed on Att. 1 to this order.

**E) All manuscripts of any unpublished and published medical articles.**

**Pretrial Discovery Order on Plaintiffs' Motion and Brief to Compel Discovery from**     3
**Defendant Wyeth**

Defendant is ordered to produce all unpublished manuscripts of the Ashraf article in its possession. (Tr. of Hrg., pp. 43-44)

Defendant Wyeth is ordered to fully comply with this Order within 30 days of the date of this Order.

Signed this 8th day of December, 2003.

HON. JEFF KAPLAN, U.S. MAGISTRATE JUDGE

APPROVED AS TO FORM:

_____
JAMES C. BARBER, ATTY. FOR PLAINTIFFS

_____
SCOTT FUQUA, ATTY. FOR DEFENDANT

# ATTACHMENT 1

# ATTACHMENT 1

## Summary of symptoms for Labrea Williams

| Symptom | Med DRA | Source | Page number |
|---|---|---|---|
| rash | skin & subcutaneous | Medical City | Page 2 |
| fever | general | Medical City | Page 2 |
| erythema multiforme | skin | Medical City | Page 3 |
| drug hallucinosis | psychiatric | Medical City | Page 3 |
| hyposmolality | renal | Medical City | Page 3 |
| hyperpotassemia | renal | Medical City | Page 3 |
| erythematous condition | skin | Medical City | Page 3 |
| adverse effect/allergic reaction | injury & poisoning | Medical City | Page 3 |
| hypocalcemia | musuloskeletal, connective & bone | Medical City | Page 3 |
| major skin disorders | skin | Medical City | Page 3 |
| blister | skin | Medical City | Page 29 |
| erythematous papule | skin | Medical City | Page 29 |
| itchiness (pruritis) | skin | Medical City | Page 29 |
| blisters on lips | skin | Medical City | Page 29 |
| emesis (vomiting) | skin | Medical City | Page 29 |
| tachycardia | cardiac | Medical City | Page 29 & 83 |
| hypotensive | renal | Medical City | Page 29 |
| oral involvement (mucous membrane) | GI | Medical City | Page 29 |
| sore throat | GI | Medical City | Page 30 |
| conjuctivitis | eye | Medical City | Page 31 |
| vesicles | skin | Medical City | Page 31 |
| swollen lips | skin | Medical City | Page 31 |
| bullous lesion | skin | Medical City | Page 31 |
| erythematous pharynx | respiratory | Medical City | Page 31 |
| maculopapular rash, lesions (all over body) | skin | Medical City | Page 31 |
| mattering of eyes (eye disorder) | eye | Medical City | Page 33 |
| injection of eye | eye | Medical City | Page 33 |
| itching, dry eyes | eye | Medical City | Page 33 |
| somnolent (malaise & fatigue) | general | Medical City | Page 33 |

1

| | | | |
|---|---|---|---|
| discomfort | general | Medical City | Page 33 |
| vesicular rash | skin | Medical City | Page 33 |
| eyelid lesions | eye | Medical City | Page 33 |
| agitation | psychiatric | Medical City | Page 33 |
| stevens johnson syndrome | skin | Medical City | Page 33 |
| desquamation (all over body) | skin | Medical City | Page 25 & 27 |
| vesicular bullous lesions | skin | Medical City | Page 25 |
| electrolyte abnormalities | renal | Medical City | Page 25 |
| enanthem | skin | Medical City | Page 25 |
| cutaneous pain | skin | Medical City | Page 25 |
| crusted eyes (eye disorder, lacrimation disorder, vision disorder) | eye | Medical City | Page 25 |
| mucositis | | Medical City | Page 25 |
| eruption | | Medical City | Page 28 |
| apthous ulcers (stomatitis) | GI | Medical City | Page 28 |
| encephalitis | neuro | Medical City | Page 28 |
| shivering (chills) | general | Medical City | Page 35 |
| bullae | skin | Medical City | Page 35 |
| macules | skin | Medical City | Page 35 |
| erythematous | skin | Medical City | Page 35 |
| edematous (face, arms, chest, all extremities, hands, feet, back, abdomen) | skin | Medical City | Page 35 |
| crusty lips | skin | Medical City | Page 35 |
| crusty neck | skin | Medical City | Page 35 |
| vulvar involvement urogenital system, urogenital disorder, female genital disorder, | renal & urological | Medical City | Page 35 |
| labia involvement | renal & urological | Medical City | Page 35 |
| oral involvement (salivation disorder, miscellaneous buccal disorder) | GI | Medical City | Page 35 |
| abdominal discomfort | GI | Medical City | Page 37 |
| pustule | skin | Medical City | Page 37 |
| mouth vesicle | GI | Medical City | Page 37 |
| vesicular eruption | skin | Medical City | Page 37 |
| hemorrhagic bullae | skin | Medical City | Page 37 |

