PRINT DATE: 06/25/02          MEDICAL CITY DALLAS HOSPI▓▓          PAGE 2
PRINT TIME: 0032                   7777 FOREST LANE
                                   DALLAS, TX 75230

              INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS, LABREA          #H00707472988     (Continued)

                        *** HEMATOLOGY *** (continued)

   Day                    1
   Date      ----------6/02/02----------
   Time        0615        0440              Reference     Units

=>MONO %          |        |5.9      |          | [0-15]       %
=>EOS %           |        |0.6      |          | [0-10]       %
=>BASO %          |        |0.0      |          | [0-4]        %
=>MDIFF REQUIRED  |        |NO       |          | [NO]
=>TZANK SMEAR   (b)        |         |          | [NEGATIVE]

NOTES:   (b)   DONE SEE PATH REPORT

Patient: WILLIAMS, LABREA          Age/Sex 7/F       Acct#H00707472988 Unit#H000826583

PRINT DATE: 06/25/02
PRINT TIME: 0032

**MEDICAL CITY DALLAS HOSPI⬤**
**7777 FOREST LANE**
**DALLAS, TX 75230**

PAGE 3

## INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS,LABREA                #H00707472988     (Continued)

```
                              *** URINALYSIS ***
      L = Low      CL = Critical Low    H = High     CH = Critical High    D = Delta
                        S* = Age and/or Sex Specific Reference Range
```

| | Day | 1 | | | |
|---|---|---|---|---|---|
| | Date | 6/02/02 | | | |
| | Time | 0520 | | Reference | Units |

| | | | | |
|---|---|---|---|---|
| =>UA COLOR | YELLOW | | | |
| =>UA APPEARANCE | CLEAR | | | |
| =>UA GLUCOSE | NEGATIVE | | [NEGATIVE] | |
| =>UA BILIRUBIN | NEGATIVE | | [NEGATIVE] | |
| =>UA KETONES | NEGATIVE | | [NEGATIVE] | |
| =>UA SPEC GRAVITY | 1.025 | | [1.005-1.035] | |
| =>UA BLOOD | NEGATIVE | | [NEGATIVE] | |
| =>UA PH | 6.0 | | [5.0-8.5] | |
| =>UA PROTEIN | NEGATIVE | | [NEG/TRACE] | |
| =>UA UROBILINOGEN | 0.2 | | [0.2-1.0] | E.U./dL |
| =>UA NITRITE | NEGATIVE | | [NEGATIVE] | |
| =>LEUK ESTERASE | NEGATIVE | | [NEGATIVE] | |
| =>UA MICROSCOPIC? | NOT INDICATED | | | |

Patient: WILLIAMS,LABREA                Age/Sex: 7/F        Acct#H00707472988 Unit#H000826583

PRINT DATE: 06/25/02         **MEDICAL CITY DALLAS HOSPI●●**
PRINT TIME: 0032              7777 FOREST LANE              PAGE  4
                         DALLAS, TX 75230

### INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS,LABREA            #H00707472988     (Continued)

```
                        *** ROUTINE CHEMISTRY ***
      L = Low     CL = Critical Low    H = High    CH = Critical High    D = Delta
                    S* = Age and/or Sex Specific Reference Range
```

| Day | 3 | | | | |
|-----|---|---|---|-----------|------|
| Date | ----------------6/04/02---------------- | | | | |
| Time | 1710 | 0810 | 0810 | Reference | Units |
| =>SODIUM | 140 | | 129    L | [136-145] | mEq/L S* |
| =>POTASSIUM | 3.9 | | 6.6(c)  CH | [3.3-4.6] | mEq/L S* |
| =>CHLORIDE | 105 | | 102 | [96-110] | mEq/L S* |
| =>CO2 | 21 | | 20   L | [21-32] | mEq/L S* |
| =>GLUCOSE | 267  H | | 568(d)  H | [70-110] | mg/dL S* |
| =>BUN | 11 | | 8 | [5-17] | mg/dL S* |
| =>CREATININE | 0.8 | | 0.9 | [0.6-0.9] | mg/dL S* |
| =>TOTAL PROTEIN | 6.2 | | 5.1  L | [6.2-8.1] | gm/dL S* |
| =>ALBUMIN | 3.6 | | 2.4  L | [2.9-4.2] | gm/dL S* |
| =>CALCIUM | 8.7  DL | | 7.1  L | [8.8-10.1] | mg/dL S* |
| =>BILI TOTAL | 0.3 | | 0.1 | [0.0-1.0] | mg/dL S* |
| =>BILI DIRECT | | | 0.1 | [0.0-0.3] | mg/dL S* |
| =>SGOT/AST | 145  H | | 175  H | [10-40] | U/L  S* |
| =>SGPT/ALT | 76  H | | 80  H | [30-65] | U/L |
| =>ALK PHOS TOTA | 101 | | 133 | [69-325] | U/L  S* |
| =>AMMONIA | | 29 | | [11-52] | umol/L |

| Day | 2 | | 1 | | |
|-----|---|---|---|-----------|------|
| Date | -----------6/03/02----------- | | 6/02/02 | | |
| Time | 1840 | 0630 | 1620 | Reference | Units |
| =>SODIUM | 133  L | 133  L | 137 | [136-145] | mEq/L S* |
| =>POTASSIUM | 3.9 | 4.3 | 3.9 | [3.3-4.6] | mEq/L S* |
| =>CHLORIDE | 101 | 100 | 103 | [96-110] | mEq/L S* |
| =>CO2 | 21 | 23 | 21 | [21-32] | mEq/L S* |
| =>GLUCOSE | 114  H | 119  H | 103 | [70-110] | mg/dL S* |
| =>BUN | 9 | 8 | 6  D | [5-17] | mg/dL S* |
| =>CREATININE | 0.9 | 0.8 | 0.6 | [0.6-0.9] | mg/dL S* |
| =>TOTAL PROTEIN | 5.9  L | 6.6 | 6.8 | [6.2-8.1] | gm/dL S* |
| =>ALBUMIN | 3.0 | 3.3 | 3.4 | [2.9-4.2] | gm/dL S* |
| =>CALCIUM | 8.1  L | 8.8 | 8.4  L | [8.8-10.1] | mg/dL S* |

NOTES:  (c)  Verified by repeat analysis.
             No hemolysis noted
             CALLED RESULTS to HALL at 0900 by H.LAB.RSS/0855
      (d)

Patient: WILLIAMS,LABREA         Age/Sex: 7/F     Acct#H00707472988 Unit#H000826583

```
PRINT DATE: 06/25/02              MEDICAL CITY DALLAS HOSPITAL
PRINT TIME: 0032                      7777 FOREST LANE                    PAGE 5
                                      DALLAS, TX 75230
```

### INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS, LABREA              #H00707472988    (Continued)

### *** ROUTINE CHEMISTRY *** (continued)

| Day | 2 | | 1 | Reference | Units | |
|-----|---|---|---|-----------|-------|---|
| Date | ----------6/03/02---------- | | 6/02/02 | | | |
| Time | 1840 | 0630 | 1620 | | | |
| =>BILI TOTAL | 0.3 | 0.4 | 0.3 | [0.0-1.0] | mg/dL | S* |
| =>BILI DIRECT | | 0.2 | | [0.0-0.3] | mg/dL | S* |
| =>SGOT/AST | 116    H | 110    H | 57    H | [10-40] | U/L | S* |
| =>SGPT/ALT | 84    H | 61 | 52 | [30-65] | U/L | |
| =>ALK PHOS TOTA | 192 | 221 | 255 | [69-325] | U/L | S* |

| Day | 1 | Reference | Units | |
|-----|---|-----------|-------|---|
| Date | 6/02/02 | | | |
| Time | 0440 | | | |
| =>SODIUM | 132    L | [136-145] | mEq/L | S* |
| =>POTASSIUM | 3.8 | [3.3-4.6] | mEq/L | S* |
| =>CHLORIDE | 100 | [96-110] | mEq/L | S* |
| =>CO2 | 22 | [21-32] | mEq/L | S* |
| =>GLUCOSE | 124    H | [70-110] | mg/dL | S* |
| =>BUN | 13 | [5-17] | mg/dL | S* |
| =>CREATININE | 0.6 | [0.6-0.9] | mg/dL | S* |
| =>CALCIUM | 9.0 | [8.8-10.1] | mg/dL | S* |

Patient: WILLIAMS, LABREA              Age/Sex: 7/F      Acct#H00707472988 Unit#H000826583

```
PRINT DATE: 06/25/02          MEDICAL CITY DALLAS HOSPITAL
PRINT TIME: 0032                    7777 FOREST LANE                    PAGE 6
                                    DALLAS, TX 75230
```

INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS, LABREA              #H00707472988        (Continued)

```
            <<<<    BEDSIDE/Point-of-Care Testing   >>>>

                        BEDSIDE GLUCOSE
            Effective 5/18/00, results will be flagged High or Low.
```

| | | |
|---|---|---|
| Day | 3 | |
| Date | 6/04/02 | |
| Time | 0808 | Reference Units |

| | | |
|---|---|---|
| >BEDSIDE GLUC | 574    H | [70-110]  mg/dL |

Patient: WILLIAMS, LABREA              Age/Sex: 7/F        Acct#H00707472988 Unit#H000826583

```
PRINT DATE: 06/25/02            MEDICAL CITY DALLAS HOSPITAL
PRINT TIME: 0032                     7777 FOREST LANE                    PAGE 7
                                     DALLAS, TX 75230
```

INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS, LABREA              #H00707472988      (Continued)

### *** MICROBIOLOGY SUMMARY ***

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|---|---|---|---|---|---|---|
| 06/02/02 | 0433 | 02:DL:B0016332S | BLOOD | RIGHT ARM | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000906U | FINGER | 3RD DIG LT | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000907U | FOREHEAD | | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000913S | FOREHEAD | | F | <none> |
| 06/02/02 | 2050 | 02:DL:V0000908U | NASOPHARG | NP WASH | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000909U | RECTAL SWB | | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000910U | THROAT | | F | <none> |
| 06/02/02 | 1835 | 02:DL:V0000911U | WND OTHER | DESCRIBE | F | <none> |
| 06/02/02 | 0615 | 02:DL:V0000903S | WND OTHER | DESCRIBE | F | <none> |

Patient: WILLIAMS, LABREA        Age/Sex: 7/F      Acct#H00707472988 Unit#H000826583

154

```
PRINT DATE: 06/25/02          MEDICAL CITY DALLAS HOSPIT?
PRINT TIME: 0032                  7777 FOREST LANE                  PAGE 8
                                  DALLAS, TX 75230
```

INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS,LABREA          #H00707472988   (Continued)

*** MICROBIOLOGY ***
*** BACTERIOLOGY ***

Source: BLOOD

Collection Date: 06/02/02

> BLOOD CULTURE   *Final 06/07/02*
                          | NO GROWTH AFTER FIVE DAYS

Patient: WILLIAMS,LABREA          Age/Sex: 7/F      Acct#H00707472988 Unit#H000826583

MEDICAL CITY DALLAS HOSP⬛
                                              7777 FOREST LANE
                                              DALLAS, TX 75230                    PAGE 9

                          INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD

Patient: WILLIAMS,LABREA                 #H00707472988      (Continued)

                                  *** VIROLOGY ***

Source: NASOPHARYNGEAL

Collection Date: 06/02/02

> VIRUS CULTURE (@e)   Final 06/24/02
       NO VIRUS RECOVERED

Source: THROAT

> VIRUS CULTURE (@e)   Final 06/24/02
       NO VIRUS RECOVERED

Source: FINGER

> VIRUS CULTURE (@e)   Final 06/18/02
                           | NO VIRUS RECOVERED

Source: FOREHEAD

> VIRUS CULTURE (@e)   Final 06/18/02
                           | NO VIRUS RECOVERED

> SMEAR VARICELLA ZOSTER (@e)   Final 06/03/02
       VIRAL TESTING             | NO ANTIGEN DETECTED

       NO ANTIGEN DETECTED

Source: WOUND OTHER

> SMEAR HERPES DFA (@e)   Final 06/03/02
       VIRAL TESTING             | NO ANTIGEN DETECTED

       NO ANTIGEN DETECTED


NOTES:  (@e) Viral Diagnostics, Inc. - Richardson, TX
         CLIA #45D0477822  CAP #31769-01


Patient: WILLIAMS,LABREA              Age/Sex: 7/F        Acct#H00707472988 Unit#H000826583

PRINT DATE: 06/25/02            MEDICAL CITY DALLAS HOSP⬤
PRINT TIME: 0032                     7777 FOREST LANE              PAGE 10
                                     DALLAS, TX 75230


           INPATIENT FINAL DISCHARGE REPORT FOR MEDICAL RECORD


Patient: WILLIAMS,LABREA            #H00707472988    (Continued)

                      *** VIROLOGY *** (continued)

 Source: WOUND OTHER


Collection Date: 06/02/02

> VIRUS CULTURE (@f)  Final 06/18/02
                             | NO VIRUS RECOVERED

 Source: RECTAL SWABS

> VIRUS CULTURE (@f)  Final 06/18/02
                             | NO VIRUS RECOVERED


NOTES:   (@f) Viral Diagnostics, Inc. - Richardson, TX
              CLIA #45D0477822  CAP #31769-01


Patient: WILLIAMS,LABREA            Age/Sex: 7/F      Acct#H00707472988  Unit#H000826583

NURSES'
NOTES

## MEDICAL HISTORY

- ☐ Heart Defect: _____
- ☐ Sinus/Cough/Asthma: _____
- ☐ Eye/Ear/Nose/Throat problems: _Ear 1_
- ☐ Stomach/Digestive/Feeding problems: _____
- ☐ Seizures/Epilepsy/Headaches: _____
- Do you check your child's blood sugar at home? ☑ No ☐ Yes If yes, how often? _____
- ☐ Back/Neck problems: _____
- ☐ Learning Disabilities: _____
- ☐ Sickle cell anemia/Blood disorders/HIV: _____
- ☑ Speech/Hearing/Vision problems: _____
- etc.): _Hearing    Low Tone in Right Ear_
- ☐ Bone/Skeletal problem: _____
- ☐ Lungs/TB/Bronchitis: _____
- ☐ Hepatitis/Liver Disease: _____
- ☐ Kidney/Bladder problems _____
- ☐ Diabetes: _____
- ☐ Physical/Mental abuse: _____
- ☐ Emotional problems: _____
- ☐ Rash/Skin problems: _____
- ☐ Childhood diseases (measles, mumps, rubella, chicken pox, etc.)
- ☐ Other: _____

How long do you anticipate being here? _24 hrs._

List all previous surgeries/hospitalizations within the past year: _none_

What type of surgery/test/treatment is your child having? _____

List any problems you or your family have had with surgery or anesthesia (nausea, vomiting, or slow to awaken): _none_

## ALLERGIES

☑ None ☐ Medications ☐ Food ☐ Dye ☐ Latex ☐ Other: _____

List all allergies and describe any reactions: _____

☐ Past transfusions? ☑ No ☐ Yes   If yes, what was the date? _____   ☐ Blood reactions? ☐ No ☐ Yes

Describe reaction: _____

## MEDICATIONS (Part 1)

List any medications taken daily: ☐ See attached list

a.) Prescription (steroids, eye drops, birth control pills, inhalers, etc.) _none_

b.) Diabetic drugs: _none_

c.) Non-prescription (aspirin, cold medications, etc.): _for colds only - Benadryl_

# Medical City Dallas Hospital

### Pediatric Admission Assessment Part 1
(To Be Completed By Parent/Guardian/Family)

Form # 0910013C,          (Rev. 2/98)

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

-115-68

159

## SOCIAL SCREENING

What name does your child prefer to be called? _Bre_

Languages spoken if not English:   Parent(s): _English_   Child: _English_

Please answer the following in reference to your child's social habits:

Alcohol ☑No ☐Yes   Cigarettes ☑No ☐Yes   Chewing tobacco ☑No ☐Yes   Drugs ☑No ☐Yes

Sexually active ☑No ☐Yes   Uses condom ☑No ☐Yes   History of pregnancy ☑No ☐Yes

Birth control: _none_ _____ History of sexual/physical/emotional abuse? ☐No ☐Yes _Brother_

Who lives in your household? ☐Parent(s): _Mr./Mrs. Madden_ ☑Siblings (list ages): _2 siblings /2 months/10 mo sister_

☑Pet ☐Other: _____ Who is your child's primary caregiver? Name: _Dr. Curtis_

Relationship: _mother_ _____ Whom do you define as your family/support system? _____

Who is your child's major source of moral support? _mother + Step father_

Is there anything we can do to make this hospitalization easier for your child? _be very nice to her_

Whom do we call if needed?   Name: _Levell Madden_   Relationship: _Step father_

Phone number: _214-360-0031_ _____ Beeper number: _____

Are there any visitation/custodial issues? ☑No ☐Yes   Please specify: _____

Is there anything that would prevent you from being here with your child? _Yes_

Who will be staying with your child? _Sharon Young, Levell madden_

Have you been receiving help from any agencies? ☐Yes ☐No ☐Home Health ☐Visiting Nurse ☐ECI

☐Food stamps ☐CIDC ☐Easter Seals ☐MHMR ☑WIC ☐Other: _____

## ENVIRONMENTAL

Residence: ☑Apartment ☐House ☐Mobile Home ☐Long term care

Conditions: ☐No heat ☐No phone ☐No electricity ☐No running water ☐No 3-pronged outlet
☐No refrigerator/freezer space ☐Pests ☐No transportation available ☐Stairs

## DEVELOPMENTAL/COGNITIVE

List your child's preferred activities: _Read, science, social studys + card games + etc._

Does your child use any special equipment or supplies for routine care? ☑No ☐Yes (specify): _____

Company providing: _____ If school age, list Grade level: _3rd_ School: _Ed Walker Vanguard_

Any problems: _no_

Does your child use a night light? ☐No ☑Yes   Is your child right or left handed? _right_   How old is your child? _7_

Check all that apply to your child: _La Brea Williams_

☑Hold head up ☑Sit up ☑Roll over ☐Crawl ☑Smile ☑Coo/Babble ☐Cruise ☑Walk ☑Run ☐Ride trike/bike
☑Speak 1 word ☑Speak 2-4 words ☑Speak in sentences

Does your child have difficulty learning new things? _no_

What is the easiest way for him/her to learn? _explanation_

How does your child respond to pain or discomfort? _Quite_

Do you do anything special which helps? _no_

## ELIMINATION

Is your child potty trained? ☑Yes ☐No   Special words: _____

☐Diaper day and night ☐Night only   .Does your child have a history of bedwetting? ☐No ☑Yes

Any changes or difficulty with your child's bowel habits? _____

Medical City Dallas Hospital
WILLIAMS, LABREA
H0007472988 MR# H0008265663 6/2/2002
DOB: 07/20/94 7/F  Sandell,Sharon R.,M.D.

