


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LASANDRA MADDEN Individually and on Behalf of LABREA WILLIAMS, a minor child, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:03-CV-0167-BD |
| WYETH d/b/a WYETH, INC., f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH CONSUMER HEALTHCARE, an unincorporated Division of WYETH, f/k/a WHITEHALL-ROBINS HEALTHCARE; AND WHITEHALL LABORATORIES, INC., | § § § § § § § § § | |
| Defendants. | § | |

## APPENDIX
### PLAINTIFFS' RESPONSE TO DEFENDANT WYETH'S MOTION FOR SUMMARY JUDGMENT

**Item**                                                                                         **App. page**

Att. 1—Excerpts from dep. of Jean-Claude Roujeau . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–29

Att. 2—Selected records from Parkland Mem'l Hosp. . . . . . . . . . . . . . . . . . . . . . . . . . . 30–53

Att. 3—Excerpts from dep. of def. expert Dr. Robert Stern . . . . . . . . . . . . . . . . . . . . . . 54–93a

Att. 4—Aff. of pls.' expert Roger Salisbury, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94–118
        Tab 1—Dr. Salisbury's CV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119–46

Att. 5—Mockenhaupt M., Stern R., et al., *The Risk of Stevens-Johnson Syndrome and Toxic Epidermal Necrolysis Associated with Nonsteroidal Antiinflammatory Drugs: A Multinational Perspective*, J. Rheumatol Vol. 30, No. 10 (2003) . . . . . . . . . . . . . . . . . . . . 147–53

Att. 6—Excerpts from dep. of def. expert Stanford Shulman, M.D. . . . . . . . . . . . . . . . . . 154–62

Att. 7—Excerpts from dep. of plaintiff LaSandra Madden . . . . . . . . . . . . . . . . . . . . . . . . 163–66

Att. 8—Selected records from Med. City Dallas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167–82

APPENDIX: PLAINTIFFS' RESPONSE TO DEFENDANT WYETH'S MOTION
FOR SUMMARY JUDGMENT—<u>CIVIL ACTION NO. 3:03-CV-0167-BD</u>

**Att. 9**—Selected records from Children's Med. Ctr.............................................183–203

**Att. 10**—Aff. of pls.' expert Dr. Moses Grossman...................................204–11
        **Tab 1**—Dr. Grossman's CV..............................................212–23

**Att. 11**—Aff. of pls.' expert Randall Tackett, PhD....................................224–51
        **Tab 1**—Dr. Tackett's CV..................................................252–84
        **Tab 2**—Evans, A.M., *Comparative Pharmacology of S(+)-Ibuprofen and (RS)-Ibuprofen*, Clin. Rheumatol. (Suppl. 1):S9–S14 (2001).......285–307
        **Tab 3**—WHO Adverse Reaction Counts through 3/9/2005 (Dexibuprofen vs. Ibuprofen)...............................................308
        **Tab 4**—Hrg. Tr. Joint Meeting of the Nonprescription Drugs Advisory Committee............................................309–27

**Att. 12**—Baylor Univ. Med. Ctr. Records (Lymphocyte Toxicity Assay).............328–50

**Att. 13**—Rejection of Application for Inclusion of Ibuprofen on [World Health Org.] List of Essential Drugs List..............................................351–58

**Att. 14**—Redacted expert report of def. expert Dr. Robert Stern in a related case.......359–65

**Att. 15**—Statement from latest version of the parties' Joint Status Report.............366–70

**Att. 16**—French Label.....................................................................371–74

**Att. 17**—E.A. Conway Med. Records..................................................375–85

**Att. 18**—Towngate Plaza Med. Ctr.....................................................386–93

**Att. 19**—Aff. of Manuela Neuman, Ph.D..............................................394–402
        **Tab 1**—Dr. Neuman's CV................................................403–62
        **Tab 2**—Neuman, M.G., et al., *A Novel Lymphocyte Toxicity Assay to Assess Drug Hypersensitivity Syndromes*, Clin. Biochem., Vol. 33 (Oct. 2000)...............................................................463–70
        **Tab 3**—Neuman, M.G., et al., *Monitoring Adverse Drug Reactions to Sulfonamide Antibodies in Human Immunodeficiency Virus-Infected Individuals*, Ther. Drug Monit., Vol. 24, No. 6 (2002).................471–79

**Att. 20**—Aff. of James C. Barber.......................................................480–82