

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 2 1 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LASANDRA MADDEN Individually and on §
Behalf of LABREA WILLIAMS, a minor child,§
§
  Plaintiffs,                          §
                                       §
v.                       §          CIVIL ACTION NO. 3:03-CV-0167-BD
                                       §
WYETH d/b/a WYETH, INC., f/k/a         §
AMERICAN HOME PRODUCTS                 §
CORPORATION; WYETH CONSUMER            §
HEALTHCARE, an unincorporated          §
Division of WYETH, f/k/a WHITEHALL-    §
ROBINS HEALTHCARE; AND                 §
WHITEHALL LABORATORIES, INC.,          §
                                       §
  Defendants.                          §

# APPENDIX
## PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE
## TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Item                                                                          App. page

**Att. 1**—Letter from defense counsel Bill Sims dated April 22, 2005 ..........................…....1–23

**Att. 2**—FDA Supplemental Labeling Request dated June 15, 2005…………………….....24–31

**Att. 3**—Affidavit of James C. Barber in Support of Plaintiffs' Reply ……………………...32–33

# Vinson&Elkins

**Beth Fancher** bfancher@velaw.com
Tel 214.661.7314 Fax 214.661.4314

April 22, 2005

Mr. James C. Barber
Law Offices of James C. Barber
4310 Gaston Avenue
Dallas, TX 75246

Re:  *LaSandra Madden, et al v. Wyeth, et al*; Cause No. 3-03CV-0167R, in the United
      States District Court, Northern District of Texas – Dallas Division

Dear Mr. Barber:

Enclosed are South African labels for Children's Advil, numbered W014785-14788. Also
enclosed are documents numbered W014789-14806, which are current French labels and
leaflets, as well as the labels, leaflets and SPC that will be implemented later this year. If
you have any questions please do not hesitate to contact me.

Sincerely,

Beth Fancher
Paralegal

Enclosures

**Vinson & Elkins LLP Attorneys at Law** Austin Beijing Dallas
Dubai Houston London Moscow New York Tokyo Washington

Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975 Tel 214.220.7700 Fax 214.220.7716
www.velaw.com

1

Reg. No. 33/2.7/0360

**Advil** ®

paediatric
suspension

pediatriese
suspensie

pain & fever relief

100 mg Ibuprofen

Each 5 ml of suspension contains/Elke 5 ml van die suspensie bevat:
Preservative: Sodium benzoate 0.20% m/v.
Preservermiddel: Natriumbensoaat 0.20% m/v.
KEEP OUT OF REACH OF CHILDREN. Store below 25°C in a
well-closed container, protected from light. Do not refrigerate.
Shake bottle before use. Dosage: Children 30 to 50 pounds
(approx. 14-23 kg): 3.75 ml four times daily. Should be shaken vigorously
for 5-10 seconds before administration.
DOSAGE See enclosed package insert. / Sien ingeslote voublad.
Skud die botel goed voor gebruik.
See enclosed package insert. / Sien ingeslote voublad.

Marketed by Wyeth Consumer Healthcare
Applications: Wyeth S.A. (Pty.) Ltd. Co. Reg. No. 1937/000097/07
Thornhill Office Park, 94 Bekker Road, Vorna Valley 1686,
MIDRAND, 1685.

100 ml

LOT
MAN
EXP

AREA FOR
VARIABLE TEXT
OVERPRINTING

---

⬤ **GRAFFITI LTD.**

| | |
|---|---|
| **Date:** 12/11/02 | |
| **Client:** Wyeth Manufacturing | |
| **Client Ref:** P012200  TJW 075646 | |
| **Job Name:** Advil Paediatric Suspension 100ml S.A. | |
| **Proof No:** Five | |
| **Our Ref:** 026290 | |
| **Size:** 138mm (W) x 55mm (H) | |
| **Pharma Code:** 827 | |

| Process Black | Pantone 314 CV | Pantone 2425 CV | Pantone 3135 CV | Cutter |
|---|---|---|---|---|

**Tints:**

'ADVIL' logo : 100% Pantone Yellow CV – 5% Pantone Yellow CV

Graduated line either
side of Pantone
2425 CV solid bar : 100% Pantone Yellow CV – 5% Pantone Yellow CV

Light coloured box
containing the words
"100mg Ibuprofen" : 40% Pantone Green 3135 CV

Grid in the background
of the same box : 25% Pantone Green 3135 CV

Area for Variable
text overprinting : 25% Cutter

Overall Background : Solid Pantone 3135 CV

**The 'Cutter' has been coloured in red to make it easier to view on the 'blue' background.**

W014785

2



W014786



The 'Cutter' has been coloured in red to make it easier to view on the 'blue' background.