| | | | |
|---|---|---|---|
| friable oral mucosa | GI | Medical City | Page 37 |
| mouth lesions | GI | Medical City | Page 38 |
| finger lesions | skin | Medical City | Page 38 |
| abnormal skin | | Medical City | Page 41 |
| dry and cracked lips | skin | Medical City | Page 41 |
| toxic epidermal necrolysis (TEN) | skin | Medical City | Page 41 |
| encephalopathy | neuro | Medical City | Page 42 |
| spit up blood (hemoptysis) | respiratory | Medical City | Page 48 |
| soft tissue swelling | renal | Medical City | Page 48 |
| ulcerative coating (mouth, lips, eyes) mouth sore | GI | Medical City | Page 48 |
| dermatitis | skin | Medical City | Page 60 |
| necrosis | | Medical City | Page 60 |
| subepidermal vesicle | skin | Medical City | Page 60 |
| lab abnormality hepatoxicity | hepato-biliary | Medical City | Page 66 |
| lab abnormality - protein | disorders of metabolism | Medical City | Page 66 |
| lab abnormality - glucose | disorders of metabolism | Medical City | Page 66 |
| lab abnormality – liver enzymes | hepato-biliary | Medical City | Page 66 |
| lab abnormality – calcium | musculoskeletal | Medical City | Page 66 |
| lab abnormality - potassium | renal | Medical City | Page 66 |
| lab abnormality - sodium | renal | Medical City | Page 66 |
| lab abnormality - chloride | renal | Medical City | Page 66 |
| lab abnormality – CO2 | renal | Medical City | Page 66 |
| lab abnormality - albumin | metabolism | Medical City | Page 66 |
| lab abnormalities | general | Medical City | Page 66 |
| facial edema | skin | Medical City | Page 66 |
| urogenital redness | urological | Medical City | Page 84 |
| urogenital pustules | urological | Medical City | Page 84 |
| generalized weakness musculoskeletal) | musculoskeletal | Medical City | Page 84 |
| head, ears, nose, mouth throat pustules | respiratory & disorders of ear | Medical City | Page 84 |
| oral lesions | GI | Medical City | Page 84 |
| restless | psychiatric | Medical City | Page 90 |

3

| sore body | general | Medical City | Page 90 |
| burning with urination | urological | Medical City | Page 90 |
| reduced po intake | metabolism & nutrition | Medical City | Page 90 |
| photophobia | neuro | Medical City | Page 92 |
| mouth pain | GI | Medical City | Page 92 |
| sloughing skin | skin | Medical City | Page 92 |
| altered mental status | psychiatric | Medical City | Page 92 |
| torn skin | skin | Medical City | Page 93 |
| hanging pustules from neck | skin | Medical City | Page 93 |
| open lesions or sores | skin | Medical City | Page 93 |
| yellow drainage from lesions | skin | Medical City | Page 93 |
| diarrhea | GI | Medical City | Page 95 |
| incontinent | urological | Medical City | Page 96 |
| gynecological redness, pustules, lesions | urological | Medical City | Page 96 |
| generalized edema | renal | Medical City | Page 96 |
| impaired vision | eye | Medical City | Page 96 |
| blood in urine | renal | Medical City | Page 102 |
| lethargy/drowsiness | neuro | Medical City | Page 105 |
| nausea | GI | Medical City | Page 105 |
| skin peeling | skin | Medical City | Page 105 |
| red dots | skin | Medical City | Page 105 |
| sore throat | GI or respiratory | Medical City | Page 112 |
| headache | neuro | Medical City | Page 115 |
| puffy eyes | eyes | Medical City | Page 115 |
| swollen tongue | GI | Medical City | Page 113 |
| hot flashes | general | Medical City | Page 119 |
| mouth pain | GI | Medical City | Page 119 |
| lip pain | | Medical City | Page 119 |
| general aches | | Medical City | Page 119 |
| pharyngeal erythema | respiratory | Medical City | Page 123 |
| bullous impetigo | skin | Medical City | Page 123 |
| extremities-erythematous | skin | Medical City | Page 123 |
| dehydration | renal | Medical City | Page 123 |
| respiratory distress, dyspnea, SOB, | respiratory | Parkland | Page 1 |
| uti | urological | Parkland | Page 1 |
| uri | respiratory | Parkland | Page 1 |
| anemia | disorder of blood | Parkland | Page 1 |
| distended abdomen | GI | Parkland | Page 130 |
| vaginal ulcers | urological | Parkland | Page 131 |

| purpuric lesions | skin | Parkland | Page 131 |
| malnourishment | metabolism & nutrition | Parkland | Page 137 |
| edematous lips | skin | Parkland | Page 150 |
| perineal and rectal disorder | GI | Parkland | Page 219 |
| kidney toxicity (laboratory abnormalities –BUN, CR) | renal | Parkland | Page 13 |