## PASTORAL/SPIRITUAL NEEDS SCREENING

Religion: _____ Do you have any religious or cultural practices or needs that we can assist you with? ☐No ☐Yes
Explain: _____

Do you wish to have your Minister, Priest or Rabbi called? ☒No ☐ Yes  Name, phone #, Parish: _____

Do you wish to have a Chaplain visit? ☐ No ☒ Yes

## NUTRITIONAL SCREENING (Part I)

What is your child's regular diet/formula? _____
Does your child use any of the following? ☐ Breast ☐Pacifier ☐ Bottle: _____
☒ Cup ☐ Special nipple ☐ Feeding tube: _____
When did your child last have something to eat or drink? _drink 4:00 am today & last ate_
Does your child have a feeding schedule? ☐ No ☐ Yes _something saturday 7:30 pm & eating Liquids now_
Specify times and amounts: _____
Does your child eat/drink food products containing caffeine? ☐ No ☒ Yes
Specify: ☐ Coffee ☐ Tea ☒ Soft drinks ☐ Chocolate

## FEMALE PATIENTS ONLY

Has your child started menses (period)? _no_ Is it possible that your child could be pregnant? ☒No ☐ Yes
Is your child pregnant? ☒No ☐ Yes  How many weeks? _____
Number of pregnancies: _Ø_   Children: _Ø_

## INFORMATION VALIDATION

This information completed by: _LaSandra Barber Madden_ Relationship: _mother_
Interpreter: _none_
Reviewed and discussed with parents by: _____
Date: _____ Time: _____

## NURSING TO COMPLETE

Height: _____ cm  Weight: _____ lbs. _____ kg.  Blood Pressure: RA_____ LA_____ RL_____ LL_____
Temperature: _____ º  Pulse: _____ Respirations: _____ Head Circumference (children <2 yrs): _____ cm
Immunizations:
☐ DPT ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ booster     ☐ HIB ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ booster
☐ OPB ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ booster     ☐ Hepatitis B ☐ 1 ☐ 2 ☐ booster
☐ MMR ☐ booster
Immunizations current? ☐ No ☐ Yes     If immunizations are not current, refer to Pediatric Immunization Update record.
Recent exposure to contagious diseases? ☐ No ☐ Yes  If yes, explain: _____
Chicken pox? ☐No ☐ Yes  If yes, explain: _____

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

-11770

**161**

## SKIN INTEGRITY SCREEN

| | | | |
|---|---|---|---|
| 1. Abrasions/bruises? | ☑ No  ☐ Yes  location: | 4. Lacerations/scars? | ☑ No  ☐ Yes  location: |
| 2. Reddened areas? | ☐ No  ☑ Yes  location: 2 blisters | 5. Burns? | ☑ No  ☐ Yes  location: |
| 3. Pressure ulcer? | ☑ No  ☐ Yes  location: | 6. Rash? | ☐ No  ☑ Yes  location: all over body |

Could any of the above signify POSSIBLE abuse? (Refer to Abuse Policy) ☑ No ☐ Yes  ● Notify Social Services

Check any that apply:

☑ None  ☐ Assist/total feed  ☐ Tube/gavage feed  ☐ Complex feed  ☐ Restricted bed rest  ☐ Complex activity  ☐ Medical immobilization

☐ Unresponsive/comatose  ☐ Confused/disoriented  ☐ Sensory impairment

✓ Refer to acuity guidelines for Nursing Care Record

● Notify Skin Care Nurse as per the Pressure Ulcer and Skin Care Protocol for any Yes answers in this screen.

## SAFETY NEEDS ASSESSMENT

Check any that apply:

☑ None  ☐ Confused/Disoriented/Delirious  ☐ History of falling  ☐ History of seizures  ☐ Age < 2 years

☐ Side effects of drugs, anemia, electrolyte imbalance

If any of the above are checked, enter a Safety/Fall problem on the Problem List.

## FUNCTIONAL SCREENING

Check any that apply:   Does the patient have?

☐ Difficulty performing ADL's  ☐ Difficulty with functional modality (walking, sitting, crawling, balance)  ☐ Weakness

☐ Pain that interferes with play or daily living skills  ☐ Difficulty understanding verbal or spoken language

☐ Difficulty speaking, writing, stuttering, cognition  ☐ Signs of swallowing difficulties  ☐ Developmental delay  ☐ Open wounds

☐ Difficulty with hearing  ☐ Difficulty positioning  ☐ A need for modified leisure play/skills

☐ Would the patient benefit from exercises of developmental evaluation?

● Notify PT, OT, Speech or Rehab Services if Yes answered to any of the above.

## MEDICATION

Current medications / dose / frequency / last taken:

_____     _____     _____

_____     _____     _____

_____     _____     _____

● Notify Medical Nutrition if any of the following are listed:  Capoten (Captopril), Cipro (Ciprofloxacin), Coumadin (Warfarin), Dilantin (Phenytoin) Suspension, INH (Isoniazid), Marplan (Isocarboxazide), Matulane (Procarbazine), Mardil (Phenelzine), Slo-BID and Theodure (Theophylline),  Parnate (Tranylcypromine), Tagamet (Cimetidine), Selegiline (Eldepryl)

Parent/Guardian articulates understanding of why patient taking medication?  ☐ Yes  ☐ No

DISPOSITION:   ☐ None   ☐ Sent home   ☐ To security for storage   ☐ At bedside per Physician order

## OTHER

Admission Assessment Part I assessed and/or reviewed upon admission:

| Signature of RN: | Date: | Time: |
|---|---|---|
| Completed by: Kris Kalli | Date: 6 2 02 | Time: 0145 |

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988 MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

=118-71

162

## ADMISSION DATA

CHIEF COMPLAINT: blisters, fever

COMMENTS: blisters started yesterday on face + got larger, blisters on arms + legs started today

Date 6-20-02  Unit arrival time 0645  Arrived via: ☑ Wheelchair ☐ Stretcher ☐ Ambulatory ☐ Carried
BP 132/82  Temperature 36.8°  Pulse 130  Resp 24  Arrived from: ☐ Admitting ☑ ER ☐ Surgery ☐ Transport ☐ Other: ___
NPO: ☑ No ☐ Yes  Since: _____  * fever x 1-2 days off now
INFORMATION SOURCE: ☑ Parent/Guardian ☑ Patient ☐ Other: _____ ☐ Unable to obtain
Valuables: _____ ☑ None noted  Disposition: ☐ Home with _____ ☐ Safe ☐ Bedside per patient request

## ASSISTIVE DEVICES

☐ Glasses ☐ Contact R/L ☐ Hearing aid R/L ☐ Walker ☐ Cane ☐ Wheelchair ☐ Dentures/Retainer ☐ Oxygen
☐ Monitors (specify) _____ ☐ None ☐ Other: _____
Disposition of Assistive Devices: _____ ☐ Home with _____ ☐ Bedside

## SOCIAL SERVICE DISCHARGE SCREENING

1. Patient/Family exhibits ineffective coping mechanisms? ☑ No ☐ Yes ☐ Unknown
2. Any support services prior to admission? ☑ No ☐ Yes ☐ Unknown
   ☐ Home Health ☐ Medical Equipment ☐ Nursing Home ☐ Rehab ☐ Other (specify): _____
3. Planned Discharge to: ☑ Home ☐ Nursing Home ☐ Rehab ☐ Unknown ☐ Other (specify): _____ ● Notify Case Management/Social Services for all except home.
4. Will patient need post discharge assistance with ADLs/physical functioning? ☑ No ☐ Yes ☐ Unknown ●
5. Will assistance be needed beyond that which the family can provide? ☑ No ☐ Yes ☐ Unknown ●
6. Financial/Insurance Concerns? ☑ No ☐ Yes ☐ Unknown ●
● Notify Case Management/Social Services if yes answered to any of the three questions above.
7. Does patient have someone to provide care after discharge? ☐ No ☑ Yes ☐ Unknown Who? parents  Phone# ___

## PHYSICAL ASSESSMENT

ORIENTED: ☑ Oriented appropriately for age: ☑ Yes ☐ No  Specify: _____
LOC: ☑ Alert ☐ Lethargic/Drowsy ☐ Sedated ☐ Unresponsive ☐ Comatose
PUPILS: ☑ Equal ☐ Unequal ☑ Reactive ☐ Non-reactive ☐ Sluggish
EYES: ☑ No deficit ☐ Visual impairment ☐ Corrected (specify) _____ ☐ Uncorrected  Blind: ☐ right ☐ left ☐ Strabismus
☐ Blurred vision ☐ Discharge ☑ Itching ☐ Jaundice ☐ Pale conjunctiva ☐ Photophobia ☐ Ptosis ☑ Redness ☑ Other: draining
EARS/NOSE/MOUTH/THROAT: ☑ No deficit ☐ Hearing impaired ☐ Corrected (specify): _____ ☐ Uncorrected  Deaf ☐ R ☐ L
☐ Tinnitus ☐ Otitis media ☑ Drainage/Discharge ☐ Epistaxis ☐ Loss of smell ☐ Post nasal drip ☐ Bleeding gums ☐ Enlarged tonsils
☐ Hoarseness ☑ Lesions ☐ Loss of taste ☐ Poor dentition ☐ Stomatitis ☑ Other: blisters on lips + tongue
EXTREMITY STRENGTH: UPPER: ☑ Equal ☐ Unequal  LOWER: ☑ Equal ☐ Unequal ☐ Hemiplegia ☐ R ☐ L ☐ Paraplegia
☐ Quadriplegic  blisters on arms + legs
SPEECH: ☑ Age appropriate ☐ Delayed ☐ Articulation errors ☐ Unable to assess  ● Notify Speech Therapy if not appropriate for age.
RESP: ☑ Unlabored ☐ Grunting ☐ Retractions (describe) _____ ☐ Nasal flaring ☐ Irregular ☐ Apnea ☐ Tachypnea ☐ Dyspnea
☐ Tracheostomy  size: _____ ☐ Extra at bedside
BREATH SOUNDS: Right: ☑ Clear ☐ Wheezes ☐ Crackles ☐ Coarse ☐ Diminished ☐ Absent  Left: ☑ Clear ☐ Wheezes
☐ Crackles ☐ Coarse ☐ Diminished ☐ Absent
COUGH: ☑ None ☐ Productive ☐ Non-productive ☐ Hacky

**Medical City Dallas Hospital**

**Pediatric Admission Assessment Part 2**

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988 MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

Form # 0910014C.        (Rev. 2/98)

163

## PHYSICAL ASSESSMENT (cont)

SECRETIONS: ☐ No  ☑ Yes (describe): _yellowish from eyes, cloudy from nose_

HEART SOUNDS: ☑ Regular  ☐ Irregular  ☐ Murmur

PULSES: Codes: P = Present  A = Absent  D = Doppler  ☐ Regular  ☐ Irregular   Brachial: R _P_ L _P_   Pedal: R _P_ L _P_

EDEMA: ☑ None  ☐ 1+  ☐ 2+  ☐ 3+  ☐ 4+   Location: _____

SKIN COLOR: ☐ WNL  ☑ Flushed  ☐ Pale  ☐ Dusky  ☐ Cyanotic  ☐ Jaundiced  ☑ Rash (describe): _blisters all over body_

SKIN TURGOR: ☐ Good  ☑ Fair  ☐ Poor

MUCOUS MEMBRANES: ☑ Moist  ☐ Dry

SKIN: ☑ Warm  ☑ Dry  ☐ Diaphoretic  ☐ Cool  ☐ Clammy  ☑ Capillary Refill _<3_ seconds

ABDOMEN: ☐ Soft  ☐ Nondistended  ☐ Distended  ☐ Rigid  ☐ Tender  ☐ Non-tender  ☐ Ostomy  ☐ Vomiting  ☐ Nausea

BOWEL SOUNDS: ☐ Present  ☐ Hypo  ☐ Hyper  ☐ Absent

STOOL FREQUENCY: ☑ Daily/Regular   Last B/M: _____  ☐ Diarrhea   Times/day: _____

GENITOURINARY: ☑ WNL  ☐ Burning  ☐ Dysuria  ☐ Frequency  ☐ Incontinence  ☐ Hematuria  ☐ Nocturia  ☐ Oliguria  ☐ Polyuria  ☐ Pyuria  ☐ Sediment  ☐ Urgency  ☐ Sexually transmitted diseases  ☐ Wears diapers  ☐ Toilet trained

Male: ☐ Circumcised   Discharge (describe): _____  ☐ Hernia  ☐ Hydrocele  ☐ Hypospadias  ☐ Lesions  ☐ Phimosis  ☐ Puberty  ☐ Testes undescended  ☐ Uncircumcised

Female: ☐ Breast development  ☐ Vaginal discharge (describe): _____  ☐ Inflammation  ☐ Lesions  ☐ Lumps/Nodes  ☐ Menses present  ☐ Regular menses  ☐ Irregular menses (describe): _____

CATHETER: ☑ No  ☐ Yes   Type/Date inserted: _____

VENOUS ACCESS: ☑ Venous access/device   Type: _AV © hand_

TUBES: ☐ NG  ☐ G-tube  ☐ Other: _____

ADDITIONAL PHYSICAL ASSESSMENT FINDINGS: _nausea vomiting, chills & hot flashes off ron_

☑ WNL (within normal limits): Refer to definition in Nursing Care Record

## EDUCATION

REFER TO PT/FAMILY ASSESSMENT OF LEARNING NEEDS (IN PT/FAMILY EDUCATION SECTION OF MEDICAL RECORD) FOR FULL REVIEW

## PAIN/COMFORT SCREENING

Pain: ☐ Denies  ☑ Yes   Location of pain: _mouth + lips gums aches_  Pain intensity? (rate 1-4) _2_  ☐ Patient unable to evaluate

Child's perception of pain: _____  Parents perception of pain: _____

Quality of pain? ☐ Sharp  ☐ Stabbing  ☑ Dull  ☐ Tingling  ☐ Constant   Duration of pain: _1 day_  ☐ Other: _____

What increases pain? _eating_  What decreases pain? _rolling_

## PSYCHOSOCIAL

☑ Calm/Cooperative  ☐ Agitated  ☐ Angry  ☑ Anxious/Fearful  ☐ Difficulty coping  ☐ Inappropriate affect  ☐ Flat/blunted affect  ☐ Hallucinating  ☐ Hostile/Combative  ☐ Mood swings  ☑ Sleep disturbances  ☐ Withdrawn  ☐ Other: _____

Fears: _____   Comfort (toy, animal, etc.) _____

"Special" words/meanings: _____

Support systems: ☑ Caregiver  ☑ Family  ☑ Friends/neighbors   Name: _____

## NUTRITIONAL SCREENING

| | | | | |
|---|---|---|---|---|
| 1. Recent weight loss? | ☑ No | ☐ Yes | 8. ☐ Lactating or pregnant? | |
| 2. Diagnosis relating to actual or potential malnutrition? | ☑ No | ☐ Yes | ● Notify Dietary if Yes | |
| 3. On modified diet, tube feeding or parenteral nutrition? | ☑ No | ☐ Yes (specify): _____ | answered to any | |
| 4. No intake/clear liquids greater than or equal to 2 days? | ☑ No | ☐ Yes | questions 1-8. | |
| 5. Chewing/swallowing difficulties? | ☑ No | ☐ Yes ● notify Speech Therapy | 9. ☐ Breast fed | |
| 6. Food allergy/intolerance? | ☑ No | ☐ Yes (specify): _____ | 10. ☐ Bottle-fed | |
| 7. Any cultural/ethnic/religious food preferences? | ☑ No | ☐ Yes (specify): _____ | Specify formula: _____ | |

| Facility<br>Medical City Dallas Hospital | Service/Location<br>EMERGENCY ROOM<br><br>Status   Date<br>REG ER   06/02/02 | Acct # H00707472988<br><br>Unit # H000826583 |
|---|---|---|

**Patient's Legal Name**
WILLIAMS,LABREA
Prior Stay

| | Sex Race DOB | Age | Ht | Wt | SS | MS | Religion |
|---|---|---|---|---|---|---|---|
| | F  AA  07/20/94 | 7 | | | | S | BAPTIST |

Patient's Legal Address
8201 MANDERVILLE LN APT 208,DALLAS,TX 75231

Phone
214-360-0631

| DISCHARGE STATUS | EXPIRED | CONDITION ON DISCHARGE | SEVERITY INDEX | STAGE |
|---|---|---|---|---|
| Date    Hours<br>___ Routine (Home)<br>___ Home Health Care<br>___ AMA<br>___ Transferred to (Spcecify) | ___ Over 48 Hours<br>___ Under 48 Hours<br>___ Autopsy<br>___ In Operating Room<br>___ Post-op Death<br>___ Coroner's Case | ___ Much Improved<br>___ Improved<br>___ Not Improved<br>___ Complications<br>___ Disease Progression<br>___ Not Treated/Diagnosis Only | ___ Low<br>___ Moderate<br>___ Major<br>___ Extreme | ___ Asymptomatic<br>___ Moderate<br>    Manifestations<br>___ Major<br>    Manifestations<br>___ Catastrophic |

| FINAL DIAGNOSES | CODES |
|---|---|
| Principal: | |
| Other Diagnoses and Manifestations | |

| Injury:  External Cause | Date   Hour | Late Effect<br>___Yes ___ No | Poisoning (External Cause/Substance) |
|---|---|---|---|
| Infection Type (Specify Organism and Site) | | | Cause or Origin |

| DATES | OPERATIONS AND PROCEDURES | CODES |
|---|---|---|
| | Principal (Specify Dates)<br><br>Other (Specify Dates) | |

**CONSULTING PHYSICIAN/RESIDENTS**
1.            2.            3.            4.            5.

_____   _____      _____   _____
Signature of Resident                Date            Signature of Attending Physician       Date
                                                     Matthew O Bush, M.D.