W014788



W014789

JOB-28049    Advil Children's Suspension 200 ml Carton - Havant for France    3P    2/09/04    zy
Dieline



CT246AD1.002
61 5 x 61.5 x 158
19 January 2004

Pharmacode
Quiet Zone

Variable over print
area (TEXT FREE)

Vignette applied in
this area

W014790

JOB-28049    Advil Children's Suspension 200 ml Carton - Havant for France    3P    2/09/04    zy
PMS 280





**Suspension buvable en flacon**

FORME PHARMACEUTIQUE ET CONTENU :

..... poids de l'enfant (kg)

..... fois par jour

**Suspension buvable en flacon**

COMPOSITION EN SUBSTANCES ACTIVES :
Ibuprofène 20 mg ...... pour 1ml de suspension buvable
LISTE DES EXCIPIENTS :
Excipients à effet notoire  Saccharose (0,5 g/ml), sorbitol, glycérol, rouge cochenille A.
MODE ET VOIE D'ADMINISTRATION :
Voie orale  Réservé au nourrisson et à l'enfant de 3 mois à 12 ans (soit environ 40 kg).
Bien agiter le flacon avant l'emploi.
Faire boire de l'eau après absorption de la suspension.
Pour chaque prise :
- jusqu'à 25 kg : remplir la seringue jusqu'à la graduation indiquant le poids de l'enfant.
- entre 25 kg et 40 kg : remplir une première fois la seringue jusqu'à la graduation 25 kg, puis une deuxième fois jusqu'à atteindre un total égal au poids de l'enfant.
Ex. : pour un enfant de 30 kg : remplir une première fois la seringue jusqu'à la graduation 25 kg, puis compléter jusqu'à la graduation 5 kg.
- au-delà de 40 kg : (soit environ 12 ans) il existe des formes pharmaceutiques plus adaptées.

**Suspension buvable en flacon**

INDICATIONS THÉRAPEUTIQUES :

Ce médicament
contient de l'ibuprofène.

dans le traitement de la fièvre
et/ou des douleurs telles que
maux de tête, états grippaux,
douleurs dentaires,
courbatures

**Suspension buvable en flacon**

CONTRE-INDICATIONS :
Ne pas utiliser en cas d'allergie à l'ibuprofène,
à l'aspirine ou à un autre AINS.

MISES EN GARDE SPÉCIALES :
Ne pas laisser à la portée ni à la vue des enfants
Lire attentivement la notice.

PRÉCAUTIONS PARTICULIÈRES DE CONSERVATION :
Ce médicament est à conserver à une température comprise
entre + 4° C et + 30° C.

N° d'identification administrative 335 405 2

NOM ET ADRESSE DU TITULAIRE
DE L'AUTORISATION DE MISE SUR LE MARCHÉ
TITULAIRE ET EXPLOITANT :
WHITEHALL, 60, avenue du Général de Gaulle
92031 Paris-La-Défense - France
FABRICANT :
WYETH Lab G.B  Havant, Hants PO9 2NG - Angleterre



* 3 3 6 4 0 6 2 *

P012194
CT246



W014791

8

JOB-28049    Advil Children's Suspension 200 ml Carton - Havant for France    3P    2/09/04    zy
Process Blue



W014792

9

JOB-28049    Advil Children's Suspension 200 ml Carton - Havant for France    3P    2/09/04    zy
Process Yellow



# Advil
### enfants & nourrissons
## 20mg/ml

# Advil
### enfants & nourrissons
## 20mg/ml

# Advil
### enfants & nourrissons
## 20mg/ml

# Advil
### enfants & nourrissons
## 20mg/ml

W014793

JOB-28049    Advil Children's Suspension 200 ml Carton - Havant for France    3P    2/09/04    zy
Warm Red

W014794

JOB-28600   Advil Paed SUSP, 200ml   John Wyeth, Havant for France   2P   4.15.04   zy
LB046AD1.004   57 x 118mm
Process Blue   PMS 280



W014795



W014796

JOB-28673   Advil Paed LP10   Havant for France   2P   9.2.04   lfd
Pharmacode 106
Black



# Advil
### enfants & nourrissons
## 20mg/ml

Suspension buvable en flacon



P01 2230

WHITEHALL



W014798





W014799

W014800

# Advil
### enfants & nourrissons
## 20mg/ml
### Suspension buvable en flacon

## APPENDIX I

## SUMMARY OF PRODUCT CHARACTERISTICS

Corrected & modified on Feb 9th, 2005

### 1. NAME OF MEDICINAL PRODUCT

**ADVIL ENFANTS ET NOURRISSONS 20 mg/ml, oral suspension in vial.**

### 2. QUALITATIVE AND QUANTITATIVE COMPOSITION

Ibuprofen ................................................................................ 20.00 mg

For 1 ml oral suspension

A graduated mark of 1 kg corresponds to 0.375 ml of oral suspension and contains 7.5mg ibuprofen.