FACE SHEET                                                          Printed 06/02/02 0531

--121-74

165

| INPATIENT PEDIATRIC & PEDIATRIC INTENSIVE CARE Date on & (done) | Learner | Method & Outcome | Date & Initial | Learner | Method & Outcome | Date & Initial | Learner | Method & Outcome | Date & Initial |
|---|---|---|---|---|---|---|---|---|---|
| 1. Orientation to Care Unit:    (Circle) <br> (PEDIATRICS)    PICU | m,Pt | O O V | | | | | | | |
| 2. Review of Monitoring Parameters | m,pt | O O V | | | | | | | |
| 3. Intravenous Fluid Therapy | m Pt | O O V | | | | | | | |
| 4. Administration of Blood Products | | | | | | | | | |
| 5. Diagnostic Testing <br> ☐ Chest x-ray  ☑ Laboratory work <br> ☐ EKG        ☐ Echocardiogram <br> ☐ CAT scan    ☐ MRI <br> ☐ X-ray       ☐ GI lab | m pt | O O V | | | | | | | |
| 6. Diagnosis: _____ | | | | | | | | | |
| 7. Airway Management <br> ☐ Oxygen       ☐ Face mast/tent <br> ☐ Nasal cannula  ☐ Suctioning <br> ☐ Ventilator    ☐ Aerosol nebulizer <br> ☐ Other: _____ | | | | | | | | | |
| 8. Pulmonary Toilet <br> ☐ Cough & deep breath <br> ☐ Incentive spirometry <br> ☐ CPT/vibration  ☐ Positioning <br> ☐ Suctioning | | | | | | | | | |
| 9. Activity/Positioning <br> restricted to room | m,pt | O O V | | | | | | | |
| 10. Nutrition <br> ☐ Diet: _____ <br> ☐ Gavage        ☐ Meal preparation <br> ☐ NG placement/feeding/schedule <br> ☐ Calorie requirements <br> ☐ Other: _____ | | | | | | | | | |
| 11. Pain Management | mpt | O O V | | | | | | | |
| 12. Signs & Symptoms to Notify MD | | | | | | | | | |

| LEARNER CODES | READINESS | | INITIAL | DISCIPLINE | SIGNATURE |
|---|---|---|---|---|---|
| P – Patient <br> M – Mother <br> F – Father <br> GP – Grandparent <br><br> O – Other _____ <br> (specify) | ☐ Initial Assessment documents readiness to learn <br> ☐ See Problem List for identified learning deficits | | ty | Nus | BiisKoller |
| | ☐ Initial Assessment documents readiness to learn <br> ☐ See Problem List for identified learning deficits | | | | |
| METHOD | | OUTCOME | | | |
| O/O – One to One <br> W – Written material provided <br> TV – TV/Video <br> Ref – Referral, see notes <br> CR – Content reinforced | V – Verbalizes understanding <br> R – Return demonstration <br> NR – Needs reinforcement <br> I – Independent demonstration <br> C – Completed | | | | |

**North Texas Hospital for Children**
at Medical City Dallas
INPATIENT PEDIATRIC & INTENSIVE CARE
PATIENT/FAMILY TEACHING FORM

Form # 0912890C Dept. 645, 646, 675, 782, Rev (03/00)

Patient ID

Medical City Dallas Hospital
WILLIAMS, LABREA
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D. –76–
'75
rage 1 of 2

166

Year _____

| INPATIENT PEDIATRIC & PEDIATRIC INTENSIVE CARE Date or ✓ (done) | Learner | Method & Outcome | Date & Initial | Learner | Method & Outcome | Date & Initial | Learner | Method & Outcome | Date & Initial |
|---|---|---|---|---|---|---|---|---|---|
| 13. Follow-Up Appointment with Physician | | | | | | | | | |
| 14. Home Equipment<br>☐ Oxygen  ☐ Nebulizer<br>☐ IV fluids  ☐ Apnea monitor<br>☐ Feeding pump  ☐ C-pap<br>☐ Other: _____ | | | | | | | | | |
| 15. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 16. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 17. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 18. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 19. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 20. Medication: _____<br>Demonstrates administration;<br>Verbalizes dosage, action, side<br>effects, drug/food interactions | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| INITIAL | DISCIPLINE | SIGNATURE | INITIAL | DISCIPLINE | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**North Texas Hospital for Children**
at Medical City Dallas
INPATIENT PEDIATRIC & INTENSIVE CARE
PATIENT/FAMILY TEACHING FORM

Patient ID

Form # 0912890C ___ 45, 646, 675, 782, Rev (

77 '76

167

## United States, January - December 2001

Vaccines¹ are listed under routinely recommended ages. *Bars* indicate range of recommended ages for immunization. Any dose not given at the recommended age should be given as a "catch-up" immunization at any subsequent visit when indicated and feasible. *Ovals* indicate vaccines to be given if previously recommended doses were missed or given earlier than the recommended minimum age.

| Age ▼<br>Vaccine ▼ | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 12 mos | 15 mos | 18 mos | 24 mos | 4-6 yrs | 11-12 yrs | 14-18 yrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B³ | Hep B #1 | | | | | | | | | | | |
| | | Hep B #2 | | | Hep B #3 | | | | | | Hep B | |
| Diphtheria, Tetanus, Pertussis³ | | | DTaP | DTaP | DTaP | | DTaP³ | | | DTaP | Td | |
| H. influenzae type b⁴ | | | Hib | Hib | Hib | Hib | | | | | | |
| Inactivated Polio⁵ | | | IPV | IPV | | IPV⁴ | | | | IPV⁴ | | |
| Pneumococcal Conjugate⁶ | | | PCV | PCV | PCV | PCV | | | | | | |
| Measles, Mumps, Rubella | | | | | | MMR | | | | MMR | MMR | MMR |
| Varicella⁸ | | | | | | Var | | | | | Var | Var |
| Hepatitis A | | | | | | | | | | Hep A — in selected areas⁹ | | |

Approved by the Advisory Committee on Immunization Practices (ACIP), the American Academy of Pediatrics (AAP), and the American Academy of Family Physicians (AAFP).

### PATIENT IMMUNIZATION HISTORY

| | CURRENT | NON-CURRENT | UNKNOWN |
|---|---|---|---|
| HEPATITIS B | | | |
| DIPTHERIA, TETANUS, PERTUSSIS | | | |
| H. INFLUENZA, TYPE B | | | |
| POLIO | | | |
| MEASLES, MUMPS, RUBELLA | | | |
| VARICELLA | | | |
| PNEUMOCOCAL | | | |

### CLINIC LIST FOLLOW- UP
#### CITY OF DALLAS CLINICS

| East Dallas | 3320 Live Oak | 214-819-2162 |
|---|---|---|
| Bluitt- Flowers | 303 N Overton | 214-266-1200 |
| Garland | 802 Hopkins | 214-590-0700 |
| Oak West | 4444 S Hampton | 214-330-1066 |
| South East Dallas | 9292 Elam | 214-309-1603 |
| Vickery | 8223 Park Ln #130 | 214-590 0350 |

*Immunizations and General Medical Care- Appt. needed- Sliding Scale Fees

Date of last Tetanus _____  Data source _____  Form completed by _____

*Patient is advised to check with his/her personal physician or contact one of the above local health department clinics regarding immunizations*

### CONSENT FOR IMMUNIZATIONS

I have read or have had explained to me the information provided for these immunizations  I have had the oppurtunity to have questions answered to my satisfaction  I believe I understand the benefits and risks of the immunizations and asks that the immunizations below be given to the patient named below for whom I am authorized to make this request

**I have received information regarding immunizations recommendations and locations where I may obtain these.**

I do  give  permission for _____ to receive _____
(Name)                          (Immunization)

I do not give  permission for _____ to receive _____
(Name)                          (Immunization)

_____ (Signature)          _____ (Relationship)

_____ (Witness)            _____ (Date)

**North Texas Hospital For Children**
At Medical City Dallas Hospital

**PEDIATRIC IMMUNIZATION UPDATE**

Form 0911797C Rev. (5/01)  White- Chart  Yellow- Patient

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB- 07/20/94  7/F  Sandell, Sharon R.,M.D.

- =78- '77

**168**

Complete each column on admission, change in status, or transfer to another unit.

| LEARNING NEEDS ASSESSMENT | DATE 4/2 | | Identify easiest way to learn. | DATE 4/2 | | Needs Education On: | DATE 4/2 | |
|---|---|---|---|---|---|---|---|---|
| Participants | P.m | | Participants | P.m | | Participants | P.m | |
| Able to Read | ✓ | | Listening | ✓ | | Diet/Nutrition | ✓ | |
| Language Barrier _____ | | | Reading | | | Medication (include potential food/drug or drug/drug interactions) | | |
| Visual Needs _____ | | | Pictures/Videos | | | Personal Hygiene & Grooming | | |
| Hearing Disability _____ | | | Demonstration | | | Equipment | | |
| Physical Limitations _____ | | | Read Lips | | | Support Groups/ Community Resources | | |
| Emotional State _____ | | | Other: _____ | | | Illness/condition | | |
| Religious/Spiritual Consideration | | | | | | Self Care Skills/ Rehabilitation Techniques | | |
| Cultural/Lifestyle Influences | | | | | | Other: _____ | | |
| Cognitive Limitations | | | Initials | Printed Name | | Signature/Title | | |
| Financial Limitations | | | | | | | | |
| Unable to Assess (See Comments) | | | | | | | | |
| Other: _____ | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| LEGEND | Readiness to Learn:<br>W = Willing to Learn<br>N = Needs Encouragement<br>R = Refused<br>D = Disoriented<br>A = Anxiety<br>L = LOC | Participants:<br>P = Patient<br>F = Family*<br>O = Other*<br>I = Interpreter*<br><br>*Identify in Comments | Methods/Materials:<br>AV = Audio/Visual<br>C = Class<br>D = Demonstration<br>P = Phone Call<br>V = Verbal<br>W = Written | Evidence of Learning:<br>N = Needs Additional Education<br>V = Verbalizes Understanding<br>R = Returns Accurate Demonstration<br>P = Performs Routinely<br>• = See Interdisciplinary Notes | Disciplines:<br>NUR = Nurse<br>RT = Respiratory Care<br>SW/CM = Social Worker/ Case Manager<br>PT = Physical Therapy<br>OT = Occupational Therapy<br>ST = Speech Therapy<br>MNT = Medical Nutrition Therapy<br>CPR = Cardiac Pulmonary Rehab<br>Other |
|---|---|---|---|---|---|

| Education | Discipline | Date | Time | Readiness To Learn | Participants | Methods and Materials | Subject/Comments | Evidence of Learning/ Date/Initials | Evidence of Learning/ Date/Initials | Evidence of Learning/ Date/Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Medical City Dallas Hospital**

**Interdisciplinary Education Assessment Record**

Form # 0910331T  (Rev. 5/01)  1 of 2

Patient Identification

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00070472988  MR#: H000826583   6/2/2002
DOB: 07/20/94  7/F   Sandell,Sharon R.,M.D.

–79-78

**169**

1. Patient / Family expectations are incorporate ___o plan of care:  ☐ Yes  ☐ No   If No exp _____
2. Goals will be modified based upon patient / fa___y need.
3. See Interdisciplinary Notes for Goal Summary and Re-Prioritization.

| Discipline Codes: | | | |
|---|---|---|---|
| NUR = Nursing | CPR = Cardiac Pulmonary Rehab | OT = Occupational Therapy | Other: _____ |
| RT = Respiratory Care | SW/CM = Social Worker/Case Management | | Other: _____ |
| MNT = Medical Nutrition Therapy | PT = Physical Therapy | ST = Speech Therapy | Other: _____ |

\* Discharge Follow-up Referral Codes:   1 = Home Health   2 = Nursing Home   3 = Rehabilitation   4 = Hospice   5 = Other

| Date / Time | Initials | Discipline Code | Number | Problem/Need | Goal (Measurable) | Goal Met Y | N | Date Initial | If not met - Follow-up |
|---|---|---|---|---|---|---|---|---|---|
| | K | Nur | 5 | Discharge Planning | D/c home | | | | |
| | K | Nur | 2 | Pain Management | Pain free | | | | |
| | K | Nur | 3 | Knowledge Deficit | Poc complete | | | | |
| | K | Nur | 4 | Psychosocial/Spiritual | needs met | | | | |
| | K | Nur | 1 | fever | afebrile | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Initials | Printed Name | Signature/Title | Initials | Printed Name | Signature/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Medical City Dallas Hospital

### Patient Plan of Care - Interdisciplinary Goals

Patient Identification

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00070472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

Form # 0910331T  (Rev. 5/01)  2 of 2

-8029

170

# PEDIATRIC INTERDISCIPLINARY FLOW SHEET

DATE: 6-4-02

| GENERAL CARE | ALARMS ON | 7A - 7P | 7P - 7A | GENERAL CARE | 7A - 7P | 7P - 7A |
|---|---|---|---|---|---|---|
| Heart Monitor | ☑ N/A ☐ Yes | HIGH / LOW | HIGH / LOW | 24 hr. Order Check | ☐ Yes | ☐ Yes |
| Respiratory / Apnea | ☑ N/A ☐ Yes | HIGH / LOW | HIGH / LOW | Bath / Linen (Time Done) | ☐ Yes | ☐ Yes |
| Arterial Line | ☑ N/A ☐ Yes | HIGH / LOW | HIGH / LOW | Oral Care (Time Done) | | |
| Pulse Oximetry | ☐ N/A ☑ Yes | 100 / 90 | HIGH / LOW | Trach Care / Change (Time Done) | | |
| | | HIGH | HIGH | G-Tube Care (Time Done) | | |
| Pressure Line Zero Balanced | ☑ N/A | ☐ A-Line ☐ PA ☐ CVP ☐ Other | ☐ A-Line ☐ PA ☐ CVP ☐ Other | Foley Care (Time Done) | | |
| Bed Type | | SPECIFY Adult | SPECIFY | Dressing Change Site _____ (Time Done) | | |
| Brakes Locked / Siderails Up | | ☑ Yes | ☐ Yes ☐ Yes | Dressing Change Site _____ (Time Done) | | |
| Call Light Within Reach | | ☑ Yes ☐ N/A | ☐ Yes ☐ N/A | Dressing Change Site _____ (Time Done) | | |
| Special Bedding | | ☐ Eggcrate ☐ Sheep Skin ☐ Water Bed Other _____ | ☐ Eggcrate ☐ Sheep Skin ☐ Water Bed Other _____ | IV Start/Restart (Time Done) | Size _____ # used _____ | Size _____ # used _____ |
| | | | | IV Tubing Change (Time Done) | | |
| | | | | IV Tubing Change (Time Done) | | |
| ID Band | Allergy Band | ☑ Yes ☐ Yes | ☐ Yes ☐ Yes ☐ N/A | Feeding Tubing Change (Time Done) | | |
| Seizure Precautions | ☑ N/A | ☐ Yes | ☐ Yes | Feeding Tubing Change (Time Done) | | |
| Latex Allergy Alert | ☑ N/A | ☐ Yes | ☐ Yes | | | |
| Chemotherapy Precautions | ☑ N/A | ☐ Yes | ☐ Yes | | | |
| Isolation | C = Contact D = Droplet A = Airborne | ☐ C ☐ D ☐ A | ☐ C ☐ D ☐ A | DURABLE EQUIPMENT | | |
| ETT / Trach Size | ☑ N/A | ☐ Cuffed ☐ Uncuffed | ☐ Cuffed ☐ Uncuffed | ☐ Thermic Unit | ☐ Sequential Compression Device | |
| ETT Taped | ☑ N/A | ☐ Lip _____ cm ☐ Nare _____ cm | ☐ Lip _____ cm ☐ Nare _____ cm | ☐ PCA / Epidural _____ | ☐ Trays (i.e., Lumbar, etc.) x _____ | |
| | | | | ☑ Infusion (One) Channel Pump x 1 | ☐ Photo Therapy | |
| Extra Trach / ET Tube @ BS | ☑ N/A | ☐ Yes | ☐ Yes | ☐ Infusion (Two) Channel Pump x _____ | ☐ Other _____ | |
| Ambu Bag/Mask | ☑ N/A | ☐ Yes | ☐ Yes | ☐ Infusion (Four) Channel Pump x _____ | ☐ Other _____ | |
| O2 / Suction @ BS | | ☑ Yes | ☐ Yes | ☐ Thoracic Suction | ☐ Other _____ | |
| Wire Cutters @ BS | ☑ N/A | ☐ Yes | ☐ Yes | ☐ External Pacemaker | ☐ Other _____ | |
| Emergency Drug Sheet | | ☑ Yes | ☐ Yes | ☐ Kangaroo Pump | ☐ Other _____ | |
| | | | | ☑ Syringe Pump x 1 | ☐ Other _____ | |

**ALL PERSONNEL UTILIZING INITIALS ON THIS FORM WILL SIGN AND INITIAL BELOW**

| INIT | PRINT | SIGNATURE | INIT | PRINT | SIGNATURE |
|---|---|---|---|---|---|
| MH | Meredith Hill | M Hill RN | SD | Sally Derrick | Sally Derrick |
| CJ | Cheri Stringer | C Stringer | | | |
| | | | | | |
| | | | | | |

**North Texas Hospital**
**for Children**
**at Medical City Dallas**

PATIENT IDENTIFICATION

⭕ PEDIATRIC INTERDISCIPLINARY FLOW SHEET

Form #0912130 Dept. 640, 645
(Rev. 2/01) Page 1 of 10

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583   6/2/2002
DOB: 07/20/94   7/F   Sandell, Sharon R., M.D.

–81–80

## PATIENT ASSESSMENT

| TO BE COMPLETED BY R.N. OR L.V.N.<br>(WNL) = WITHIN NORMAL LIMITS | DAY | EVENING | NIGHT |
|---|---|---|---|
| | Time of Assessment: _0840_ | Time of Assessment: _____ | Time of Assessment: _____ |
| | Signature/Title: _MSYeoten_ | Signature/Title: _____ | Signature/Title: _____ |

### NEUROLOGICAL

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| (WNL) = Oriented appropriately for age. Alert and/or easily aroused. PERL appropriate for age. Active and full ROM to all extremities with symmetry of strength. Behavioral / Developmental stage appropriate for age. Responsive to verbal, tactile and painful stimuli. No deficit in hearing or sight. Head and face symmetrical. Fontanel soft and flat. | ☐ WNL  ☑ See detailed Neuro  ☐ Agitated<br>☐ Sedated  ☐ Paralyzed (chemically)<br>☐ Unresponsive to:<br>  ☐ Painful  ☐ Tactile  ☐ Verbal stimuli<br>☐ Post anesthesia  ☐ Lethargic / drowsy<br>☐ Absent reflexes:  ☐ Cough  ☐ Gag<br>☐ Numbness: Location _____<br>☐ Tingling: Location _____<br>☐ Headache: Location _____<br>CRY: ☐ Lusty  ☐ Weak  ☐ High pitched<br>  ☐ No cry  ☐ Hoarse<br>SUTURE: ☐ Over-riding  ☐ Separated<br>FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full<br>☐ Depressed<br>SUCK:  ☐ Absent  ☐ Weak<br>☐ Other: _____ | ☐ WNL  ☐ See detailed Neuro  ☐ Agitated<br>☐ Sedated  ☐ Paralyzed (chemically)<br>☐ Unresponsive to:<br>  ☐ Painful  ☐ Tactile  ☐ Verbal stimuli<br>☐ Post anesthesia  ☐ Lethargic / drowsy<br>☐ Absent reflexes:  ☐ Cough  ☐ Gag<br>☐ Numbness: Location _____<br>☐ Tingling: Location _____<br>☐ Headache: Location _____<br>CRY: ☐ Lusty  ☐ Weak  ☐ High pitched<br>  ☐ No cry  ☐ Hoarse<br>SUTURE: ☐ Over-riding  ☐ Separated<br>FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full<br>☐ Depressed<br>SUCK:  ☐ Absent  ☐ Weak<br>☐ Other: _____ | ☐ WNL  ☐ See detailed Neuro  ☐ Agitated<br>☐ Sedated  ☐ Paralyzed (chemically)<br>☐ Unresponsive to:<br>  ☐ Painful  ☐ Tactile  ☐ Verbal stimuli<br>☐ Post anesthesia  ☐ Lethargic / drowsy<br>☐ Absent reflexes:  ☐ Cough  ☐ Gag<br>☐ Numbness: Location _____<br>☐ Tingling: Location _____<br>☐ Headache: Location _____<br>CRY: ☐ Lusty  ☐ Weak  ☐ High pitched<br>  ☐ No cry  ☐ Hoarse<br>SUTURE: ☐ Over-riding  ☐ Separated<br>FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full<br>☐ Depressed<br>SUCK:  ☐ Absent  ☐ Weak<br>☐ Other: _____ |

### CARDIOVASCULAR

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| (WNL) = Apical pulse regular and rate appropriate for age. Peripheral pulses present and equal bilaterally. No edema or cyanosis noted. Capillary refill less than 3 seconds. Blood pressure appropriate for age. | ☐ WNL  ☐ Murmur<br>☐ Abnormal peripheral pulses<br>☐ Capillary refill _____ seconds<br>☑ Edema: Location _Facial_<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>  Location _____<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>☐ Arrhythmia<br>☐ Temp. pacing wires intact and dry<br>☐ Pacemaker  ☐ Rate _____<br>☐ Sensitivity _____<br>☐ Battery checked<br>☐ Other: _tachy at times_ | ☐ WNL  ☐ Murmur<br>☐ Abnormal peripheral pulses<br>☐ Capillary refill _____ seconds<br>☐ Edema: Location _____<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>  Location _____<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>☐ Arrhythmia<br>☐ Temp. pacing wires intact and dry<br>☐ Pacemaker  ☐ Rate _____<br>☐ Sensitivity _____<br>☐ Battery checked<br>☐ Other: _____ | ☐ WNL  ☐ Murmur<br>☐ Abnormal peripheral pulses<br>☐ Capillary refill _____ seconds<br>☐ Edema: Location _____<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>  Location _____<br>  ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+<br>☐ Arrhythmia<br>☐ Temp. pacing wires intact and dry<br>☐ Pacemaker  ☐ Rate _____<br>☐ Sensitivity _____<br>☐ Battery checked<br>☐ Other: _____ |