### 3. PHARMACEUTICAL FORM

Oral suspension

### 4. CLINICAL PARTICULARS

4.1 Therapeutic Indications

Symptomatic therapy of painful disorders and/or febrile conditions.

4.2 Posology and Method of Administration

For children and infants use only, from 3 months to 12 years of age (i.e., approximately 40kg).
Oral route.

Shake well before use.
Have the child or infant drink water after ingestion of the solution.

Posology:

The usual posology is 20-30 mg/kg/day in 3-4 divided doses, without exceeding 30 mg/kg/day.
The medication is administered orally using a syringe (graduated in kg) which delivers a 7.5 mg/kg dose per administration.
To obtain 1 dose for administration, draw in the suspension by pulling on the plunger of the oral administration syringe to the graduated mark which corresponds to the child's weight.

W014801

For each dose:
- up to 25 kg: fill the graduated syringe to the mark corresponding to the child's weight;
- between 25 and 40 kg: fill the syringe once to the 25 kg graduated mark, then a second time to the graduated mark necessary to reach the total weight of the child (example for a child of 30 kg: fill the syringe once to the 25 kg graduated mark, then a second time to the 5 kg graduated mark);
- beyond 40 kg (i.e., around 12 years old): better suited pharmaceutical forms are available.

<u>Frequency of Administration:</u>

Systematic ingestion of doses makes it possible to prevent fluctuations of pain or fever. Doses should be taken at least at 6-hour intervals.

4.3   <u>Contraindications</u>

This medicinal product is contraindicated in the following cases:
-      starting with 24 weeks of amenorrhea (end of month 5 of pregnancy) (see Pregnancy and Lactation);
-      in case of a previous history of allergy or asthma triggered by ingestion of ibuprofen or substances with similar activity such as other NSAIDs or aspirin;
-      previous history of allergy to other ingredients in the suspension;
-      active gastro-duodenal ulcer;
-      severe hepato-cellular insufficiency;
-      severe impaired renal function;
-      severe heart failure, not controlled;
-      systemic lupus erythematosus.

4.4   <u>Special Warnings and Special Precautions for Use</u>

Patients presenting with asthma in combination with chronic rhinitis, chronic sinusitis and/or nasal polyposis are at risk of allergic manifestations when taking aspirin and/or a non-steroidal anti-inflammatory drug.  Administration of the medicinal product can result in an asthma attack, in particular in certain subjects who are allergic to aspirin or an NSAID (see Contraindications).

Gastro-intestinal bleeding or ulcer/perforation can occur at any time during treatment without premonitory symptoms or a previous history of such disorders necessarily being observed..  The relative risk increase in the elderly, in patients in a debilitated condition, patients with low body weight, and patients receiving anticoagulant or platelet-inhibiting agents (see Interactions with Other Medicaments and Other Forms of Interactions). In case of gastro-intestinal bleeding or ulcer, this treatment should immediately be discontinued.

Chicken pox can in rare cases be the origin of serious complications of cutaneous and soft tissue infections. To date, the role favoring the NSAIDs on the aggravation of these infections cannot be disregarded. It is then, prudent to avoid the use of Advil in the case of chicken pox.

Severe cutaneous reactions and life-threatening allergies may occurred with all NSAID. Ibuprofen must be withdrawn in case of cutaneous and mucous side effect.

<u>**ANNEX III B- 9th Feb 2005**</u>

**PACKAGE LEAFLET**

---

*Read all of this leaflet carefully before you start taking this medicine.*
*It contains important information on your treatment*
*If you have further questions, please ask your doctor or your pharmacist.*
*Keep this leaflet, you may need to read it again.*
*You must see a doctor if your symptoms worsen or do not improve.*

---

**ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle.**

- Active substance is IBUPROFEN
- Other ingredients are: Sucrose, glycerol, 70% Sorbitol (crystallized), polysorbate 80, sodium benzoate, anhydrous citric acid, edetate sodium, xantham gum, strawberry flavor (containing vanillin), artificial flavor, acesulfame potassium, red iron oxide, purified water.