### RESPIRATORY

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| (WNL) = Respirations unlabored and symmetrical; regular rhythm and depth; rate within normal limits for age. Breath sounds clear and equal bilaterally. | ☑ WNL  ☐ Dyspneic  ☐ Tachypneic<br>☐ Apnea  ☐ Irregular<br>BREATH SOUNDS: ☐ Coarse ☐ Crackles<br>☐ Diminished  ☐ Wheezing _____<br>☐ Stridor  ☐ Nasal flaring<br>☐ Grunting  ☐ Periodic breathing<br>RETRACTIONS: ☐ Subcostal ☐ Intercostal<br>☐ Substernal ☐ Suprasternal ☐ Subclavian<br>COUGH: ☐ Non-productive  ☐ Productive<br>SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick<br>☐ Thin ☐ Color _____<br>☑ O2 _99_ % _____ V/min Method _NA_<br>☐ Other: _____ | ☐ WNL  ☐ Dyspneic  ☐ Tachypneic<br>☐ Apnea  ☐ Irregular<br>BREATH SOUNDS: ☐ Coarse ☐ Crackles<br>☐ Diminished  ☐ Wheezing _____<br>☐ Stridor  ☐ Nasal flaring<br>☐ Grunting  ☐ Periodic breathing<br>RETRACTIONS: ☐ Subcostal ☐ Intercostal<br>☐ Substernal ☐ Suprasternal ☐ Subclavian<br>COUGH: ☐ Non-productive  ☐ Productive<br>SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick<br>☐ Thin ☐ Color _____<br>☐ O2 _____ % _____ V/min. Method _____<br>☐ Other: _____ | ☐ WNL  ☐ Dyspneic  ☐ Tachypneic<br>☐ Apnea  ☐ Irregular<br>BREATH SOUNDS: ☐ Coarse ☐ Crackles<br>☐ Diminished  ☐ Wheezing _____<br>☐ Stridor  ☐ Nasal flaring<br>☐ Grunting  ☐ Periodic breathing<br>RETRACTIONS: ☐ Subcostal ☐ Intercostal<br>☐ Substernal ☐ Suprasternal ☐ Subclavian<br>COUGH: ☐ Non-productive  ☐ Productive<br>SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick<br>☐ Thin ☐ Color _____<br>☐ O2 _____ % _____ V/min Method _____<br>☐ Other: _____ |

### GASTROINTESTINAL

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| (WNL) = Abdomen soft, non-distended, non-tender with active bowel sounds in all four quadrants. No complaint of nausea. No vomiting, pain, diarrhea or constipation. | ☐ WNL  ☐ Masses  ☐ Pain<br>ABD: ☐ Distended ☐ Firm ☐ Sunken<br>☐ Guarding ☐ Vomiting ☐ Diarrhea ☐ Nausea<br>☐ Last BM: _____<br>BOWEL SOUNDS: ☐ Absent ☐ Hypoactive<br>☐ Hyperactive<br>☐ NGT  ☐ NDT  ☐ Oral  ☐ L ☐ R<br>☐ Placement verified ☐ Clamped ☐ Tube-fed<br>☐ Intermittent ☐ Drainage _____<br>☐ G-tube/Button ☐ J-tube ☐ Clamped<br>☐ Tube-fed<br>☐ Drainage: _____<br>Ostomy: Type _____<br>☐ Other: _____ | ☐ WNL  ☐ Masses  ☐ Pain<br>ABD: ☐ Distended ☐ Firm ☐ Sunken<br>☐ Guarding ☐ Vomiting ☐ Diarrhea ☐ Nausea<br>☐ Last BM: _____<br>BOWEL SOUNDS: ☐ Absent ☐ Hypoactive<br>☐ Hyperactive<br>☐ NGT  ☐ NDT  ☐ Oral  ☐ L ☐ R<br>☐ Placement verified ☐ Clamped ☐ Tube-fed<br>☐ Intermittent ☐ Drainage _____<br>☐ G-tube/Button ☐ J-tube ☐ Clamped<br>☐ Tube-fed<br>☐ Drainage: _____<br>Ostomy: Type _____<br>☐ Other: _____ | ☐ WNL  ☐ Masses  ☐ Pain<br>ABD: ☐ Distended ☐ Firm ☐ Sunken<br>☐ Guarding ☐ Vomiting ☐ Diarrhea ☐ Nausea<br>☐ Last BM: _____<br>BOWEL SOUNDS: ☐ Absent ☐ Hypoactive<br>☐ Hyperactive<br>☐ NGT  ☐ NDT  ☐ Oral  ☐ L ☐ R<br>☐ Placement verified ☐ Clamped ☐ Tube-fed<br>☐ Intermittent ☐ Drainage _____<br>☐ G-tube/Button ☐ J-tube ☐ Clamped<br>☐ Tube-fed<br>☐ Drainage: _____<br>Ostomy: Type _____<br>☐ Other: _____ |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**    6/2/2002
H00707472988 MR#: H000826583
DOB: 07/20/94  7/F  Sandell, Sharon R., M.D.

Form #0912130 Dept.
Rev. 2/01) Page 2 of 1.

81

# PATIENT ASSESSMENT

| TO BE COMPLETED BY R.N. OR L.V.N. (WNL) = WITHIN NORMAL LIMITS | DAY | EVENING | NIGHT |
|---|---|---|---|
| | Time of Assessment: _08/0_ <br> Signature/Title: _MTrumpal_ | Time of Assessment: _____ <br> Signature/Title: _____ | Time of Assessment: _____ <br> Signature/Title: _____ |

## GENITOURINARY / GYNECOLOGICAL

**(WNL)** = Voiding without dysuria, frequency, or urgency. No bladder distention. No edema, redness, or discharge in GU area. No abnormal bleeding. Continency appropriate for age. Urine clear, yellow to amber with adequate output.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Bladder distended ☐ Incontinent | ☐ WNL ☐ Bladder distended ☐ Incontinent | ☐ WNL ☐ Bladder distended ☐ Incontinent |
| ☐ Catheter ☐ Cloudy ☐ Sediment | ☐ Catheter ☐ Cloudy ☐ Sediment | ☐ Catheter ☐ Cloudy ☐ Sediment |
| ☐ Color: _____ ☐ Hematuria | ☐ Color: _____ ☐ Hematuria | ☐ Color: _____ ☐ Hematuria |
| ☐ Dysuria ☐ Frequency ☐ Urgency | ☐ Dysuria ☐ Frequency ☐ Urgency | ☐ Dysuria ☐ Frequency ☐ Urgency |
| GU AREA: ☐ Edema ☐ Redness | GU AREA: ☐ Edema ☐ Redness | GU AREA: ☐ Edema ☐ Redness |
| ☐ Discharge _____ | ☐ Discharge _____ | ☐ Discharge _____ |
| ☐ Bruising ☐ Menses | ☐ Bruising ☐ Menses | ☐ Bruising ☐ Menses |
| ☑ Other: _Fluid filld pustles_ | ☐ Other: _____ | ☐ Other: _____ |

## INTEGUMENTARY

**(WNL)** = Skin warm, dry and intact. Mucous membranes pink and moist. Elastic turgor. No evidence of rash, ecchymosis or lesions. Appropriate hair distribution for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic | ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic | ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic |
| ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale | ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale | ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale |
| ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling | ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling | ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling |
| ☐ Ecchymosis ☐ Poor turgor ☐ Mottled | ☐ Ecchymosis ☐ Poor turgor ☐ Mottled | ☐ Ecchymosis ☐ Poor turgor ☐ Mottled |
| CYANOSIS: ☐ Central ☐ Circumoral | CYANOSIS: ☐ Central ☐ Circumoral | CYANOSIS: ☐ Central ☐ Circumoral |
| ☐ Acrocyanosis | ☐ Acrocyanosis | ☐ Acrocyanosis |
| ☑ Rash _over entire body_ | ☐ Rash _____ | ☐ Rash _____ |
| ☐ Diaper rash _____ ☐ Lesions ____ | ☐ Diaper rash _____ ☐ Lesions ____ | ☐ Diaper rash _____ ☐ Lesions ____ |
| ☐ Alopecia ☐ Petechiae | ☐ Alopecia ☐ Petechiae | ☐ Alopecia ☐ Petechiae |
| ☐ Puncture sites from IV starts/lab draws | ☐ Puncture sites from IV starts/lab draws | ☐ Puncture sites from IV starts/lab draws |
| ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy | ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy | ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy |
| Condition at site: _____ | Condition at site: _____ | Condition at site: _____ |
| Incision: Location _____ | Incision: Location _____ | Incision: Location _____ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

## MUSCULOSKELETAL

**(WNL)** = Full ROM of all joints. No muscle weakness. No evidence of inflammation, swelling or pain. Gait and ambulation appropriate for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☑ Weakness _generalized_ | ☐ WNL ☐ Weakness _____ | ☐ WNL ☐ Weakness _____ |
| ☐ Fracture _____ | ☐ Fracture _____ | ☐ Fracture _____ |
| ☐ Traction _____ | ☐ Traction _____ | ☐ Traction _____ |
| ☐ Distraction Device _____ | ☐ Distraction Device _____ | ☐ Distraction Device _____ |
| ☐ Cast _____ | ☐ Cast _____ | ☐ Cast _____ |
| ☐ Assistive Devices _____ | ☐ Assistive Devices _____ | ☐ Assistive Devices _____ |
| ☐ Edema _____ | ☐ Edema _____ | ☐ Edema _____ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

## HEAD, EARS, NOSE, MOUTH AND THROAT

**(WNL)** = No drainage or bleeding. No edema or lesions. No hearing or visual disturbances. Sclera white and clear. No pain. Does not wear glasses, contacts or hearing aids. Nares patent.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL | ☐ WNL | ☐ WNL |
| ☑ Drainage _pustules_ | ☐ Drainage _____ | ☐ Drainage _____ |
| ☐ Bleeding | ☐ Bleeding | ☐ Bleeding |
| ☑ Edema _Facial_ | ☐ Edema _____ | ☐ Edema _____ |
| ☐ Cleft lip ☐ Cleft palate ☐ Palate device | ☐ Cleft lip ☐ Cleft palate ☐ Palate device | ☐ Cleft lip ☐ Cleft palate ☐ Palate device |
| ☐ Oral lesions | ☐ Oral lesions | ☐ Oral lesions |
| ☐ Mucositis | ☐ Mucositis | ☐ Mucositis |
| ☐ Thrush ☐ Wired/banded jaw | ☐ Thrush ☐ Wired/banded jaw | ☐ Thrush ☐ Wired/banded jaw |
| Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid | Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid | Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid |
| Vision: ☐ Impaired ☐ Glasses | Vision: ☐ Impaired ☐ Glasses | Vision: ☐ Impaired ☐ Glasses |
| ☐ Contact Lenses | ☐ Contact Lenses | ☐ Contact Lenses |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

## TUBES, DRAINS, IV

**(WNL)** = Patent

| DAY | EVENING | NIGHT |
|---|---|---|
| ☑ WNL | ☐ WNL | ☐ WNL |
| #1 Location: _____ | #1 Location: _____ | #1 Location: _____ |
| ☐ Gravity/Water seal ☐ Suction ____ cm | ☐ Gravity/Water seal ☐ Suction ____ cm | ☐ Gravity/Water seal ☐ Suction ____ cm |
| ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates |
| #2 Location: _____ | #2 Location: _____ | #2 Location: _____ |
| ☐ Gravity/Water seal ☐ Suction ____ cm | ☐ Gravity/Water seal ☐ Suction ____ cm | ☐ Gravity/Water seal ☐ Suction ____ cm |
| ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates |
| IV SITES: | IV SITES: | IV SITES: |
| Type _PIV_ Location _Hand_ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| TUBES/DRAINS: | TUBES/DRAINS: | TUBES/DRAINS: |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/_____dell,Sharon R.,M.D.

-=83 82

Date: _____     P.O. Day: _____

| CHANGE IN PHYSICAL ASSESSMENT Y/N | TIME | INITIALS | Temp o/R/Ax | P | R | NBP | MEAN | Art | MAP | CVP | | | | Suction | Pulse Ox | I.S. | FIO2 | Mode | Vol Rate | Pres Peep | PIP ETCO2 | pH | PCO2 | PO2 | HCO3 | BE | Glucose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05:25 | | 36.8 | 120 | 20 | 114/63 | | | | | | | | | 100 | | | | | | | | | | | | 574 |
| | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | 2L | 37.8 | 120 | 12 | 115/73 | | | | | | | | | | | | | | | | | | | | | |
| | 13 | | | | | | | | begin albumin 12:15 99/49 | | | 100% RA | | | | | | | | | | | | | | | |
| | 14 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 15 | | | | | | | | end Albumin 13:15 119/54 | | | | | | | | | | | | | | | | | | |
| | 16 | MH | 37 | | | | | | | | | 100% RA | | | | | | | | | | | | | | | |
| | 17 | AX | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | MH | 38.9 M | | | | | | | | | | | | | | | | | | | | | | | | |

---

**GENERAL KEYS**

- B - Bilateral
- R - Right
- L - Left
- Ø - Absent/None
- + - Present
- NA - Not applicable
- Δ - Change
- * - Further documentation required. (See Interdisciplinary Progress Notes).
- ✓ - Done
- Y - Yes
- N - No

**CHANGE IN PHYSICAL ASSESSMENT**

- Y - Yes (See N.N.)
- N - No

**CARDIOVASCULAR**

Indicate number of seconds

**PULSES**

- Ø - Absent
- 1+ - Weak, thready
- 2+ - Difficult to palpate, diminished
- 3+ - Normal
- 4+ - Bounding

**SKIN**

- 1 - Pink
- 2 - Pale
- 3 - Mottled
- 4 - Dusky
- 5 - Circumoral cyanosis
- 6 - Cyanotic
- 7 - Jaundiced
- 8 - Acrocyanosis
- W - Warm
- H - Hot
- C - Cool
- P - Peeling
- B - Bruised
- BL - Blistered
- M - Moist
- D - Dry

**EDEMA LOCATION**

- SC - Scalp
- P - Periorbital
- T - Trunk
- UE - Upper extremities
- LE - Lower extremities
- G - Generalized

**EDEMA SEVERITY**

- 1+ - Mild
- 2+ - Moderate
- 3+ - Severe
- 4+ - Pitting

**OXYGEN DELIVERY MODE**

- H - Hood
- ETT - Endotracheal Tube
- Tr - Trach Collar
- NC - Nasal Cannula
- M - Mask
- NR - Non-Rebreather
- BB - Blow By
- Other

**PAIN**

**PAIN ASSESSMENT SCALES**

F - Faces    N - Numeric    I - Infant

| INDICATOR | BEHAVIOR | SCORE |
|---|---|---|
| Cry | No cry | 1 |
| | Moaning | 2 |
| | Crying | 2 |
| | Scream | 3 |
| Facial | Composed | 1 |
| | Grimace | 2 |
| | Smiling | 0 |
| Child Verbal | None | 1 |
| | Other Complaints | 2 |
| | Pain Complaints | 2 |
| | Both Complaints | 2 |
| | Positive | 0 |
| Torso | Neutral | 1 |
| | Shifting | 2 |
| | Tense | 2 |
| | Shivering | 2 |
| | Upright | 2 |
| | Restrained | 2 |
| Touch | Not Touching | 1 |
| | Reach | 2 |
| | Touch | 2 |
| | Grab | 2 |
| | Restrained | 2 |
| Legs | Neutral | 1 |
| | Squirming/Kicking | 2 |
| | Drawn Up/Tensed | 2 |
| | Standing | 2 |
| | Restrained | 2 |

1 - NO PAIN     13 - WORST PAIN

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988 MR#: H000826583 6/2/2002
DOB: 07/20/94 7/F Sandell Sharon R. M.D.
Form #0912130 C
Rev. 2/01) Page 4

83



## PARENTERAL INTAKE / ENTERAL

| TIME | INITIALS | IV Site Assessments | D5 1/2 NS Osmolality Rate/Vol/Cum | NS Rate/Vol/Cum | Albumin Rate/Vol/Cum | D10W Osmolality Rate/Vol/Cum | Rate/Vol/Cum | Rate/Vol/Cum | Rate/Vol/Cum | Rate/Vol/Cum | Rate/Vol/Cum | Meds / Flush | PARENTERAL TOTAL | Abdominal Girth | Method | Placement Check | Formula | TUBE Residual/Vol | Duration/Cum | Toleration | P.O. | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | | | 120 | | | | | | | | | | | | | | | | | | | |
| 0800 | MK | ✓ | 130 | | | | | | | | | | | | | | | | | | | |
| 0900 | MK | ✓ | 130 | | | | | | | | | | | | | | | | | | | |
| 1000 | MK | ✓ | 130 | 400 | | | | | | | | | | | | | | | | | | |
| 1100 | | | 130 | | | | | | | | | | | | | | | | | | 3 | |
| 1200 | MK | ✓ | | 150 | | | | | | | | | | | | | | | | | | |
| 1300 | MK | ✓ | | | 130 | | | | | | | | | | | | | | | | | |
| 1400 | | | | | 130 | | | | | | | | | | | | | | | | | |
| 1500 | MH | ✓ | | | 130 | | | | | | | | | | | | | | | | | |
| 1600 | MH | ✓ | | | 130 | | | | | | | | | | | | | | | | 5 | |
| 1700 | | | 200 | | 130 | | | | | | | | | | | | | | | | | |
| 1800 | MH | ✓ | 200 | | | | | | | | | | | | | | | | | | | |
| 1900 | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | |
| 2100 | | | | | | | | | | | | | | | | | | | | | | |
| 2200 | | | | | | | | | | | | | | | | | | | | | | |
| 2300 | | | | | | | | | | | | | | | | | | | | | | |
| 2400 | | | | | | | | | | | | | | | | | | | | | | |
| 0100 | | | | | | | | | | | | | | | | | | | | | | |
| 0200 | | | | | | | | | | | | | | | | | | | | | | |
| 0300 | | | | | | | | | | | | | | | | | | | | | | |
| 0400 | | | | | | | | | | | | | | | | | | | | | | |
| 0500 | | | | | | | | | | | | | | | | | | | | | | |
| 0600 | | | | | | | | | | | | | | | | | | | | | | |
| 24 hr. TOTAL | | | | | | | | | | | | | | | | | | | | | | |

### IV SITE ASSESSMENTS

✓ - All IV sites are patent without discoloration, irritation, edema or tenderness
B - Blood return verified
* - Further documentation required (See Interdisciplinary Notes)

### ENTERAL

**METHOD**
A - Assisted Feed
N - Nipple
B - Breast
G - Gastrostomy
Ng - Naso-gastric
Og - Oral-gastric
S - Self Feed

**FORMULA**
F - Formula
B - Breast Milk
1. _____
2. _____

**PLACEMENT CHECK**
V - Verified

**DURATION**
Number of minutes

**TOLERATION**
P - Poor
F - Fair
G - Good

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988   MR#: H000826583   6/2/2002
DOB: 07/20/94   7/F   Sandell, Sharon R.,M.D.