**<u>Marketing Authorization Holder / Distributor:</u>**

WYETH SANTE FAMILIALE
Cœur Défense – Tour A
La Défense 4
110, Esplanade du Général de Gaulle
92931 Paris la Défense Cedex

**<u>Manufacturer:</u>**

WYETH MANUFACTURING
New Lane, Havant
Hants P09 2NG
UK

**1.     WHAT IS ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle, AND WHAT IT IS USED FOR?**

Oral suspension in 200 ml bottle
This medication contains a non-steroidal anti-inflammatory agent: ibuprofen.  It is indicated in children and infants from 3 months to 12 years of age (i.e approximately 40 kg), for treatment of fever and/or pain such as headache, flu-like illness, toothache, muscle stiffness.

**2.     BEFORE YOU TAKE ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle**

**Do not take this medicine in the following cases:**
- starting with 24 weeks of amenorrhea (end of month 5 of pregnancy) (see   Pregnancy and Lactation);
- previous history of allergy or asthma triggered by ingestion of this medication or a similar medication, in particular other non-steroidal anti-inflammatory agents or aspirin.
- previous history of allergy to one of the product's excipients,
- active gastric or duodenal ulcer,
- serious liver disease,
- serious kidney disease,
- serious heart disease,
- systemic lupus erythematosus,

W014803

Take special care with **ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle**:

In case of pain and/or fever, do not exceed the maximum dose of 30 mg/kg/day. Indeed, at these doses, this medicinal product may cause sometimes serious undesirable effects which are those observed with other anti-inflammatory agents.

BEFORE USING THIS MEDICATION, TELL YOUR DOCTOR IN CASE OF THE FOLLOWING CASES :
- History of asthma associated to chronic rhinitis, chronic sinusitis, or nasal polyps. Administration of this medicinal product may cause an acute attack of asthma notably in some subjects allergic to aspirin or to a non-steroidal anti-inflammatory agent (see contraindications).
- Concomitant anti-coagulant therapy. This medication may cause serious gastrointestinal reactions.
- History of GI disorders (hiatal hernia, GI bleeding, previously known ulcer of the stomach or of the duodenum),
- Heart, liver or kidney disease,
- Chicken pox. This medication is not recommended because of rare serious dermatological infections,
- Intolerance to fructose, a glucose malabsorption syndrome or a sucrose-isomaltase deficiency (rare metabolic disorders), because of the presence of sucrose and sorbitol.

DURING TREATMENT:
- If visual disorders occur, INFORM YOUR DOCTOR,
- In case of gastrointestinal bleeding, <u>DISCONTINUE TREATMENT AND IMMEDIATELY CONTACT A DOCTOR OR AN EMERGENCY MEDICAL SERVICE.</u>
- In case of apparition of cutaneous or mucous signs which look like burns (redness of the skin associated to bullous, blister or ulceration), <u>DISCONTINUE TREATMENT AND IMMEDIATELY CONTACT A DOCTOR OR AN EMERGENCY MEDICAL SERVICE.</u>
- In case of signs of allergy, i.e asthma episode or sudden swelling of the face and neck (see 4.Possible side effects), DISCONTINUE TREATMENT AND IMMEDIATELY CONTACT A DOCTOR OR AN EMERGENCY MEDICAL SERVICE.

In case of diabetes or low-sugar diet, sucrose content (0.5g per ml) should be taken into account.

---

This medication contains a non-steroidal anti-inflammatory agent, Ibuprofen
Your child should not take this medicinal product at the same time as other medicinal products which contain a non-steroidal anti-inflammatory agent and/or aspirin.
Carefully read the leaflet for other medicinal products that your child is taking to make certain of the absence of non-steroidal anti-inflammatory agents and/or aspirin.

---

**Pregnancy**

This medicinal product is intended for infants and children. However, in the case of use in rare situations in women of childbearing age, the following should be kept in mind:

- **During the 1ˢᵗ trimester of pregnancy** (12 weeks of amenorrhea), your doctor could, if necessary, give you this medication.

- **From 2.5 to 5 months of pregnancy** (12 to 24 weeks of amenorrhea), this medicinal product will be used only based on a doctor's advice, and during short periods of times.

- **After 5 months of pregnancy** (after 24 weeks of amenorrhea), you should NOT IN ANY CASE take this medication as it can have serious consequences on your unborn child, in particular cardiopulmonary and renal side effects and even at a single dose. If you have taken this medication after 5 months of pregnancy, you should ask your doctor to get an appropriate follow-up.

*Ask your doctor or pharmacist's advice before taking any medication.*

**Breastfeeding**

This medication is excreted in human breast milk, as a precautionary measure, it is necessary to avoid administering it to a breast-feeding woman.