Form #0912130 Dept. 640, 645
Rev. 2011 Page 5 of 10

-86-85

176

## OUTPUT / TUBES/DRAINS

| TIME | URINE Vol Cum | pH | SG | Gluc | Bili | Blood | Protein | Quantity | TOTAL | ULTRA-FILTRATION | GAS-TRIC Emesis DOING Out | STOOL Quantity Consistency Type Hemoccult R/S | BLOOD Vol Cum | TUBES/DRAINS Vol Cum Vol Cum Vol Cum Vol Cum Vol Cum | 24 hr TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | | | | | | | | | | | | | | | |
| 0800 | 200 | 1.015 | | | | | | | | | | | | | |
| 0900 | | | | | | | | | | | | | | | |
| 1000 | 200 | 1.00 | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | |
| 1200 | | | | | | | | | | | | | | | |
| 1300 | | | | | | | | | | | | | | | |
| 12 hr | 200 1.015 | | | | | | | | | | | | | | |
| 1500 | 10 | | | | | | | | | | | | | | |
| 1600 | 100 | | | | | | | | | | | | | | |
| 1700 | 200 1.005 | | | | | | | | | | | | | | |
| 1800 | | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | |
| 1900 | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | |
| 2100 | | | | | | | | | | | | | | | |
| 2300 | | | | | | | | | | | | | | | |
| 2400 | | | | | | | | | | | | | | | |
| 0100 | | | | | | | | | | | | | | | |
| 0200 | | | | | | | | | | | | | | | |
| 0300 | | | | | | | | | | | | | | | |
| 0400 | | | | | | | | | | | | | | | |
| 0500 | | | | | | | | | | | | | | | |
| 0600 | | | | | | | | | | | | | | | |
| 24 hr TOTAL | | | | | | | | | | | | | | | |

---

Today's Weight: _____

Yesterday's Weight: _____

Admit Weight: 39 Kg

Birth Weight: _____

FOC: _____

### PREVIOUS 24°

I: _____

O: _____

Balance: _____

Blood Out Total: _____

### NUTRITION: METABOLIC PATTERN

**BREAKFAST**
Diet *Clear*
☐ NPO for _____
Food Taken Per: ☐ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None ☐ Refused
Tolerated diet w/o difficulty: ........☐ Yes ☐ No
Swallow w/o difficult: ... ☐ Yes ☐ No
Calorie Count: ....................☐ Yes ☐ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

**LUNCH**
Diet *Clear*
☐ NPO for _____
Food Taken Per: ☐ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None ☐ Refused
Tolerated diet w/o difficulty: ........☐ Yes ☐ No
Swallow w/o difficult: ..............☐ Yes ☐ No
Calorie Count: ....................☐ Yes ☐ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

**DINNER**
Diet *Clear*
☐ NPO for _____
Food Taken Per: ☐ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None ☐ Refused
Tolerated diet w/o difficulty: ........☐ Yes ☐ No
Swallow w/o difficult: ..............☐ Yes ☐ No
Calorie Count: ....................☐ Yes ☐ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

---

**STOOL**

| TYPE: | | CONSISTENCY: | | | QUANTITY |
|---|---|---|---|---|---|
| M – Meconium | B – Brown | F – Formed | S – Seedy | S – Small | |
| Y – Yellow | T – Transitional | L – Loose | C – Constipated | M – Moderate | |
| G – Green | | W – Watery | | L – Large | |
| | | | | C – Copious | |

| | 8° | 16° | 24° |
|---|---|---|---|
| INTAKE | | | |
| OUTPUT | | | |
| I & O BALANCE | | | |

Form # 0912130C (B) Dept. 640, 645
(Rev. 2/01) Page 6 of 10

PATIENT
Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

86

| TIME | INITIALS | Type | Circulation Check | ROM | Skin Care | Position | Activity | Visitation | Interaction | Patient Coping | Family Coping |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0730 | MH | | | | | | R | M | AC | W | |
| 10 | MH | | | | | | R | M | AC | W | |
| 1145 | MH | | | | | | R | M | AC | W | |
| 13 | MH | | | | | | R | M | BR | | |
| 1500 | MH | | | | | | R | M | AC | | |

## ESSENTIAL LINE MGT. (ELM)

S - Soft   N - No No's   O - Other

## PSYCHOSOCIAL

**POSITION**
R - Right
L - Left
A - Abdomen
M - Head Midline
B - Back

**INTERACTION**
V - Visit
H - Held
C - Call
K - Kangaroo Care
FPC- Family involved in Plan of Care
PPC- Patient involved in Plan of Care

**VISITATION**
Ps - Both parents
M - Mother
F - Father
Ca - Parents called
Si - Siblings here
GP - Grandparents
FP - Foster parents
CM - Chaplain / minister
V - Volunteer
FR - Friends
NC - Nurse called parents
O - Other

**ACTIVITY**
BR - Bed rest
OFF- Off floor
S - Sleeping
Ch - Chair
Cy - Crying
I - Restless
W/C - Wheelchair
AA - Ambulate w/assistance
UAL - Up ad lib
T - Turn
TV - Television
BRP- Bathroom privileges
R - Resting
P - Playing
H - Held

**SCORING**
W- Within normal limits: communication participation in care and interaction with environment appropriate for age, development, and stage of illness.
* - Further documentation required (See Interdisciplinary Notes)

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988 MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

Form #091
(Rev. 2/01) P

## FUNCTIONAL INTERVENTIONS AND ASSESSMENTS

☐ PHYSICAL THERAPY   ☐ OCCUPATIONAL THERAPY   ☐ SPEECH THERAPY
RX TIME _____   RX TIME _____   RX TIME _____
☐ AUDIOLOGY   ☐ OTHER
RX TIME _____

Therapeutic Exercises:

Functional Activity/Gait Training:

Therapeutic Feeding/Swallowing:

Language/Cognition:

Equipment Issued:  -

Patient/Family Education:

Other:

Assessment/Recommendations:

| CLINICAL SERVICES DAILY COLLABORATION: | RE-PRIORITIZED PROBLEM / NEEDS / GOALS: |
|---|---|

CLINICAL SERVICES DAILY COLLABORATION:
- ❑ NUR = Nursing
- ❑ RT = Respiratory Care
- ❑ SW/CM = Social Worker / Case Manager
- ❑ PT = Physical Therapy
- ❑ OT = Occupational Therapy
- ❑ ST = Speech Therapy
- ❑ MNT = Medical Nutrition Therapy
- ❑ CNS = Clinical Nurse Specialist
- ❑ CLS = Child Life Specialist
- ❑ Other: _____

RE-PRIORITIZED PROBLEM / NEEDS / GOALS:
Date: _____   Time: _____
1. _____   6. _____
2. _____   7. _____
3. _____   8. _____
4. _____   9. _____
5. _____   10. _____
Signature / Title: _M₹Mullen_

| DATE/TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| 6/4/02 0840 | NUR | D | AM assessment completed. See flow sheet. Pt. in bed, very restless. Pt. talking to people, @ present in room. Pt oriented to place & people. Pt has rash c̄ fluid filled pustules that are breaking & leaking serous-like fluid. Pt's entire body extremely sore to touch (upper body > lower body). Desquamation present on chest, back & face in some areas. Pt. tachycardic at times. HR 130-140s. Pt. afebrile. IV fluids infusing via ⓇR hand. |
| 6/4/02 | NUR | | applying Lacrilube to eyes bilaterally. Eyes crusted shut. PoC discussed c̄ mother. M₹Mullen |
| 6/4/02 1110 | NUR | DI | Fentanyl administered per M.D. order for restless & discomfort. M₹Mullen |
| 6/4/02 1200 | NUR | DI | Pt. c/o burning during urination, spec gran. 1.010-1.015. Dr. Matson notified. M₹Mullen |
| 6/4/02 1500 | NUR | D | Pt. taking minimal amounts of po intake. Pt. uncomfortable & c/o discomfort ↓ |

ACTION CODES:   D = Data   I = Intervention   E = Evaluation

PATIENT IDENTIFICATION
Medical City Dallas Hospital
WILLIAMS, LABREA
H00707472988 MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

Form #0912130 Dept. 640, 645
(Rev. 2/01) Page 9 of 10

-89-88

179

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| continued | | | crying out that her body hurts all over. M⁻McMullen RN |
| 6/4/02 1520 | NUR | DI | Fentanyl given per M.D. order. McMullen RN |
| 6/4/02 1825 | NUR | DI | Fentanyl administered. Foley catheter admin attempted by Kathy Walton RN; however unsuccessful. Pt. extremely restless, thrashing arms + legs, unable to maintain a sterile procedure. Dr. Matson notified of this. McMullen RN |
| 6/4/02 1810 | NUR | D | Transport paperwork completed. Report called to nurse in Parkland ER. Chart copied. waiting on transport. McMullen RN |
| 6/4/02 2000 | NUR | D | Transport/transfer service @ bedside. 30mcg fentanyl given per IV for comfort during transfer. Report given to transport team. VSS. Mother updated to transfer & papers signed. ⟶ S Dennis RN |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F   Sandell, Sharon R., M.D.

Form #0912130 Dept. 640, 645
(Rev. 2011) Page 10 of 10

- =90- 89

4

SCIP

# PEDIATRIC INTERDISCIPLINARY FLOW SHEET

DATE: 6-2-02

| GENERAL CARE | | ALARMS ON? | 7A-7P | 7P-7A | GENERAL CARE | | 7A-7P | 7P-7A |
|---|---|---|---|---|---|---|---|---|
| Heart Monitor | N/A | Yes | HIGH / LOW | HIGH 120/40 LOW | 24 hr. Order Check | | ☐ Yes | ☐ Yes |
| Respiratory / Apnea | N/A | Yes | HIGH / LOW | HIGH 60/10 LOW | Bath / Linen (Time Done) | | ☐ Yes | ☐ Yes |
| Arterial Line | N/A | Yes | HIGH / LOW | | Oral Care (Time Done) | | | |
| Pulse Oximetry | N/A | Yes | HIGH / LOW | HIGH 100/90 LOW | Trach Care / Change (Time Done) | | | |
| | | | HIGH / LOW | | G-Tube Care (Time Done) | | | |
| Pressure Line Zero Balanced | N/A | | ☐ A-Line ☐ PA ☐ CVP ☐ Other | ☐ A-Line ☐ PA ☐ CVP ☐ Other | Foley Care (Time Done) | | | |
| Bed Type | | | SPECIFY adult | SPECIFY adult | Dressing Change Site (Time Done) | | | |
| Brakes Locked / Siderails Up | | | ☐ Yes | ☐ Yes | Dressing Change Site (Time Done) | | | |
| Call Light Within Reach | | | ☐ Yes ☐ N/A | ☐ Yes ☐ N/A | Dressing Change Site (Time Done) | | | |
| Special Bedding | | | ☐ Eggcrate ☐ Sheep Skin ☐ Water Bed ☐ Other | ☐ Eggcrate ☐ Sheep Skin ☐ Water Bed ☐ Other | IV Start/Restart (Time Done) | | Size _____ # used _____ | Size _____ # used _____ |
| | | | | | IV Tubing Change (Time Done) | | | |
| | | | | | IV Tubing Change (Time Done) | | | |
| ID Band | Allergy Band | | ☐ Yes ☐ Yes ☐ N/A | ☐ Yes ☐ Yes ☐ N/A | Feeding Tubing Change (Time Done) | | | |
| Seizure Precautions | N/A | | ☐ Yes | ☐ Yes | Feeding Tubing Change (Time Done) | | | |
| Latex Allergy Alert | N/A | | ☐ Yes | ☐ Yes | | | | |
| Chemotherapy Precautions | N/A | | ☐ Yes | ☐ Yes | | | | |
| Isolation | C = Contact D = Droplet A = Airborne | | ☐ C ☐ D ☐ A | ☐ C ☐ D ☐ A | DURABLE EQUIPMENT | | | |
| ETT / Trach Size | N/A | | ☐ Cuffed ☐ Uncuffed _____ | ☐ Cuffed ☐ Uncuffed _____ | ☐ Thermic Unit | ☐ Sequential Compression Device | | |
| ETT Taped | N/A | | ☐ Lip _____ cm ☐ Nare _____ cm | ☐ Lip _____ cm ☐ Nare _____ cm | ☐ PCA / Epidural _____ | ☐ Trays (i.e., Lumbar, etc.) x _____ | | |
| Extra Trach / ET Tube @ BS | N/A | | ☐ Yes | ☐ Yes | ☐ Infusion (One) Channel Pump x ___ | ☐ Photo Therapy | | |
| Ambu Bag/Mask | N/A | | ☐ Yes | ☐ Yes | ☐ Infusion (Two) Channel Pump x ___ | ☐ Other | | |
| O2 / Suction @ BS | | | ☐ Yes | ☐ Yes | ☐ Infusion (Four) Channel Pump x ___ | ☐ Other | | |
| Wire Cutters @ BS | N/A | | ☐ Yes | ☐ Yes | ☐ Thoracic Suction | ☐ Other | | |
| Emergency Drug Sheet | | | ☐ Yes | ☐ Yes | ☐ External Pacemaker | ☐ Other | | |
| | | | | | ☐ Kangaroo Pump | ☐ Other | | |
| | | | | | ☐ Syringe Pump x ___ | ☐ Other | | |

**ALL PERSONNEL UTILIZING INITIALS ON THIS FORM WILL SIGN AND INITIAL BELOW**

| INIT | PRINT | SIGNATURE | INIT | PRINT | SIGNATURE |
|---|---|---|---|---|---|
| SH | Sanjay H. mich | Sanjay PCA | KK | Kris Kath | Kris Kotler RN |
| | | | SD | Sally Derrick | Sally Derrick RN |

**North Texas Hospital for Children** at Medical City Dallas

PEDIATRIC INTERDISCIPLINARY FLOW SHEET

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R., M.D.

Form # 0912130 Dept. 640, 645
Rev. 2/01) Page 1 of 10

91-50

181

# PATIENT ASSESSMENT

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| **TO BE COMPLETED BY R.N. OR L.V.N.** (WNL) = WITHIN NORMAL LIMITS | Time of Assessment: _____ <br> Signature/Title: _____ | Time of Assessment: 2000 <br> Signature/Title: S Daniel RN | Time of Assessment: _____ <br> Signature/Title: _____ |

## NEUROLOGICAL

**(WNL)** = Oriented appropriately for age. Alert and/or easily aroused. PERL appropriate for age. Active and full ROM to all extremities with symmetry of strength. Behavioral / Developmental stage appropriate for age. Responsive to verbal, tactile and painful stimuli. No deficit in hearing or sight. Head and face symmetrical. Fontanel soft and flat.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL  ☐ See detailed Neuro  ☐ Agitated | ☐ WNL  ☐ See detailed Neuro  ☐ Agitated | ☐ WNL  ☐ See detailed Neuro  ☐ Agitated |
| ☐ Sedated  ☐ Paralyzed (chemically) | ☐ Sedated  ☐ Paralyzed (chemically) | ☐ Sedated  ☐ Paralyzed (chemically) |
| ☐ Unresponsive to: | ☐ Unresponsive to: | ☐ Unresponsive to: |
| ☐ Painful  ☐ Tactile  ☐ Verbal stimuli | ☐ Painful  ☐ Tactile  ☐ Verbal stimuli | ☐ Painful  ☐ Tactile  ☐ Verbal stimuli |
| ☐ Post anesthesia  ☐ Lethargic / drowsy | ☐ Post anesthesia  ☑ Lethargic / drowsy | ☐ Post anesthesia  ☐ Lethargic / drowsy |
| ☐ Absent reflexes:  ☐ Cough  ☐ Gag | ☐ Absent reflexes:  ☐ Cough  ☐ Gag | ☐ Absent reflexes:  ☐ Cough  ☐ Gag |
| ☐ Numbness: Location _____ | ☐ Numbness: Location _____ | ☐ Numbness: Location _____ |
| ☐ Tingling: Location _____ | ☐ Tingling: Location _____ | ☐ Tingling: Location _____ |
| ☐ Headache: Location _____ | ☐ Headache: Location _____ | ☐ Headache: Location _____ |
| CRY: ☐ Lusty  ☐ Weak  ☐ High pitched | CRY: ☐ Lusty  ☐ Weak  ☐ High pitched | CRY: ☐ Lusty  ☐ Weak  ☐ High pitched |
| ☐ No cry  ☐ Hoarse | ☐ No cry  ☐ Hoarse | ☐ No cry  ☐ Hoarse |
| SUTURE: ☐ Over-riding  ☐ Separated | SUTURE: ☐ Over-riding  ☐ Separated | SUTURE: ☐ Over-riding  ☐ Separated |
| FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full | FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full | FONTANEL: ☐ Tense  ☐ Bulging  ☐ Full |
| ☐ Depressed | ☐ Depressed | ☐ Depressed |
| SUCK: ☐ Absent  ☐ Weak | SUCK: ☐ Absent  ☐ Weak | SUCK: ☐ Absent  ☐ Weak |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

## CARDIOVASCULAR

**(WNL)** = Apical pulse regular and rate appropriate for age. Peripheral pulses present and equal bilaterally. No edema or cyanosis noted. Capillary refill less than 3 seconds. Blood pressure appropriate for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL  ☐ Murmur | ☐ WNL  ☐ Murmur | ☐ WNL  ☐ Murmur |
| ☐ Abnormal peripheral pulses | ☐ Abnormal peripheral pulses | ☐ Abnormal peripheral pulses |
| ☐ Capillary refill _____ seconds | ☐ Capillary refill _____ seconds | ☐ Capillary refill _____ seconds |
| ☐ Edema: Location _____ | ☑ Edema: Location Facial | ☐ Edema: Location _____ |
| ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ |
| Location _____ | Location _____ | Location _____ |
| ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ |
| ☐ Arrhythmia | ☐ Arrhythmia | ☐ Arrhythmia |
| ☐ Temp. pacing wires intact and dry | ☐ Temp. pacing wires intact and dry | ☐ Temp. pacing wires intact and dry |
| ☐ Pacemaker _____ Rate _____ | ☐ Pacemaker _____ Rate _____ | ☐ Pacemaker _____ Rate _____ |
| ☐ Sensitivity _____ | ☐ Sensitivity _____ | ☐ Sensitivity _____ |
| ☐ Battery checked | ☐ Battery checked | ☐ Battery checked |
| ☐ Other: _____ | ☑ Other: On monitors | ☐ Other: _____ |

## RESPIRATORY

**(WNL)** = Respirations unlabored and symmetrical; regular rhythm and depth; rate within normal limits for age. Breath sounds clear and equal bilaterally.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL  ☐ Dyspneic  ☐ Tachypneic | ☐ WNL  ☐ Dyspneic  ☑ Tachypneic | ☐ WNL  ☐ Dyspneic  ☐ Tachypneic |
| ☐ Apnea  ☐ Irregular | ☐ Apnea  ☐ Irregular | ☐ Apnea  ☐ Irregular |
| BREATH SOUNDS: ☐ Coarse  ☐ Crackles | BREATH SOUNDS: ☐ Coarse  ☐ Crackles | BREATH SOUNDS: ☐ Coarse  ☐ Crackles |
| ☐ Diminished  ☑ Wheezing | ☐ Diminished  ☐ Wheezing | ☐ Diminished  ☐ Wheezing |
| ☐ Stridor  ☐ Nasal flaring | ☐ Stridor  ☐ Nasal flaring | ☐ Stridor  ☐ Nasal flaring |
| ☐ Grunting  ☐ Periodic breathing | ☐ Grunting  ☐ Periodic breathing | ☐ Grunting  ☐ Periodic breathing |
| RETRACTIONS: ☐ Subcostal  ☐ Intercostal | RETRACTIONS: ☐ Subcostal  ☐ Intercostal | RETRACTIONS: ☐ Subcostal  ☐ Intercostal |
| ☐ Substernal  ☐ Suprasternal  ☐ Subclavian | ☐ Substernal  ☐ Suprasternal  ☐ Subclavian | ☐ Substernal  ☐ Suprasternal  ☐ Subclavian |
| COUGH: ☐ Non-productive  ☐ Productive | COUGH: ☐ Non-productive  ☐ Productive | COUGH: ☐ Non-productive  ☐ Productive |
| SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick | SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick | SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick |
| ☐ Thin  ☐ Color _____ | ☐ Thin  ☐ Color _____ | ☐ Thin  ☐ Color _____ |
| ☐ O2 ___ %  ___ l/min  Method ___ | ☐ O2 ___ %  ___ l/min  Method ___ | ☐ O2 ___ %  ___ l/min  Method ___ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