*Ask your doctor or pharmacist's advice before taking any medication.*

**Driving and using machines:**
In rare cases, ingestion of this medicinal product may cause dizziness and visual disorders.

**List of excipients which have a noteworthy effect:**  sucrose, glycerol, sorbitol, red iron oxide.

**Ingestion or use of other medications:**
*Tell your doctor or pharmacist if your child is taking or has recently taken another medicinal product,* in particular all oral anticoagulants, all non-steroidal anti-inflammatory agent including high-dose salicylates, heparin, lithium, methotrexate (at doses greater than 15 mg/week), *even if it is a medication obtained without a doctor's prescription.*

## 3.    HOW TO USE ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle ?

Reserved for infants and children from 3 months to 12 years of age (i.e approximately 40 kg).

The usual posology is 20-30 mg/kg/day in 3-4 divided doses, without exceeding 30 mg/kg/day.

The medication is administered orally using a syringe (graduated in kg) which delivers a 7.5 mg/kg dose per administration.
To obtain 1 dose for administration, draw in the suspension by pulling on the plunger of the oral administration syringe to the graduated mark which corresponds to the child's weight.

For each dose:
- up to 25 kg: fill the graduated syringe to the mark corresponding to the child's weight;
- between 25 and 40 kg: fill the syringe once to the 25 kg graduated mark, then a second time to the graduated mark necessary to reach the total weight of the child (example for a child of 30 kg: fill the syringe once to the 25 kg graduated mark, then a second time to the 5 kg graduated mark);
- beyond 40 kg (i.e., around 12 years old): better suited pharmaceutical forms are available.

Oral route.
Shake well before use.
Have the child or infant drink water after ingestion of the solution.

Systematic ingestion of doses makes it possible to prevent fluctuations of pain or fever. Doses should be taken at least at 6-hour intervals.

Duration of treatment: if pain lasts more than 5 days or fever more than 3 days, if they worsen or a new disorder appears, inform your doctor.

If you take more **ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle than you should:**  immediately consult your doctor or pharmacist.

If you forget to take **ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle**: Do not take a double dose to make up for forgotten individual doses.

Effects when treatment with **ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle** is stopped: *not applicable.*

## 4. POSSIBLE SIDE EFFECTS

*Like all medicines,* ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle *can have side effects:*

The following allergic reactions can occur:
- Cutaneous: skin eruptions, skin allergy, itching, edema, worsening of chronic urticaria.
- Respiratory: acute attack of asthma.
- Systemic: a type of urticaria with sudden swelling of the face and neck (angioedema).

In some rare instances, GI bleeding may occur (expulsion of blood by the mouth, in the stool, or a dark coloring of the stool).  This is all the more common when dosage used is high.

Exceptionally, headache can be observed with nausea, vomiting and neck stiffness.

Exceptionally, serious dermatological infections have been observed during chicken pox.

Very exceptionally, bullous symptoms of the skin or mucosa (burning sensation associated to a redness of the skin with bullous, blister or ulceration).

In any case, you should <u>immediately discontinue treatment and inform your doctor</u>.

- During treatment, the following can occur:
    - GI disorders: stomach ache, vomiting, nausea, vomiting, diarrhea, constipation,
    - Other possible undesirable effects related to the medicinal product: in rare cases, dizziness, headache, visual disorders, major decrease in urine output, renal insufficiency.

In all cases, <u>tell your doctor</u>.

- Exceptionally, modification of liver function test or modification of blood count (decreasen of white cells or decrease of red cells) which can be serious may occur.

*TELL YOUR DOCTOR OR PHARMACIST OF ANY UNDESIRABLE OR BOTHERSOME EFFECT NOT MENTIONED IN THIS LEAFLET.*

## 5. STORING ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle

This medication should be stored at temperatures between +4 and +30°C.

*Keep out of the reach and sight of children*

*Do not use after the expiry date stated on the carton.*
Do not use ADVIL ENFANTS ET NOURRISSONS 20mg/ml, oral suspension in bottle if you notice visible signs of its deterioration.

*This leaflet was last approved on {date}*

## 6.     HEALTH EDUCATION ADVICE

......

W014806



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

_____

Food and Drug Administration
Rockville, MD 20857

NDA

**SUPPLEMENTAL LABELING REQUEST - CBE**

Company
Attention:

Dear,

Please refer to your new drug application(s) (NDA) approved under section 505(b) of the Federal Food, Drug, and Cosmetic Act DRUG NAME, STRENGTH, FORM FOR (EACH NDA NUMBER).