## GASTROINTESTINAL

**(WNL)** = Abdomen soft, non-distended, non-tender with active bowel sounds in all four quadrants. No complaint of nausea. No vomiting, pain, diarrhea or constipation.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL  ☐ Masses  ☐ Pain | ☐ WNL  ☐ Masses  ☐ Pain | ☐ WNL  ☐ Masses  ☐ Pain |
| ABD: ☐ Distended  ☐ Firm  ☐ Sunken | ABD: ☐ Distended  ☐ Firm  ☐ Sunken | ABD: ☐ Distended  ☐ Firm  ☐ Sunken |
| ☐ Guarding ☐ Vomiting ☐ Diarrhea ☐ Nausea | ☐ Guarding ☑ Vomiting ☐ Diarrhea ☐ Nausea | ☐ Guarding ☐ Vomiting ☐ Diarrhea ☐ Nausea |
| | ☐ Last BM: _____ | ☐ Last BM: _____ |
| BOWEL SOUNDS: ☐ Absent  ☐ Hypoactive | BOWEL SOUNDS: ☐ Absent  ☐ Hypoactive | BOWEL SOUNDS: ☐ Absent  ☐ Hypoactive |
| ☐ Hyperactive | ☐ Hyperactive | ☐ Hyperactive |
| ☐ NGT  ☐ NDT  ☐ Oral ☐ L ☐ R | ☐ NGT  ☐ NDT  ☐ Oral ☐ L ☐ R | ☐ NGT  ☐ NDT  ☐ Oral ☐ L ☐ R |
| ☐ Placement verified  ☐ Clamped  ☐ Tube-fed | ☐ Placement verified  ☐ Clamped  ☐ Tube-fed | ☐ Placement verified  ☐ Clamped  ☐ Tube-fed |
| ☐ Intermittent  ☐ Drainage _____ | ☐ Intermittent  ☐ Drainage _____ | ☐ Intermittent  ☐ Drainage _____ |
| ☐ G-tube/Button  ☐ J-tube  ☐ Clamped | ☐ G-tube/Button  ☐ J-tube  ☐ Clamped | ☐ G-tube/Button  ☐ J-tube  ☐ Clamped |
| ☐ Tube-fed | ☐ Tube-fed | ☐ Tube-fed |
| ☐ Drainage: _____ | ☐ Drainage: _____ | ☐ Drainage: _____ |
| Ostomy: Type _____ | Ostomy: Type _____ | Ostomy: Type _____ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

crm #0912130 Dept. 640, 645
rev. 2/01) Page 2 of 10

91



## PATIENT ASSESSMENT

| TO BE COMPLETED BY R.N. OR L.V.N.<br>(WNL) = WITHIN NORMAL LIMITS | DAY | EVENING | NIGHT |
|---|---|---|---|
| | Time of Assessment: _____ | Time of Assessment: 2000 | Time of Assessment: _____ |
| | Signature/Title: _____ | Signature/Title: S.Davila RN | Signature/Title: _____ |

**GENITOURINARY / GYNECOLOGICAL**
(WNL) = Voiding without dysuria, frequency, or urgency. No bladder distention. No edema, redness, or discharge in GU area. No abnormal bleeding. Continency appropriate for age. Urine clear, yellow to amber with adequate output.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Bladder distended ☐ Incontinent | ☑ WNL ☐ Bladder distended ☐ Incontinent | ☐ WNL ☐ Bladder distended ☐ Incontinent |
| ☐ Catheter ☐ Cloudy ☐ Sediment | ☐ Catheter ☐ Cloudy ☐ Sediment | ☐ Catheter ☐ Cloudy ☐ Sediment |
| ☐ Color: _____ ☐ Hematuria | ☐ Color: _____ ☐ Hematuria | ☐ Color: _____ ☐ Hematuria |
| ☐ Dysuria ☐ Frequency ☑ Urgency | ☐ Dysuria ☐ Frequency ☐ Urgency | ☐ Dysuria ☐ Frequency ☐ Urgency |
| GU AREA: ☐ Edema ☐ Redness | GU AREA: ☐ Edema ☐ Redness  ↳rash | GU AREA: ☐ Edema ☐ Redness |
| ☐ Discharge _____ | ☐ Discharge _____ | ☐ Discharge _____ |
| ☐ Bruising ☐ Menses | ☐ Bruising ☐ Menses | ☐ Bruising ☐ Menses |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

**INTEGUMENTARY**
(WNL) = Skin warm, dry and intact. Mucous membranes pink and moist. Elastic turgor. No evidence of rash, ecchymosis or lesions. Appropriate hair distribution for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Hot ☐ Flushed ☑ Diaphoretic | ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic | ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic |
| ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale | ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale | ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale |
| ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling | ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling | ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling |
| ☐ Ecchymosis ☐ Poor turgor ☐ Mottled | ☐ Ecchymosis ☐ Poor turgor ☐ Mottled | ☐ Ecchymosis ☐ Poor turgor ☐ Mottled |
| CYANOSIS: ☐ Central ☐ Circumoral | CYANOSIS: ☐ Central ☐ Circumoral | CYANOSIS: ☐ Central ☐ Circumoral |
| ☐ Acrocyanosis | ☐ Acrocyanosis   red | ☐ Acrocyanosis |
| ☐ Rash | ☑ Rash entire body   dots | ☐ Rash |
| ☐ Diaper rash _____ ☐ Lesions ___ | ☐ Diaper rash _____ ☐ Lesions ___ | ☐ Diaper rash _____ ☐ Lesions ___ |
| ☐ Alopecia ☐ Petechiae | ☐ Alopecia ☐ Petechiae | ☐ Alopecia ☐ Petechiae |
| ☐ Puncture sites from IV starts/lab draws | ☐ Puncture sites from IV starts/lab draws | ☐ Puncture sites from IV starts/lab draws |
| ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy | ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy | ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy |
| Condition at site: _____ | Condition at site: _____ | Condition at site: _____ |
| ☐ Incision: Location _____ | ☐ Incision: Location _____ | ☐ Incision: Location _____ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

**MUSCULOSKELETAL**
(WNL) = Full ROM of all joints. No muscle weakness. No evidence of inflammation, swelling or pain. Gait and ambulation appropriate for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Weakness _____ | ☐ WNL ☐ Weakness _____ | ☐ WNL ☐ Weakness _____ |
| ☐ Fracture _____ | ☐ Fracture _____ | ☐ Fracture _____ |
| ☐ Traction _____ | ☐ Traction _____ | ☐ Traction _____ |
| ☐ Distraction Device _____ | ☐ Distraction Device _____ | ☐ Distraction Device _____ |
| ☐ Cast _____ | ☐ Cast _____ | ☐ Cast _____ |
| ☐ Assistive Devices _____ | ☐ Assistive Devices _____ | ☐ Assistive Devices _____ |
| ☐ Edema _____ | ☐ Edema _____ | ☐ Edema _____ |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

**HEAD, EARS, NOSE, MOUTH AND THROAT**
(WNL) = No drainage or bleeding. No edema or lesions. No hearing or visual disturbances. Sclera white and clear. No pain. Does not wear glasses, contacts or hearing aids. Nares patent.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL | ☐ WNL | ☐ WNL |
| ☐ Drainage _____ | ☐ Drainage _____ | ☐ Drainage _____ |
| ☐ Bleeding _____ | ☐ Bleeding _____ | ☐ Bleeding _____ |
| ☐ Edema _____ | ☑ Edema eyes 3 mouth | ☐ Edema _____ |
| ☐ Cleft lip ☐ Cleft palate ☐ Palate device | ☐ Cleft lip ☐ Cleft palate ☐ Palate device | ☐ Cleft lip ☐ Cleft palate ☐ Palate device |
| ☐ Oral lesions _____ | ☐ Oral lesions _____ | ☐ Oral lesions _____ |
| ☐ Mucositis | ☐ Mucositis | ☐ Mucositis |
| ☐ Thrush ☐ Wired/banded jaw | ☐ Thrush ☐ Wired/banded jaw | ☐ Thrush ☐ Wired/banded jaw |
| Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid | Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid | Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid |
| Vision: ☐ Impaired ☐ Glasses | Vision: ☑ Impaired ☐ Glasses | Vision: ☐ Impaired ☐ Glasses |
| ☐ Contact Lenses | ☐ Contact Lenses | ☐ Contact Lenses |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

**TUBES / DRAINS / IVs**
(WNL) = Patent

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL | ☑ WNL | ☐ WNL |
| #1 Location: _____ | #1 Location: _____ | #1 Location: _____ |
| ☐ Gravity/Water seal ☐ Suction ___ cm | ☐ Gravity/Water seal ☐ Suction ___ cm | ☐ Gravity/Water seal ☐ Suction ___ cm |
| ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates |
| #2 Location: _____ | #2 Location: _____ | #2 Location: _____ |
| ☐ Gravity/Water seal ☐ Suction ___ cm | ☐ Gravity/Water seal ☐ Suction ___ cm | ☐ Gravity/Water seal ☐ Suction ___ cm |
| ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates | ☐ Drainage _____ ☐ Fluctuates |
| IV SITES: | IV SITES: | IV SITES: |
| Type _____ Location _____ | Type PIV Location ® hand | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| TUBES/DRAINS: | TUBES/DRAINS: | TUBES/DRAINS: |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |
| Type _____ Location _____ | Type _____ Location _____ | Type _____ Location _____ |

PATIENT IDENTIFICATION   Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988   MR#: H000826583   6/2/2002
DOB: 07/20/94   7/F   Sandell, Sharon R., M.D.

Form #0912130 Dept. 640, 645

−93−92

Date: 6/2/02     P.O. Day:

## VITAL SIGNS / VENTILATION / BLOOD GASES

| CHANGE IN PHYSICAL ASSESSMENT Y/N | TIME | INITIALS | Temp o/R/Ax | P | R | NBP | MEAN | Art | MAP | CVP | Suction | Pulse Ox | I.S. | FIO2 | Mode | Vol Rate | Pres Peep | PIP | ETCO2 | pH | PCO2 | PO2 | HCO3 | BE | Glucose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 8 | SH | 40° | 150 | 24 | 95/61 | | | | | | | | | | | | | | | | | | | |
| K | 9 | K | 39° | | | | | | | | | | | | | | | | | | | | | | |
| N | 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 12 | SH | 40.5 | 148 | 24 | 134/81 | | | | | | | | | | | | | | | | | | | |
| K | 13 | K | 39' | | | | | | | | | | | | | | | | | | | | | | |
| N | 14 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 15 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 16 | SH | 40.4 | 172 | 29.6 | 114/81 | | | | | | | | | | | | | | | | | | | |
| K | 17 | | 37.8 | | | | | | | | | | | | | | | | | | | | | | | |
| K | 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 19 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 20 | SD | 39° | 135 | 23 | 113/65 | | | | | 99 | | RA | | | | | | | | | | | | |
| | 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| | 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| | 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| N | 24 | SD | 39.6 | 150 | 33 | 118/107 | | | | | 100 | | | | | | | | | | | | | | |
| | 01 | | | | | | | | | | | | | | | | | | | | | | | | |
| | 02 | SD | 38.9 | | | | | | | | 100 | | | | | | | | | | | | | | |
| | 03 | | | | | | | | | | | | | | | | | | | | | | | | |
| | 04 | SD | 39.4 | 155 | 24 | 113/51 | | | | | 99 | | RA | | | | | | | | | | | | |
| | 05 | SD | 38° | | | | | | | | | | | | | | | | | | | | | | | |
| | 06 | | | | | | | | | | | | | | | | | | | | | | | | |
| | 07 | | | | | | | | | | | | | | | | | | | | | | | | |

### GENERAL KEYS

- B - Bilateral
- R - Right
- L - Left
- Ø - Absent/None
- + - Present
- NA - Not applicable
- Δ - Change
- * - Further documentation required. (See Interdisciplinary Progress Notes).
- ✓ - Done
- Y - Yes
- N - No

### CHANGE IN PHYSICAL ASSESSMENT

- Y - Yes (See N.N.)
- N - No

### CARDIOVASCULAR

Indicate number of seconds

**PULSES**
- Ø - Absent
- 1+ - Weak, thready
- 2+ - Difficult to palpate, diminished
- 3+ - Normal
- 4+ - Bounding

**SKIN**
- 1 - Pink
- 2 - Pale
- 3 - Mottled
- 4 - Dusky
- 5 - Circumoral cyanosis
- 6 - Cyanotic
- 7 - Jaundiced
- 8 - Acrocyanosis
- W - Warm
- H - Hot
- C - Cool
- P - Peeling
- S - Diaphoretic
- B - Bruised
- BL - Blistered
- M - Moist
- D - Dry

**EDEMA LOCATION**
- SC - Scalp
- P - Periorbital
- T - Trunk
- UE - Upper extremities
- LE - Lower extremities
- G - Generalized

**EDEMA SEVERITY**
- 1+ - Mild
- 2+ - Moderate
- 3+ - Severe
- 4+ - Pitting

**OXYGEN DELIVERY MODE**
- H - Hood
- ETT - Endotracheal Tube
- Tr - Trach Collar
- NC - Nasal Cannula
- M - Mask
- NR - Non-Rebreather
- BB - Blow By
- Other

### PAIN

**PAIN ASSESSMENT SCALES**

PAIN SCALE: F - Faces   N - Numeric   I - Infant

| INDICATOR | BEHAVIOR | SCORE |
|---|---|---|
| Cry | No cry | 1 |
| | Moaning | 2 |
| | Crying | 2 |
| | Scream | 3 |
| Facial | Composed | 1 |
| | Grimace | 2 |
| | Smiling | 0 |
| Child Verbal | None | 1 |
| | Other Complaints | 1 |
| | Pain Complaints | 2 |
| | Both Complaints | 2 |
| | Positive | 0 |
| Torso | Neutral | 1 |
| | Shifting | 2 |
| | Tense | 2 |
| | Shivering | 2 |
| | Upright | 2 |
| | Restrained | 2 |
| Touch | Not Touching | 1 |
| | Reach | 2 |
| | Touch | 2 |
| | Grab | 2 |
| | Restrained | 2 |
| Legs | Neutral | 1 |
| | Squirming/Kicking | 2 |
| | Drawn Up/Tensed | 2 |
| | Standing | 2 |
| | Restrained | 2 |

4 = NO PAIN   13 = WORST PAIN

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

Form #0912130 Dept. 640, 645
(Rev. 2/01) Page 4 of 10

93

184



| | | | | | | | PARENTERAL INTAKE | | | | | | | | | | | | | | | | Meds | | | | ENTERAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Handwritten across top parenteral columns: NS · D5/NS 20 kcl per bag 20 kcl · NS

| TIME | INITIALS | IV Site Assessments | Rate | Vol/Cum | Rate | Vol/Cum | Rate | Vol/Cum |
|---|---|---|---|---|---|---|---|---|
| 0700 | K | ✓ | – | | | | | |
| 0800 | | | | 100 | | | | |
| 0900 | | | | 100 | | | | |
| 1000 | | | | 100 | | | | |
| 1100 | | | | 100 | | | | |
| 1200 | | | | 100 | | | | |
| 1300 | | | | 400 | | 400 | | |
| 1400 | | | | | | 400 | | |
| 1500 | | | | 100 | | | | |
| 1600 | | | | 100 | | | | |
| 1700 | | | | 100 | | | | |
| 1800 | | | | 100 | | | | |
| TOTAL | | | | | | | | |
| 1900 | SD | ✓ | | 100 | | | | |
| 2000 | | | | 100 | | | | |
| 2100 | | | | 100 | | | | |
| 2200 | | | | | | | | |
| 2300 | | | | 100 | | | | |
| 2400 | | | | 100 | | | | |
| 0100 | | | | 100 | | | | |
| 0200 | | | | 100 | | | | |
| 0300 | | | | 100 | | | | |
| 0400 | | | | 100 | | | | |
| 0500 | | | | 100 | | | | |
| 0600 | | | | 100 | | | | |
| 24 hr. TOTAL | | | | | | | | |

## IV SITE ASSESSMENTS

- ✓ - All IV sites are patent without discoloration, irritation, edema or tenderness
- B - Blood return verified
- * - Further documentation required (See Interdisciplinary Notes)

PATIENT IDENTIFICATION

**Medical City Dallas Hospital**
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

Form #0912130 Dept 640, 645
(Rev. 2/01) Page 5 of 10

## ENTERAL

| METHOD | FORMULA | PLACEMENT CHECK |
|---|---|---|
| A - Assisted Feed | F - Formula | V - Verified |
| N - Nipple | B - Breast Milk | |
| B - Breast | 1. _____ | DURATION |
| G - Gastrostomy | 2. _____ | Number of minutes |
| Ng - Naso-gastric | | |
| Og - Oral-gastric | | TOLERATION |
| S - Self Feed | | P - Poor |
| | | F - Fair  -96- |
| | | G - Good |

95

186

## OUTPUT / TUBES/DRAINS

| TIME | TOTAL OUT | URINE Vol Cum | Ph SG | Gluc Bili | Blood Protein | Quantity | TOTAL | Emesis CoMG Out | STOOL Quantity Consistency | Type Hemoccult R/S | BLOOD Vol Cum | Vol Cum (Tubes/Drains) | TIME |
|------|-----------|----------------|-------|-----------|----------------|----------|-------|------------------|------------------------------|---------------------|----------------|-------------------------|------|
| 0700 | | | | | | | | | | | | | 1000 |
| 0800 | | | | | | | | 80 | | | | | 1100 |
| 0900 | | 200 | | | | | | | | | | | 1200 |
| 1000 | | | | | | | | 50 | | | | | 1300 |
| 1100 | | 310 | | | | | | | | | | | 1400 |
| 1200 | | | | | | | | | | | | | 1500 |
| 1300 | | 150 100 | | | | | | 110 | | | | | 1600 |
| 1400 | | 350 | | | | | | | | | | | 1700 |
| 1500 | | | | | | | | | | | | | 1800 |
| 1600 | | 150 1000 | | | | | | 50 | | | | | 1900 |
| 1700 | | | | | | | | | | | | | 2000 |
| 1800 | | 350 100 | | | | | | | | | | | 2100 |
| 1900 | | 500 | | | | | | | | | | | 2200 |
| 2000 | | 800 1000 | | | | | | 50 | | | | | 2300 |
| 2100 | | | | | | | | | | | | | 2400 |
| 2300 | | | | | | | | | | | | | 0100 |
| 2400 | | 1 | | | | | | | | | | | 0200 |
| 0100 | | | | | | | | | | | | | 0300 |
| 0200 | | | | | | | ✓ | | | | | | 0400 |
| 0300 | | | | | | | | | | | | | 0500 |
| 0400 | | | | | | | | | | | | | 0600 |
| 0500 | | | | | | | ✓ | | | | | | 0700 |
| 0600 | | 300 1000 | | | | | | | | | | | |
| 24 hr TOTAL | | | | | | | | | | | | | 24 hr TOTAL |