We additionally refer to the February 16-18, 2005 joint meeting of the Arthritis and Drug Safety and Risk Management Advisory Committees to discuss the overall benefit to risk considerations (including cardiovascular (CV) and gastrointestinal (GI) safety concerns) of COX-2 selective and non-selective, non-steroidal anti-inflammatory drugs (NSAIDs) and related agents.

We also refer to FDA's letter dated April 7, 2005, requesting cardiovascular information regarding your drug.

Consistent with recommendations made by the committee members, and following a thorough review of all available data, we believe that labeling changes are warranted to include more specific information for consumers, family members, and caregivers about potential risks of CV and GI adverse effects associated with the use of non-prescription NSAIDs (excluding aspirin). For additional information, please see www.fda.gov/cder/drug/infopage/cox2/default.htm. On this page you can find links to a number of relevant documents including the decision memo entitled "Analysis and Recommendations for Agency Action - COX-2 Selective and Non-selective NSAIDS."

Therefore, we request that you revise the labeling for all of your over-the-counter (OTC) products that contain any of the following ingredients: ibuprofen, ketoprofen, or naproxen. We request that you revise your labeling as specified in the enclosed templates and that the revisions be made for all OTC adult and pediatric drug products that contain these ingredients. We include adult warnings on the pediatric products in this request because such products are sometimes used by adults who cannot take solid oral dosage forms. For that reason, on our own initiative, we are also granting an exemption under 21 C.F.R. § 201.66 (e) to replace the word "you" with the word "user" in the standard headings in 21 C.F.R. § 201.66 (c)(5)(iv) and (v) so that the revised headings read "Ask a doctor before use if the user has" and "Ask a doctor or pharmacist before use if the user is" to accommodate the warning language specified in the template for children. We intend to propose to codify this change to 21 C.F.R § 201.66 (c) in a future amendment to the rulemaking, at which time you will have an opportunity to comment on this language.

24

NDA
Page 2

In addition, we request that you revise the "Allergy alert" and "Alcohol warning" for all of your OTC products that contain ibuprofen, ketoprofen or naproxen as specified in the enclosed templates. The "Allergy alert" for these products should be revised to include a warning for aspirin sensitive individuals and a description of early symptoms associated with Stevens-Johnson Syndrome (SJS). The "Alcohol warning" currently required by 21 C.F.R. § 201.322 should also be relocated to appear as part of the new stomach bleeding warning.

In addition to the revision of the Drug Facts label, we also request that the Principal Display Panel (PDP) for all of the above-described products display the word "NSAID" in parentheses following the name of the NSAID ingredient. The word "(NSAID)" should appear highlighted in either fluorescent or color contrast or in bold type. The size should be at least one-half as large as the size of the most prominent printed matter on the PDP. For 12 months after introduction into the OTC marketplace, please also add to the PDP the statement "See new warnings information". This statement should also be highlighted in either fluorescent or color contrast or in bold type and the size should be at least one-third the size of the most prominent printed matter on the PDP.

Attached are templates that we request you to follow in preparing new labeling:

1. Template Drug Facts label for all adult products
2. Template Drug Facts label for pediatric ibuprofen-containing products
3. Template for the Principal Display Panel

In addition to the above recommended language, the Drug Facts label must incorporate all previous revisions that were agreed upon in your most recently approved labeling. Also, notwithstanding the specific format changes we request above with respect to 21 C.F.R. § 201.66 (c)(iv) and (v), your labeling must otherwise be formatted in accordance with the requirements of 21 C.F.R. § 201.66.

We remind you that if you have a package insert, it should also be changed to reflect the above revisions.

These labeling revisions should be submitted to FDA in the form of a "Supplement – Changes Being Effected" within 30 days from the date of this letter in accordance with the requirements of 21 C.F.R. § 314.70. Color-mock up labeling can be submitted in lieu of final printed labeling. If you deviate from the attached templates you must submit a prior approval supplement for our review and comment.

The labeling changes should be implemented within 6 months. If you are unable to meet this deadline, contact us to discuss the timing of your new labeling.

NDA
Page 3

If you have any questions, call Laura Shay, Regulatory Project Manager, at 301-827-2274.