### STOOLS

**TYPE:**
M – Meconium
Y – Yellow
G – Green
B – Brown
T – Transitional

**CONSISTENCY:**
F – Formed
L – Loose
W – Watery
S – Seedy
C – Constipated

**QUANTITY:**
S – Small
M – Moderate
L – Large
C – Copious

| | INTAKE | 8 | 16 | 24 2600 |
| OUTPUT | 8 | 16 | 24 2600 |
| I & O BALANCE | 8 | 16 | 24 |

Form #0912130C (B) Dept. 640, 645
(Rev. 2/01) Page 6 of 10

---

Today's Weight: _____

Yesterday's Weight: _____

Admit Weight: _____

Birth Weight: _____

FOC: _____

### PREVIOUS 24°

I: _____

O: _____

Balance: _____

Blood Out Total: _____

### NUTRITION / METABOLIC PATTERN

**BREAKFAST**
Diet _Clear_
☐ NPO for _____
Food Taken Per: ☑ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☑ 1/4 ☐ None ☐ Refused
Tolerated diet w/o difficulty: ...... ☑ Yes ☐ No
Swallow w/o difficult: ............. ☑ Yes ☐ No
Calorie Count: ............ ...... ☐ Yes ☑ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

**LUNCH**
Diet _Clear_
☐ NPO for _____
Food Taken Per: ☐ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None ☑ Refused
Tolerated diet w/o difficulty: ....... ☐ Yes ☐ No
Swallow w/o difficult: ............. ☐ Yes ☐ No
Calorie Count: .................. ☐ Yes ☐ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

**DINNER**
Diet _Clear_
☐ NPO for _____
Food Taken Per: ☐ Self ☐ Assist ☐ Fed
☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None ☑ Refused
Tolerated diet w/o difficulty: ....... ☐ Yes ☐ No
Swallow w/o difficult: ............. ☐ Yes ☐ No
Calorie Count: .................. ☐ Yes ☐ No
Snack: ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None
Supplement ☐ All ☐ 3/4 ☐ 1/2 ☐ 1/4 ☐ None

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

96

| TIME | INITIALS | Type | Circulation Check | ROM | Skin Care | Position | Activity | Visitation | Interaction | Patient Coping | Family Coping |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | K | | | | | B | B | M | FPC | W | W |
| 10 | K | | | | | B | S | M | V | W | W |
| 12 | K | | | | | L | S | M | V | W | W |
| 14 | K | | | | | L | S | M | V | W | W |
| 16 | K | | | | | L | S | M | V | W | W |
| 18 | K | | | | | B | S | M | V | W | W |
| 20 | K | | | | | B | S | M | V | W | W |
| 00 | SD | | | | | | S | M | FPC | | |
| 04 | SD | | | | | | S | M | FPC | | |

## FUNCTIONAL INTERVENTIONS AND ASSESSMENTS

☐ PHYSICAL THERAPY     ☐ OCCUPATIONAL THERAPY     ☐ SPEECH THERAPY
RX TIME _____     RX TIME _____     RX TIME _____

☐ AUDIOLOGY     ☐ OTHER
RX TIME _____

**Therapeutic Exercises:**

**Functional Activity/Gait Training:**

**Therapeutic Feeding/Swallowing:**

**Language/Cognition:**

**Equipment Issued:**

**Patient/Family Education:**

**Other:**

**Assessment/Recommendations:**

## ESSENTIAL LINE MGT. (ELM)

TYPE
S - Soft     N - No No's     *O - Other _____

## PSYCHOSOCIAL

**POSITION**
R - Right
L - Left
A - Abdomen
M - Head Midline
B - Back

**INTERACTION**
V - Visit
H - Held
C - Call
K - Kangaroo Care
FPC - Family involved in Plan of Care
PPC - Patient involved in Plan of Care

**VISITATION**
Ps - Both parents
M - Mother
F - Father
Ca - Parents called
Si - Siblings here
GP - Grandparents
FP - Foster parents
CM - Chaplain / minister
V - Volunteer
FR - Friends
NC - Nurse called parents
O - Other

**ACTIVITY**
BR - Bed rest
OFF - Off floor
S - Sleeping
Ch - Chair
Cy - Crying
I - Restless
W/C - Wheelchair
AA - Ambulate w/assistance
UAL - Up ad lib
T - Turn
TV - Television
BRP - Bathroom privileges
R - Resting
P - Playing
H - Held

**SCORING**
W - Within normal limits:
communication participation
in care and interaction with
environment appropriate for
age, development, and stage
of illness.
* - Further documentation
required (See Interdisciplinary
Notes)

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988 MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

Form #0912130 Dept. 340, 645
(Rev. 2/01) Page 8 of 10

| CLINICAL SERVICES DAILY COLLABORATION: | RE-PRIORITIZED PROBLEM / NEEDS / GOALS: |
|---|---|
| ☑ NUR = Nursing<br>☐ RT = Respiratory Care<br>☐ SW/CM = Social Worker / Case Manager<br>☐ PT = Physical Therapy<br>☐ OT = Occupational Therapy<br>☐ ST = Speech Therapy<br>☐ MNT = Medical Nutrition Therapy<br>☐ CNS = Clinical Nurse Specialist<br>☐ CLS = Child Life Specialist<br>☐ Other: _____ | Date: 6 2 02   Time: 0649<br>1. _fever_   6. _____<br>2. _pain_   7. _____<br>3. _Know Def_   8. _____<br>4. _Psy-so_   9. _____<br>5. _D/C plan_   10. _____<br>Signature / Title: _Kris Kalle Ln_ |

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| 6202<br>0649 | Nur | D | Pt admitted to floor from ER, mom & pt oriented to floor & room?, Pa discussed, assessm completed see flow sheet, motrin given for fever, too well, PIV to top of ⓛ hand infusing 5 diff ⊘ redness or swelling @ site, sm pustules on face & upper torso noted, pt c/o itching, denies pain @ this time ———— Kkalle Ln |
| 0830 | Nur | I 1⁄2 | pt vomitting mod amt, red tinged emesis, c/o sore throat + headache, IV out during episode pressure applied bandaide on, more pustules noted on face + arms?, orders received benedryl given @ 0000, fever remains ice chips given?, face washed eyes becoming puffy c yellowish drainage noted, mom @ bedside ———— KKalle Ln |
| 0930 | Nur | I ¹ | PIV restarted top of ⓛ hand on first attempt c 22g IVF infusing @ this time, pt sleeping quietly, ⊘ s/s pain or distress noted ———— K Kalle Ln |

**ACTION CODES:**   D = Data   I = Intervention   E = Evaluation

PATIENT IDENTIFICATION<br>Medical City Dallas Hospital<br>**WILLIAMS, LABREA**<br>H00707472988 MR#: H000826583  6/2/2002<br>DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

-99-98

Form #0912130 Dept. 640, 645
(Rev 2/01) Page 9 of 10

**189**

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| 1230 | Nur | I | Dr Matson in orders received, Tylenol given for fever, tol well, IV infusing 5 diff, pustules appearing over entire body, pt repositions self for comfort denies pain, resp even & unlabored mom @ bedside ——— KKallef |
| 1330 | Nur | I | pt vomiting, c/o headache & sore throat resp even & unlabored, eyes red & swollen washed c̄ cool cloth, clothing A.d, IVF infusing, NS bolus given as ordered tol well, urine dipped for spec grav results called to Dr Matson — KKallef |
| 1630 | Nur | I | Tylenol given for fever, eyes swollen shut, lips & tongue swollen, face washed c̄ cool cloth, resp even & unlabored resp & HR WNL, pt denies difficulty breathing. Poc discussed c̄ mom ——— KKallef |
| 1700 | Nur | D | Dr Mazade in room, condition discussed c̄ mom & pt, spec for cultures obtained & sent to lab, pt tol well, severe swelling to eyes & lips noted, face washed c̄ cool cloth Ø s/s resp distress noted KKallef |
| 1930 | Nur | D | detailed report given to oncoming nurse IV infusing 5 diff, Ø s/s resp distress noted mom @ bedside ——— BWallef |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

-100-99

Form #0912130 Dept. 640, 645
(Rev 2/01) Page 10 of 10

190

| CLINICAL SERVICES DAILY COLLABORATION: | RE-PRIORITIZED PROBLEM / NEEDS / GOALS: |
|---|---|

**CLINICAL SERVICES DAILY COLLABORATION:**

- ☐ **NUR** = Nursing
- ☐ **RT** = Respiratory Care
- ☐ **SW/CM** = Social Worker / Case Manager
- ☐ **PT** = Physical Therapy
- ☐ **OT** = Occupational Therapy
- ☐ **ST** = Speech Therapy
- ☐ **MNT** = Medical Nutrition Therapy
- ☐ **CPR** = Cardiac / Pulmonary Rehab
- ☐ Other: _____

**RE-PRIORITIZED PROBLEM / NEEDS / GOALS:**
Date: _____    Time: _____

1. _____     6. _____
2. _____     7. _____
3. _____     8. _____
4. _____     9. _____
5. _____    10. _____

Signature / Title: _____

| DATE / TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**ACTION CODES:**
D = Data        I = Intervention        E = Evaluation

**INTERDISCIPLINARY
PROGRESS NOTES**

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D.

Form # 100720 (Rev. 9/00)

–101-100

**191**

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form # 100720  (Rev. 9/00)

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00702472988  MR#: H000826583   6/2/2002
DO    /20/94  7/F   Sandell,Sharon R.,M.D. 102101

192

| CLINICAL SERVICES DAILY COLLABORATION: | RE-PRIORITIZED PROBLEM / NEEDS / GOALS: |

**CLINICAL SERVICES DAILY COLLABORATION:**

☐ NUR = Nursing
☐ RT = Respiratory Care
☐ SW/CM = Social Worker / Case Manager
☐ PT = Physical Therapy
☐ OT = Occupational Therapy
☐ ST = Speech Therapy
☐ MNT = Medical Nutrition Therapy
☐ CPR = Cardiac / Pulmonary Rehab
☐ Other: _____

**RE-PRIORITIZED PROBLEM / NEEDS / GOALS:**
Date: _____ Time: _____

1. _____   6. _____
2. _____   7. _____
3. _____   8. _____
4. _____   9. _____
5. _____   10. _____

Signature / Title: _____

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| continued | | | Informed pt. that they are not present pt. acknowledged. Dr. Jeffrer in to see pt. attempted to open eyes to examine however skin torn above ℞ eye. Tacrilube gtts applied to eyes bilaterally. Awaiting polysporin gtts from pharmacy. POC discussed c̄ mother. M.E. Julien |
| 6/3/02 2000 | NUR | D | Report received & assessment completed. Urine SG 1.015. Eyes completely swollen shut. polysporin to ℞ eye lesion. Tacrilube applied to ℞ eyes. Large hanging pustules from neck ↓. Many lesions open. Bed saturated c̄ yellow drainage. Pt. disoriented, a times, but converses appropriately when prompted. IV ℞ AC @ 130cc°. Temp 38° will given advil on next intervention. Mother @ bedside & updated to POC ——— S. Deniel R.n. |
| 2130 | NUR | D I | Dermatologist in room, assisted c̄ ℞ thigh biopsy & sutured. Tylenol given for temp/comfort & benadryl for itching. Dr. Rhee |

**ACTION CODES:**
D = Data     I = Intervention     E = Evaluation

**INTERDISCIPLINARY
PROGRESS NOTES**

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.



Form # 100720  (Rev. 9/00)

-103**102**

**193**

| DATE & TIME | DISCIPLINE | ACTION | SIGNIFICANT FINDINGS |
|---|---|---|---|
| | | | notified of dermatologist on floor — SDerril R |
| 6/3/02 2300 | NUR | I | New orders noted from dermatologist, emor = ; mother updated to POC. Solumedrol given as ordered. Encouraged family @ bedside to dim lights ; to stay quiet to encourage rest ———— SDerril R |
| 6/4/02 0330 | NUR | E,I | IV @ RAC infiltrated, swollen c̄ good peop. pulses ; cap refill. Restarted in L hand x1 attempt. flushes well, IVF restarted @ 130cc°. Gave Benadryl IV ; tylenol PO for comfort. Eyes/nose cleaned ; lacrilube reapplied. Pt. up tatited voided in toilet c̄ small yellow loose stool. Pt. denies discomfort yet clutching — SDerril R |
| 0500 | NUR | T | Pt. given advil for c/o mouth pain. IV restarted. Large round area of skin now sloughed off of upper back — SDerril R |
| 0600 | NUR | D | Entered room to give IV med, pt. appeared to be sleeping however suddenly jumped out of bed ; began to scream ; cry stating "police didn't want her to drive car." Pt. attempted to jump out of bed. Calmed pt. after 10 min. Encouraged aunt ; grandmother to be calm ① pt. appears to be in pain as well as hallucinating ② fever is ↓ c̄ advil/ tylenol ③ family remains @ bedside ; updated to POC ④ pt. mental status remains altered ; has outbust ⑤ D/C planning continues ———— Sally Derril RN |

Medical City Dallas Hospital
WILLIAMS, LABREA
H00707472988  MR#: H000826583   6/3/02
DOB: 07/20/94   7/F  Sandell, Sharon R ,M.D.

103

194

# PEDIATRIC INTERDISCIPLINARY FLOW SHEET

DATE: 6-3-02

| GENERAL CARE | ALARMS ON | 7A - 7P | 7P - 7A | GENERAL CARE | 7A - 7P | 7P - 7A |
|---|---|---|---|---|---|---|
| Heart Monitor | ☒N/A ☐Yes | HIGH / LOW | HIGH / LOW | 24 hr. Order Check | ☐Yes | ☐Yes |
| Respiratory / Apnea | ☒N/A ☐Yes | HIGH / LOW | HIGH / LOW | Bath (Linen) 10/15 H (Time Done) | ☐Yes | ☐Yes |
| Arterial Line | ☒N/A ☐Yes | HIGH / LOW | HIGH / LOW | Oral Care (Time Done) | | |
| Pulse Oximetry | ☐N/A ☒Yes | HIGH 100 / 90 LOW | HIGH 100 / 90 LOW | Trach Care / Change (Time Done) | | |
| Pressure Line Zero Balanced | ☒N/A | ☐A-Line ☐PA ☐CVP ☐Other | ☐A-Line ☐PA ☐CVP ☐Other | G-Tube Care (Time Done) | | |
| | | | | Foley Care (Time Done) | | |
| Bed Type | | SPECIFY Adult | SPECIFY adult | Dressing Change Site _____ (Time Done) | | |
| Brakes Locked / Siderails Up | | ☒Yes | ☒Yes | Dressing Change Site _____ (Time Done) | | |
| Call Light Within Reach | | ☒Yes ☐N/A | ☒Yes ☐N/A | Dressing Change Site _____ (Time Done) | | |
| Special Bedding | | ☐Eggcrate ☐Sheep Skin ☐Water Bed ☐Other | ☐Eggcrate ☐Sheep Skin ☐Water Bed ☐Other | IV Start/Restart 1140 (Time Done) | Size 22g # used 1 | Size 22 # used 1 |
| | | | | IV Tubing Change (Time Done) | | |
| | | | | IV Tubing Change (Time Done) | | |
| ID Band | Allergy Band | ☒Yes ☐Yes☒N/A | ☒Yes ☐Yes☒N/A | Feeding Tubing Change (Time Done) | | |
| Seizure Precautions | ☒N/A | ☐Yes | ☐Yes | Feeding Tubing Change (Time Done) | | |
| Latex Allergy Alert | ☒N/A | ☐Yes | ☐Yes | | | |
| Chemotherapy Precautions | ☒N/A | ☐Yes | ☐Yes | | | |
| Isolation | C = Contact D = Droplet A = Airborne | ☒C ☐D ☒A | ☒C ☐D ☒A | DURABLE EQUIPMENT | | |
| ETT / Trach Size | ☒N/A | ☐Cuffed ☐Uncuffed _____ | ☐Cuffed ☐Uncuffed _____ | ☐Thermic Unit | ☐Sequential Compression Device | |
| ETT Taped | ☒N/A | ☐Lip _____ cm ☐Nare _____ cm | ☐Lip _____ cm ☐Nare _____ cm | ☐PCA / Epidural _____ | ☐Trays (i.e., Lumbar, etc.) x _____ | |
| Extra Trach / ET Tube @ BS | ☒N/A | ☐Yes | ☐Yes | ☒Infusion (One) Channel Pump x _____ | ☐Photo Therapy | |
| Ambu Bag/Mask | ☒N/A | ☐Yes | ☐Yes | ☐Infusion (Two) Channel Pump x _____ | ☐Other _____ | |
| O2 / Suction @ BS | | ☒Yes | ☒Yes | ☐Infusion (Four) Channel Pump x _____ | ☐Other _____ | |
| Wire Cutters @ BS | ☒N/A | ☐Yes | ☐Yes | ☐Thoracic Suction | ☐Other _____ | |
| Emergency Drug Sheet | | ☒Yes | ☒Yes | ☐External Pacemaker | ☐Other _____ | |
| | | | | ☐Kangaroo Pump | ☐Other _____ | |
| | | | | ☒Syringe Pump x 1 | ☐Other _____ | |

**ALL PERSONNEL UTILIZING INITIALS ON THIS FORM WILL SIGN AND INITIAL BELOW**

| INIT | PRINT | SIGNATURE | INIT | PRINT | SIGNATURE |
|---|---|---|---|---|---|
| MK | Melanie King | mkinger | MH | Meredyth Hill | MHuller |
| | | | SD | Sally Derrick | Sally Demilter |
| | | | | | |
| | | | | | |

**North Texas Hospital**
**for Children**
at Medical City Dallas

PEDIATRIC INTERDISCIPLINARY FLOW SHEET

Form # 0912130 Dept. 640, 645
Rev  2/01) Page 1 of 10

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/200
DOB: 07/20/94  7/F  Sandell,Sharon R.,M.D

-101 101

## PATIENT ASSESSMENT

| | DAY — EVENING | EVENING | NIGHT |
|---|---|---|---|
| **TO BE COMPLETED BY R.N. OR L.V.N.** (WNL) = WITHIN NORMAL LIMITS | Time of Assessment: 0830 <br> Signature/Title: mKingen | Time of Assessment: 1500 <br> Signature/Title: ME Julden | Time of Assessment: 2030 <br> Signature/Title: SDemie RN |