Sincerely,

*{See appended electronic signature page}*

Curtis Rosebraugh, M.D., M.P.H.
Director
Division of Nonprescription Clinical Evaluation
Office of Nonprescription Products
Center for Drug Evaluation and Research

Attachments:

1. Template Drug Facts label for all adult products
2. Template Drug Facts label for pediatric ibuprofen-containing product
3. Template for the Principal Display Panel

NDA
Page 4

## ADULT DRUG FACTS LABEL:

---

**Drug Facts**

**Active ingredient (in each [insert dosage unit])**        **Purpose**
[*insert* active ingredient] XXX mg (NSAID)*................Pain reliever/fever reducer
* nonsteroidal anti-inflammatory drug

**Uses**
• [add NDA approved uses]

**Warnings**
**Allergy alert:** [*insert* active ingredient] may cause a severe allergic reaction, especially in people allergic to aspirin.  Symptoms may include:
• hives    • facial swelling    • asthma (wheezing)
• shock    • skin reddening    • rash    • blisters
If an allergic reaction occurs, stop use and seek medical help right away.
**Stomach bleeding warning:**  This product contains a nonsteroidal anti-inflammatory drug (NSAID), which may cause stomach bleeding.  The chance is higher if you:
> • are age 60 or older
> • have had stomach ulcers or bleeding problems
> • take a blood thinning (anticoagulant) or steroid drug
> • take other drugs containing an NSAID [aspirin, ibuprofen, naproxen, or others]
> • have 3 or more alcoholic drinks every day while using this product
> • take more or for a longer time than directed

**Do not use**
• if you have ever had an allergic reaction to any other pain reliever/fever reducer
• right before or after heart surgery
• with any other drug containing an NSAID (prescription or nonprescription).  Ask a doctor or pharmacist before using with other drugs if you are not sure.

**Ask a doctor before use if you have**
• problems or serious side effects from taking pain relievers or fever reducers
• stomach problems that last or come back, such as heartburn, upset stomach, or stomach pain
• ulcers
• bleeding problems
• high blood pressure
• heart or kidney disease
• taken a diuretic
• reached age 60 or older

**Ask a doctor or pharmacist before use if you are**
• under a doctor's care for any serious condition
• taking a blood thinning (anticoagulant) or steroid drug
• taking any other drug

**When using this product**

---

27

NDA
Page 5

| |
|---|
| • take with food or milk if stomach upset occurs<br>• taking longer than 10 days or more than the recommended dose may increase the risk of heart attack or stroke |
| **Stop use and ask a doctor if**<br>• you feel faint, vomit blood, or have bloody or black stools.  These are signs of stomach bleeding.<br>• pain gets worse or lasts more than 10 days<br>• fever gets worse or lasts more than 3 days<br>• stomach pain or upset gets worse or lasts<br>• redness or swelling is present in the painful area<br>• any new symptoms appear |
| **If pregnant or breast-feeding,** ask a health professional before use.  It is especially important not to use [*NSAID active ingredient*] during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.<br>**Keep out of reach of children.**  In case of overdose, get medical help or contact a Poison Control Center right away. |
| *Directions*<br>• **do not take more than directed**<br>• **the smallest effective dose should be used**<br>• do not take longer than 10 days, unless directed by a doctor (see Warnings)<br>• [**add NDA approved direction**] |
| *Other information*<br>• [storage conditions] |
| *Inactive ingredients*  [list ingredients in alphabetical order] |
| *Questions or comments?*  call **1-800-XXX-XXXX:**  [insert appropriate times when the phone will be answered by a person, e.g., weekdays 8AM to 11 PM EST; weekends 9AM to 11 PM, EST] |

28

NDA
Page 6

# PEDIATRIC DRUG FACTS LABEL:

---

**Drug Facts**

***Active ingredient (in each*** [insert dosage unit]**)**                              ***Purpose***
Ibuprofen XXX mg (NSAID)*...................................Pain reliever/fever reducer
* nonsteroidal anti-inflammatory drug

---

**Uses**
- [add NDA approved uses]

---

**Warnings**

**Allergy alert:** Ibuprofen may cause a severe allergic reaction, especially in people allergic to aspirin. Symptoms may include:
- hives   • facial swelling   • asthma (wheezing)
- shock   • skin reddening   • rash   • blisters

If an allergic reaction occurs, stop use and seek medical help right away.

**Stomach bleeding warning:** This product contains a nonsteroidal anti-inflammatory drug (NSAID), which may cause stomach bleeding. The chance is higher if the user:
- has had stomach ulcers or bleeding problems
- takes a blood thinning (anticoagulant) or steroid drug
- takes other drugs containing an NSAID [aspirin, ibuprofen, naproxen, or others]
- takes more or for a longer time than directed
- has 3 or more alcoholic drinks every day while using this product
- is age 60 or older

**Sore throat warning:** Severe or persistent sore throat or sore throat accompanied by high fever, headache, nausea, and vomiting may be serious. Consult doctor promptly. Do not use more than 2 days or administer to children under 3 years of age unless directed by doctor.