### NEUROLOGICAL

**(WNL)** = Oriented appropriately for age. Alert and/or easily aroused. PERL appropriate for age. Active and full ROM to all extremities with symmetry of strength. Behavioral / Developmental stage appropriate for age. Responsive to verbal, tactile and painful stimuli. No deficit in hearing or sight. Head and face symmetrical. Fontanel soft and flat.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☒ See detailed Neuro ☐ Agitated | ☐ WNL ☒ See detailed Neuro ☐ Agitated | ☐ WNL ☒ See detailed Neuro ☐ Agitated |
| ☐ Sedated ☐ Paralyzed (chemically) | ☐ Sedated ☐ Paralyzed (chemically) | ☐ Sedated ☐ Paralyzed (chemically) |
| ☐ Unresponsive to: | ☐ Unresponsive to: | ☐ Unresponsive to: |
| ☐ Painful ☐ Tactile ☐ Verbal stimuli | ☐ Painful ☐ Tactile ☐ Verbal stimuli | ☐ Painful ☐ Tactile ☐ Verbal stimuli |
| ☐ Post anesthesia ☐ Lethargic / drowsy | ☐ Post anesthesia ☐ Lethargic / drowsy | ☐ Post anesthesia ☐ Lethargic / drowsy |
| ☐ Absent reflexes: ☐ Cough ☐ Gag | ☐ Absent reflexes: ☐ Cough ☐ Gag | ☐ Absent reflexes: ☐ Cough ☐ Gag |
| ☐ Numbness: Location _____ | ☐ Numbness: Location _____ | ☐ Numbness: Location _____ |
| ☐ Tingling: Location _____ | ☐ Tingling: Location _____ | ☐ Tingling: Location _____ |
| ☐ Headache: Location _____ | ☐ Headache: Location _____ | ☐ Headache: Location _____ |
| CRY: ☐ Lusty ☐ Weak ☐ High pitched | CRY: ☐ Lusty ☐ Weak ☐ High pitched | CRY: ☐ Lusty ☐ Weak ☐ High pitched |
| ☐ No cry ☐ Hoarse | ☐ No cry ☐ Hoarse | ☐ No cry ☐ Hoarse |
| SUTURE: ☐ Over-riding ☐ Separated | SUTURE: ☐ Over-riding ☐ Separated | SUTURE: ☐ Over-riding ☐ Separated |
| FONTANEL: ☐ Tense ☐ Bulging ☐ Full | FONTANEL: ☐ Tense ☐ Bulging ☐ Full | FONTANEL: ☐ Tense ☐ Bulging ☐ Full |
| ☐ Depressed | ☐ Depressed | ☐ Depressed |
| SUCK: ☐ Absent ☐ Weak | SUCK: ☐ Absent ☐ Weak | SUCK: ☐ Absent ☐ Weak |
| ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

### CARDIOVASCULAR

**(WNL)** = Apical pulse regular and rate appropriate for age. Peripheral pulses present and equal bilaterally. No edema or cyanosis noted. Capillary refill less than 3 seconds. Blood pressure appropriate for age.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Murmur | ☐ WNL ☐ Murmur | ☐ WNL ☐ Murmur |
| ☐ Abnormal peripheral pulses | ☐ Abnormal peripheral pulses | ☐ Abnormal peripheral pulses |
| ☐ Capillary refill _____ seconds | ☐ Capillary refill _____ seconds | ☐ Capillary refill _____ seconds |
| ☒ Edema: Location generalized | ☒ Edema: Location Facial | ☒ Edema: Location facial |
| ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ |
| Location _____ | Location _____ | Location _____ |
| ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ |
| ☐ Arrhythmia _____ | ☐ Arrhythmia tachycardic | ☐ Arrhythmia _____ |
| ☐ Temp. pacing wires intact and dry | ☐ Temp. pacing wires intact and dry | ☐ Temp. pacing wires intact and dry |
| ☐ Pacemaker ☐ Rate _____ | ☐ Pacemaker ☐ Rate HR 137 | ☐ Pacemaker ☐ Rate _____ |
| ☐ Sensitivity _____ | ☐ Sensitivity _____ | ☐ Sensitivity _____ |
| ☐ Battery checked | ☐ Battery checked | ☐ Battery checked |
| ☐ Other: _____ | ☐ Other: CA monitor | ☐ Other: CA monitor |

### RESPIRATORY

**(WNL)** = Respirations unlabored and symmetrical; regular rhythm and depth; rate within normal limits for age. Breath sounds clear and equal bilaterally.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☒ WNL ☐ Dyspneic ☐ Tachypneic | ☐ WNL ☐ Dyspneic ☐ Tachypneic | ☒ WNL ☐ Dyspneic ☐ Tachypneic |
| ☐ Apnea ☐ Irregular | ☐ Apnea ☐ Irregular | ☐ Apnea ☐ Irregular |
| BREATH SOUNDS: ☐ Coarse ☐ Crackles | BREATH SOUNDS: ☐ Coarse ☐ Crackles | BREATH SOUNDS: ☐ Coarse ☐ Crackles |
| ☐ Diminished ☐ Wheezing | ☐ Diminished ☐ Wheezing | ☐ Diminished ☐ Wheezing |
| ☐ Stridor ☐ Nasal flaring | ☐ Stridor ☐ Nasal flaring | ☐ Stridor ☐ Nasal flaring |
| ☐ Grunting ☐ Periodic breathing | ☐ Grunting ☐ Periodic breathing | ☐ Grunting ☐ Periodic breathing |
| RETRACTIONS: ☐ Subcostal ☐ Intercostal | RETRACTIONS: ☐ Subcostal ☐ Intercostal | RETRACTIONS: ☐ Subcostal ☐ Intercostal |
| ☐ Substernal ☐ Suprasternal ☐ Subclavian | ☐ Substernal ☐ Suprasternal ☐ Subclavian | ☐ Substernal ☐ Suprasternal ☐ Subclavian |
| COUGH: ☐ Non-productive ☐ Productive | COUGH: ☐ Non-productive ☐ Productive | COUGH: ☐ Non-productive ☐ Productive |
| SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick | SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick | SECRETIONS: ☐ Oral ☐ Nasal ☐ Thick |
| ☐ Thin ☐ Color _____ | ☐ Thin ☐ Color _____ | ☐ Thin ☐ Color _____ |
| ☐ O2 _____ % _____ l/min Method _____ | ☒ O2 98 % _____ l/min Method RA | ☐ O2 _____ % _____ l/min Method _____ |
| ☐ Other: _____ | ☒ Other: Pulse ox | ☐ Other: _____ |

### GASTROINTESTINAL

**(WNL)** = Abdomen soft, non-distended, non-tender with active bowel sounds in all four quadrants. No complaint of nausea. No vomiting, pain, diarrhea or constipation.

| DAY | EVENING | NIGHT |
|---|---|---|
| ☐ WNL ☐ Masses ☐ Pain | ☐ WNL ☐ Masses ☐ Pain | ☐ WNL ☐ Masses ☐ Pain |
| ABD: ☐ Distended ☐ Firm ☐ Sunken | ABD: ☐ Distended ☐ Firm ☐ Sunken | ABD: ☐ Distended ☐ Firm ☐ Sunken |
| ☐ Guarding ☒ Vomiting ☐ Diarrhea ☐ Nausea | ☐ Guarding ☐ Vomiting ☒ Diarrhea ☐ Nausea | ☐ Guarding ☒ Vomiting ☐ Diarrhea ☐ Nausea |
| ☐ Last BM: _____ | ☐ Last BM: _____ | ☐ Last BM: N _____ |
| BOWEL SOUNDS: ☐ Absent ☐ Hypoactive | BOWEL SOUNDS: ☐ Absent ☐ Hypoactive | BOWEL SOUNDS: ☐ Absent ☐ Hypoactive |
| ☐ Hyperactive | ☐ Hyperactive | ☐ Hyperactive |
| ☐ NGT ☐ NDT ☐ Oral ☐ L ☐ R | ☐ NGT ☐ NDT ☐ Oral ☐ L ☐ R | ☐ NGT ☐ NDT ☐ Oral ☐ L ☐ R |
| ☐ Placement verified ☐ Clamped ☐ Tube-fed | ☐ Placement verified ☐ Clamped ☐ Tube-fed | ☐ Placement verified ☐ Clamped ☐ Tube-fed |
| ☐ Intermittent ☐ Drainage _____ | ☐ Intermittent ☐ Drainage _____ | ☐ Intermittent ☐ Drainage _____ |
| ☐ G-tube/Button ☐ J-tube ☐ Clamped | ☐ G-tube/Button ☐ J-tube ☐ Clamped | ☐ G-tube/Button ☐ J-tube ☐ Clamped |
| ☐ Tube-fed | ☐ Tube-fed | ☐ Tube-fed |
| ☐ Drainage: _____ | ☐ Drainage: _____ | ☐ Drainage: _____ |
| Ostomy: Type _____ | Ostomy: Type Minimal pointed | Ostomy: Type _____ |
| ☐ Other: _____ | ☒ Other: flx vomiting | ☐ Other: _____ |

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.

105

—106—

196

## PATIENT ASSESSMENT

**TO BE COMPLETED BY R.N. OR L.V.N.**
**(WNL) = WITHIN NORMAL LIMITS**

| | DAY | EVENING | NIGHT |
|---|---|---|---|
| | Time of Assessment: 0830 | Time of Assessment: 1300 | Time of Assessment: 2030 |
| | Signature/Title: MKinger | Signature/Title: MEALWL | Signature/Title: Demi Ru |

### GENITOURINARY / GYNECOLOGICAL

**(WNL)** = Voiding without dysuria, frequency, or urgency. No bladder distention. No edema, redness, or discharge in GU area. No abnormal bleeding. Continency appropriate for age. Urine clear, yellow to amber with adequate output.

**DAY:**
- ☐ WNL ☐ Bladder distended ☒ Incontinent
- ☐ Catheter ☐ Cloudy ☐ Sediment
- ☐ Color: ☐ Hematuria
- ☐ Dysuria ☐ Frequency ☐ Urgency
- GU AREA: ☒ Edema ☒ Redness
- ☐ Discharge
- ☐ Bruising ☐ Menses
- ☒ Other: Pasonc Pustles

**EVENING:**
- ☐ WNL ☐ Bladder distended ☐ Incontinent
- ☐ Catheter ☐ Cloudy ☐ Sediment
- ☐ Color: ☐ Hematuria
- ☐ Dysuria ☐ Frequency ☐ Urgency
- GU AREA: ☒ Edema ☒ Redness
- ☐ Discharge
- ☐ Bruising ☐ Menses
- ☒ Other: Rash

**NIGHT:**
- ☐ WNL ☐ Bladder distended ☐ Incontinent
- ☐ Catheter ☐ Cloudy ☐ Sediment
- ☐ Color: ☐ Hematuria
- ☐ Dysuria ☐ Frequency ☐ Urgency
- GU AREA: ☒ Edema ☒ Redness
- ☐ Discharge
- ☐ Bruising ☐ Menses
- ☒ Other: fluid filled areas GU

### INTEGUMENTARY

**(WNL)** = Skin warm, dry and intact. Mucous membranes pink and moist. Elastic turgor. No evidence of rash, ecchymosis or lesions. Appropriate hair distribution for age.

**DAY:**
- ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic
- ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale
- ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling
- ☐ Ecchymosis ☐ Poor turgor ☐ Mottled
- CYANOSIS: ☐ Central ☐ Circumoral
- ☐ Acrocyanosis
- ☒ Rash generalized c pustules
- ☐ Diaper rash ☐ Lesions
- ☐ Alopecia ☐ Petechiae
- ☐ Puncture sites from IV starts/lab draws
- ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy
- Condition at site:
- Incision: Location
- ☐ Other:

**EVENING:**
- ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic
- ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale
- ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling
- ☐ Ecchymosis ☐ Poor turgor ☐ Mottled
- CYANOSIS: ☐ Central ☐ Circumoral
- ☐ Acrocyanosis
- ☒ Rash over entire upper body
- ☐ Diaper rash ☐ Lesions
- ☐ Alopecia ☐ Petechiae
- ☐ Puncture sites from IV starts/lab draws
- ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy
- Condition at site:
- Incision: Location
- ☐ Other:

**NIGHT:**
- ☐ WNL ☐ Hot ☐ Flushed ☐ Diaphoretic
- ☐ Cool ☐ Clammy ☐ Jaundiced ☐ Pale
- ☐ Dusky ☐ Dry ☐ Cyanotic ☐ Peeling
- ☐ Ecchymosis ☐ Poor turgor ☐ Mottled
- CYANOSIS: ☐ Central ☐ Circumoral
- ☐ Acrocyanosis
- ☒ Rash entire body
- ☐ Diaper rash ☐ Lesions
- ☐ Alopecia ☐ Petechiae
- ☐ Puncture sites from IV starts/lab draws
- ☐ Stoma ☐ Trach ☐ Colostomy ☐ Ileostomy
- Condition at site:
- Incision: Location
- ☐ Other:

### MUSCULOSKELETAL

**(WNL)** = Full ROM of all joints. No muscle weakness. No evidence of inflammation, swelling or pain. Gait and ambulation appropriate for age.

**DAY:**
- ☒ WNL ☒ Weakness generalized
- ☐ Fracture
- ☐ Traction
- ☐ Distraction Device
- ☐ Cast
- ☐ Assistive Devices
- ☐ Edema
- ☐ Other:

**EVENING:**
- ☒ WNL ☒ Weakness generalized
- ☐ Fracture
- ☐ Traction
- ☐ Distraction Device
- ☐ Cast
- ☐ Assistive Devices
- ☐ Edema
- ☐ Other:

**NIGHT:**
- ☐ WNL ☒ Weakness General
- ☐ Fracture
- ☐ Traction
- ☐ Distraction Device
- ☐ Cast
- ☐ Assistive Devices
- ☒ Edema Generalized
- ☐ Other:

### HEAD, EARS, NOSE, MOUTH AND THROAT

**(WNL)** = No drainage or bleeding. No edema or lesions. No hearing or visual disturbances. Sclera white and clear. No pain. Does not wear glasses, contacts or hearing aids. Nares patent.

**DAY:**
- ☐ WNL
- ☐ Drainage
- ☐ Bleeding
- ☐ Edema
- ☐ Cleft lip ☐ Cleft palate ☐ Palate device
- ☒ Oral lesions
- ☐ Mucositis
- ☐ Thrush ☐ Wired/banded jaw
- Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid
- Vision: ☐ Impaired ☐ Glasses
- ☐ Contact Lenses
- ☐ Other:

**EVENING:**
- ☒ WNL
- ☐ Drainage
- ☐ Bleeding
- ☒ Edema Facial
- ☐ Cleft lip ☐ Cleft palate ☐ Palate device
- ☐ Oral lesions
- ☐ Mucositis
- ☐ Thrush ☐ Wired/banded jaw
- Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid
- Vision: ☐ Impaired ☐ Glasses
- ☐ Contact Lenses
- ☐ Other:

**NIGHT:**
- ☒ WNL
- ☒ Drainage pustules
- ☐ Bleeding
- ☒ Edema
- ☐ Cleft lip ☐ Cleft palate ☐ Palate device
- ☐ Oral lesions
- ☐ Mucositis
- ☐ Thrush ☐ Wired/banded jaw
- Hearing: ☐ Impaired ☐ Deaf ☐ Hearing Aid
- Vision: ☐ Impaired ☐ Glasses
- ☐ Contact Lenses
- ☐ Other:

### TUBES/DRAINS/IVS

**(WNL)** = Patent

**DAY:**
- ☒ WNL
- #1 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- #2 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- IV SITES:
  - Type PIV Location ® Hand
  - Type _____ Location _____
  - Type _____ Location _____
  - Type _____ Location _____
- TUBES/DRAINS:
  - Type _____ Location _____
  - Type _____ Location _____

**EVENING:**
- ☒ WNL
- #1 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- #2 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- IV SITES:
  - Type PIV Location ® AC
  - Type _____ Location _____
  - Type _____ Location _____
  - Type _____ Location _____
- TUBES/DRAINS:
  - Type _____ Location _____
  - Type _____ Location _____

**NIGHT:**
- ☒ WNL
- #1 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- #2 Location:
  - ☐ Gravity/Water seal ☐ Suction _____ cm
  - ☐ Drainage _____ ☐ Fluctuates
- IV SITES:
  - Type PIV Location ® AC
  - Type _____ Location _____
  - Type _____ Location _____
  - Type _____ Location _____
- TUBES/DRAINS:
  - Type _____ Location _____
  - Type _____ Location _____

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00070472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R., M.D.

-107106

Form #0912130 Dept. 640, 645

197



Date: 6/3/02    P.O. Day:

| TIME | INITIALS | Temp o/R/Ax | P | R | NIBP | MEAN | Art | MAP | CVP | Suction | Pulse Ox | I.S. | Mode | FiO2 | Vol | Rate | Pres | Peep | PIP | ETCO2 | pH | PCO2 | PO2 | HCO3 | BE | Glucose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | mk | 91.6 | 110 | 42 | 106/52 | 134 | | | | | 100 | RA | | | | | | | | | | | | | | |
| 09 | HM | 98.5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | ax | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | HM | 97.9 | 140 | 28 | 127/74 | | | | | | 99% | RA | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | 100% | RA | | | | | | | | | | | | | | |
| 16 | HT | 99.4 | 146 | 24 | Tympanic | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | SD | 38' | 143 | 25 | | | | | | | 100 | RA | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 00 | SD | 38' | 163 | 29 | 105/63 | | | | | | 98 | RA | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 | SD | 37' | 140 | 22 | 135/75 | | | | | | 98 | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | | | | | | | | | | | |

**GENERAL KEYS:**

B - Bilateral
R - Right
L - Left
Ø - Absent/None
+ - Present
NA - Not applicable
Δ - Change
* - Further documentation required. (See Interdisciplinary Progress Notes).
✔ - Done
Y - Yes
N - No

**CHANGE IN PHYSICAL ASSESSMENT:**
Y - Yes (See N.N.)
N - No

**CARDIOVASCULAR**

**PULSES**
Ø - Absent
1+ - Weak, thready
2+ - Difficult to palpate, diminished
3+ - Normal
4+ - Bounding

**SKIN:**
1 - Pink       W - Warm
2 - Pale       H - Hot
3 - Mottled    C - Cool
4 - Dusky      P - Peeling
5 - Circumoral  S - Diaphoretic
    cyanosis   B - Bruised
6 - Cyanotic   BL- Blistered
7 - Jaundiced  M - Moist
8 - Acrocyanosis  D - Dry

**EDEMA LOCATION**
SC - Scalp
P - Periorbital
T - Trunk
UE - Upper extremities
LE - Lower extremities
G - Generalized

**EDEMA SEVERITY**
1+ - Mild
2+ - Moderate
3+ - Severe
4+ - Pitting

**OXYGEN DELIVERY MODE**
H - Hood
ETT - Endotracheal Tube
Tr - Trach Collar
NC - Nasal Cannula
M - Mask
NR - Non-Rebreather
BB - Blow By
Other

**PAIN**

**PAIN ASSESSMENT SCALES**
F - Faces    N - Numeric    I - Infant

| INDICATOR | BEHAVIOR | SCORE |
|---|---|---|
| Cry | No cry | 1 |
| | Moaning | 2 |
| | Crying | 2 |
| | Scream | 3 |
| Facial | Composed | 1 |
| | Grimace | 2 |
| | Smiling | 0 |
| Child Verbal | None | 1 |
| | Other Complaints | 1 |
| | Pain Complaints | 2 |
| | Both Complaints | 2 |
| | Positive | 0 |
| Torso | Neutral | 1 |
| | Shifting | 2 |
| | Tense | 2 |
| | Shivering | 2 |
| | Upright | 2 |
| | Restrained | 2 |
| Touch | Not Touching | 1 |
| | Reach | 2 |
| | Touch | 2 |
| | Grab | 2 |
| | Restrained | 2 |
| Legs | Neutral | 1 |
| | Squirming/Kicking | 2 |
| | Drawn Up/Tensed | 2 |
| | Standing | 2 |
| | Restrained | 2 |

NO PAIN 1   13 WORST PAIN

PATIENT IDENTIFICATION

Medical City Dallas Hospital
**WILLIAMS, LABREA**
H00707472988  MR#: H000826583  6/2/2002
DOB: 07/20/94  7/F  Sandell, Sharon R.,M.D.
Form #0912130 Dept.
Rev. 2/01) Page 4 of 10