---

**Do not use**
- if the user has ever had an allergic reaction to any other pain reliever/fever reducer
- right before or after heart surgery
- with any other drug containing an NSAID (prescription or nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure.

---

**Ask a doctor before use if the user has**
- problems or serious side effects from taking pain relievers or fever reducers
- stomach problems that last or come back, such as heartburn, upset stomach, or stomach pain
- ulcers
- bleeding problems
- not been drinking fluids
- lost a lot of fluid due to vomiting or diarrhea
- high blood pressure
- heart or kidney disease
- taken a diuretic
- reached age 60 or older

---

29

NDA
Page 7

| |
|---|
| **Ask a doctor or pharmacist before use if the user is**<br>• under a doctor's care for any serious condition<br>• taking a blood thinning (anticoagulant) or steroid drug<br>• taking any other drug |
| **When using this product**<br>• take with food or milk if stomach upset occurs<br>• taking longer than 10 days or more than the recommended dose may increase the risk of heart attack or stroke |
| **Stop use and ask a doctor if**<br>• the user feels faint, vomits blood, or has bloody or black stools.  These are signs of stomach bleeding.<br>• stomach pain or upset gets worse or lasts<br>• the user does not get any relief within first day (24 hours) of treatment<br>• fever or pain gets worse or lasts more than 3 days<br>• redness or swelling is present in the painful area<br>• any new symptoms appear |
| **If pregnant or breast-feeding**, ask a health professional before use.  It is especially important not to use [*NSAID active ingredient*] during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.<br>**Keep out of reach of children.**  In case of overdose, get medical help or contact a Poison Control Center right away. |
| ***Directions***<br>• **do not give more than directed**<br>• do not give longer than 10 days, unless directed by a doctor (see Warnings)<br>• [add NDA approved directions] |
| ***Other information***<br>• [storage conditions] |
| ***Inactive ingredients***  [list ingredients in alphabetical order] |
| ***Questions or comments?***  call **1-800-XXX-XXXX:**  [insert appropriate times when the phone will be answered by a person, e.g., weekdays 8AM to 11 PM EST; weekends 9AM to 11 PM, EST] |

30



**NDA**
**Page 8**

## PRINCIPAL DISPLAY PANEL:

Proprietary Name (if used)
Established name (**NSAID**), XXX mg
Pain reliever/fever reducer

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LASANDRA MADDEN Individually and on Behalf of LABREA WILLIAMS, a minor child, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:03-CV-0167-BD |
| WYETH d/b/a WYETH, INC., f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH CONSUMER HEALTHCARE, an unincorporated Division of WYETH, f/k/a WHITEHALL-ROBINS HEALTHCARE; AND WHITEHALL LABORATORIES, INC., | § § § § § § § § | |
| Defendants. | § | |

## AFFIDAVIT OF JAMES C. BARBER INSUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF DALLAS | ) |

BEFORE ME, the undersigned authority on this personally appeared James C. Barber, known by me to be the person whose signature appears below, and being duly sworn, stated that the following statement is true and correct:

1.    "My name is James C. Barber, I am over 21 years of age, of sound mind, and capable of making this affidavit. I am plaintiffs' counsel in the above-entitled and numbered cause, and I am personally acquainted with the facts stated in this affidavit and they are all true and correct.

2.    The following documents are contained in the Appendix to plaintiffs' Reply:

32

*Affidavit of James C. Barber in Support of Plaintiffs' Reply to Defendant's Response to*
*Plaintiffs' Motion for Partial Summary Judgment—*<u>**CIVIL ACTION NO. 3:03-CV-0167-BD**</u>

**Att. 1** is a true and correct copy of a Letter from defense counsel Bill Sims dated April 22, 2005.

**Att. 2** is true and correct copies of the FDA Supplemental Labeling Request dated June 15, 2005."

"Further affiant sayeth naught."

JAMES C. BARBER

SUBSCRIBED AND SWORN TO BEFORE ME on the ___21st___ day of

___June___, 2005, to certify which witness my hand and official seal.



Notary Public in and for the
State of Texas

My Commission Expires: 11/03/08

Linda J. Voyles
Notary Public, State of Texas
My Comm. Expires 11/03/08

33

*Affidavit of James C. Barber in Support of Plaintiffs' Reply to Defendant's Response to*
*Plaintiffs' Motion for Partial Summary Judgment—**CIVIL ACTION NO. 3:03-CV-0167-BD***